# EXHIBIT A

| Shared Services Center TSA Payments ||
| --- | --- |
| **Date** | **Amount** |
| 5/31/16 | $ 1,976,982.72 |
| 6/30/16 | $ 1,970,133.73 |
| 7/31/16 | $ 1,853,544.81 |
| 8/31/16 | $ 1,979,516.89 |
| 9/30/16 | $ 1,829,173.11 |
| 10/31/16 | $ 1,436,369.29 |
| 11/30/16 | $ 1,805,856.06 |
| 1/31/17 | $ 1,317,359.68 |
| 2/28/17 | $ 1,421,990.32 |
| 3/31/17 | $ 1,662,277.89 |
| 4/30/17 | $ 1,418,581.69 |
| 5/31/17 | $ 1,506,245.31 |
| 6/30/17 | $ 1,490,453.99 |
| 7/31/17 | $ 1,380,165.97 |
| 8/31/17 | $ 1,554,716.02 |
| 9/30/17 | $ 1,367,042.56 |
| 10/31/17 | $ 1,357,613.08 |
| 11/30/17 | $ 1,866,373.19 |
| 12/31/17 | $ 1,453,670.51 |
| 1/31/18 | $ 1,446,764.45 |
| 2/28/18 | $ 1,370,167.40 |
| 3/31/18 | $ 1,376,281.98 |
| 4/30/18 | $ 1,010,740.95 |
| 5/31/18 | $ 1,394,795.85 |
| 6/30/18 | $ 1,365,382.80 |
| 7/31/18 | $ 1,280,414.59 |
| 8/31/18 | $ 1,430,470.79 |
| 9/30/18 | $ 1,235,212.90 |
| 10/31/18 | $ 1,269,402.25 |
| 11/30/18 | $ 1,359,168.51 |
| 12/31/18 | $ 1,303,009.51 |
| 1/31/19 | $ 1,339,129.59 |
| 2/28/19 | $ 1,186,563.73 |
| 3/31/19 | $ 1,310,377.60 |
| 4/30/19 | $ 1,356,940.60 |
| 5/31/19 | $ 1,320,722.93 |
| 6/30/19 | $ 1,294,688.70 |
| 7/31/19 | $ 1,367,370.77 |
| 8/31/19 | $ 1,318,332.38 |
| 9/30/19 | $ 1,106,768.80 |
|  |  |
| **FY2016** | **$ 12,851,576.62** |
| **FY2017** | **$ 17,796,490.21** |
| **FY2018** | **$ 15,841,811.98** |
| **FY2019** | **$ 11,600,895.08** |
| **Total** | **$ 58,090,773.88** |

| PPSI TSA Transfers ||
| Date | Amount |
|---|---|
| 5/31/16 | $ 835,588.35 |
| 6/30/16 | $ 850,606.46 |
| 7/31/16 | $ 877,589.09 |
| 8/31/16 | $ 906,947.58 |
| 9/30/16 | $ 855,005.31 |
| 10/31/16 | $ 869,340.28 |
| 11/30/16 | $ 912,119.76 |
| 12/31/16 | $ 981,003.35 |
| 1/31/17 | $ 729,297.24 |
| 2/28/17 | $ 777,779.79 |
| 3/31/17 | $ 935,012.80 |
| 4/30/17 | $ 822,593.99 |
| 5/31/17 | $ 836,902.09 |
| 6/30/17 | $ 852,297.35 |
| 7/31/17 | $ 742,250.11 |
| 8/31/17 | $ 837,403.43 |
| 9/30/17 | $ 887,966.59 |
| 10/31/17 | $ 832,111.26 |
| 11/30/17 | $ 1,068,708.76 |
| 12/31/17 | $ 908,904.26 |
| 1/31/18 | $ 781,493.45 |
| 2/28/18 | $ 756,739.12 |
| 3/31/18 | $ 870,937.33 |
| 4/30/18 | $ 753,891.02 |
| 5/31/18 | $ 815,399.60 |
| 6/30/18 | $ 796,834.38 |
| 7/31/18 | $ 731,246.69 |
| 8/31/18 | $ 818,528.21 |
| 9/30/18 | $ 738,349.80 |
| 10/31/18 | $ 41,352.49 |
|  |  |
| **FY2016** | **$ 7,088,200.18** |
| **FY2017** | **$ 10,231,227.67** |
| **FY2018** | **$ 7,104,772.09** |
| **Total** | **$ 24,424,199.94** |

| PASI TSA Transfers | |
|---|---|
| **Date** | **Amount** |
| 5/31/16 | $ 1,004,393.71 |
| 6/30/16 | $ 1,106,479.39 |
| 7/31/16 | $ 927,761.98 |
| 8/31/16 | $ 1,037,211.40 |
| 9/30/16 | $ 1,069,027.21 |
| 10/31/16 | $ 1,023,134.04 |
| 11/30/16 | $ 1,074,753.20 |
| 12/31/16 | $ 913,598.46 |
| 1/31/17 | $ 967,978.00 |
| 2/28/17 | $ 1,034,260.05 |
| 3/31/17 | $ 1,204,150.91 |
| 4/30/17 | $ 926,380.61 |
| 5/31/17 | $ 1,023,944.25 |
| 6/30/17 | $ 920,000.62 |
| 7/31/17 | $ 905,952.19 |
| 8/31/17 | $ 973,415.82 |
| 9/30/17 | $ 897,830.12 |
| 10/31/17 | $ 920,424.37 |
| 11/30/17 | $ 851,029.19 |
| 12/31/17 | $ 801,013.11 |
| 1/31/18 | $ 852,257.98 |
| 2/28/18 | $ 906,796.45 |
| 3/31/18 | $ 1,014,025.97 |
| 4/30/18 | $ 971,849.70 |
| 5/31/18 | $ 950,751.18 |
| 6/30/18 | $ 792,515.61 |
| 7/31/18 | $ 781,644.91 |
| 8/31/18 | $ 872,547.12 |
| 9/30/18 | $ 671,636.96 |
| | |
| **FY2016** | **$ 8,156,359.39** |
| **FY2017** | **$ 11,426,379.24** |
| **FY2018** | **$ 7,814,025.88** |
| **Total** | **$ 27,396,764.51** |

| Eligibility Screening Services TSA Transfers | |
|---|---|
| **Date** | **Amount** |
| 5/31/16 | $ 445,395.84 |
| 6/30/16 | $ 445,395.84 |
| 7/31/16 | $ 445,395.84 |
| 8/31/16 | $ 445,395.84 |
| 9/30/16 | $ 445,395.84 |
| 10/31/16 | $ 445,395.84 |
| 11/30/16 | $ 445,395.84 |
| 12/31/16 | $ 445,395.84 |
| 1/31/17 | $ 449,849.80 |
| 2/28/17 | $ 449,849.80 |
| 3/31/17 | $ 449,849.80 |
| 4/30/17 | $ 449,849.80 |
| 5/31/17 | $ 449,849.80 |
| 6/30/17 | $ 409,512.82 |
| 7/31/17 | $ 397,670.77 |
| 8/31/17 | $ 397,670.77 |
| 9/30/17 | $ 397,670.77 |
| 10/31/17 | $ 397,670.77 |
| 11/30/17 | $ 384,348.47 |
| 12/31/17 | $ 384,348.47 |
| 1/31/18 | $ 390,513.60 |
| 2/28/18 | $ 390,513.60 |
| 3/31/18 | $ 382,016.00 |
| 4/30/18 | $ 374,496.00 |
| 5/31/18 | $ 350,056.00 |
| 6/30/18 | $ 268,376.27 |
| | |
| **FY2016** | **$ 3,563,166.72** |
| **FY2017** | **$ 5,018,141.86** |
| **FY2018** | **$ 2,155,971.47** |
| **Total** | **$ 10,737,280.04** |

| IT TSA Transfers | |
|---|---|
| **Date** | **Amount** |
| 5/31/16 | $ 1,336,879.17 |
| 6/30/16 | $ 1,336,879.17 |
| 7/31/16 | $ 1,336,879.17 |
| 8/31/16 | $ 1,336,879.17 |
| 9/30/16 | $ 1,336,879.17 |
| 10/31/16 | $ 1,336,879.17 |
| 11/30/16 | $ 1,336,879.17 |
| 12/31/16 | $ 798,937.23 |
| 1/31/17 | $ 1,234,962.11 |
| 2/28/17 | $ 1,234,962.12 |
| 3/31/17 | $ 1,234,962.12 |
| 4/30/17 | $ 1,234,962.11 |
| 5/31/17 | $ 1,234,962.12 |
| 6/30/17 | $ 1,234,962.12 |
| 7/31/17 | $ 1,185,225.87 |
| 8/31/17 | $ 1,185,225.87 |
| 9/30/17 | $ 1,185,225.87 |
| 10/31/17 | $ 1,152,208.01 |
| 11/30/17 | $ 1,137,360.01 |
| 12/31/17 | $ 1,137,360.01 |
| 1/31/18 | $ 1,155,890.86 |
| 2/28/18 | $ 1,155,890.86 |
| 3/31/18 | $ 1,101,798.85 |
| 4/30/18 | $ 1,064,808.49 |
| 5/31/18 | $ 1,824,255.84 |
| 6/30/18 | $ 1,520,109.79 |
| 7/31/18 | $ 1,592,481.99 |
| 8/31/18 | $ 1,529,919.29 |
| 9/30/18 | $ 1,350,443.36 |
| 10/31/18 | $ 1,532,387.23 |
| 11/30/18 | $ 1,414,377.02 |
| 12/31/18 | $ 1,111,173.96 |
| 1/31/19 | $ 1,142,205.66 |
| 2/28/19 | $ 1,142,205.66 |
| 3/31/19 | $ 1,142,205.66 |
| 4/30/19 | $ 1,075,534.37 |
| 5/31/19 | $ 1,075,534.37 |
| 6/30/19 | $ 1,047,762.83 |
| 7/31/19 | $ 1,047,762.83 |
| 8/31/19 | $ 1,047,762.83 |
| 9/30/19 | $ 1,047,762.83 |
| 10/31/19 | $ 1,047,762.83 |
| 11/30/19 | $ 962,405.08 |
| 12/31/19 | $ 962,405.08 |
| 1/31/20 | $ 977,216.99 |

| | | |
|---|---|---|
| 2/29/20 | $ | 977,216.99 |
| 3/31/20 | $ | 977,216.99 |
| 4/30/20 | $ | 977,216.99 |
| 5/31/20 | $ | 977,216.99 |
| 6/30/20 | $ | 1,112,806.99 |
| 7/31/20 | $ | 1,112,806.99 |
| 8/31/20 | $ | 1,112,806.99 |
| 9/30/20 | $ | 1,112,806.99 |
| 10/31/20 | $ | 1,112,806.99 |
| 11/30/20 | $ | 1,112,806.99 |
| 12/31/20 | $ | 1,112,806.99 |
| | | |
| **FY2016** | **$** | **10,157,091.42** |
| **FY2017** | **$** | **14,392,378.35** |
| **FY2018** | **$** | **16,353,537.54** |
| **FY2019** | **$** | **12,741,309.99** |
| **FY2020** | **$** | **12,675,733.85** |
| **Total** | **$** | **66,320,051.15** |