**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 20-10766 (BLS)<br>(Jointly Administered) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                                    Plaintiffs,<br>                v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                                    Defendants. | Adv. Proc. No. 21-51190 (BLS) |

## **SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk: | United States Bankruptcy Court<br>824 Market Street, 3rd Floor<br>Wilmington, DE  19801 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Name and Address of Plaintiff's Attorneys:

| | |
|---|---|
| QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Andrew J. Rossman<br>Deborah J. Newman<br>Jordan Harap<br>Ari Roytenberg<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: andrewrossman@quinnemanuel.com<br>deborahnewman@quinnemanuel.com<br>jordanharap@quinnemanuel.com<br>ariroytenberg@quinnemanuel.com | PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.



| Address: United States Bankruptcy Court | Courtroom No. 1 |
| 824 Market Street, 6th Floor | |
| Wilmington, DE  19801 | Date and Time: TBD |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy**
**Court for the District of Delaware**

*/s/ Una O'Boyle*
Clerk of the Bankruptcy Court

Date:  October 27, 2021

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made October 27, 2021 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid and certified mail return receipt, addressed to:

### SEE ATTACHED SERVICE LIST

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 27, 2021

/s/ *Timothy P. Cairns*
Timothy P. Cairns (Bar No. 4228)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)

Quorum – Service List re Complaint
Main Case No. 20-10766 (BLS)
Adv. Case No. 21-51190 (BLS)
Doc. No. 236724
18 – First Class Mail
11 – Certified Mail

**First Class Mail**
Corporation Service Company, Registered Agent for Community Health Systems, Inc.
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Corporation Service Company, Registered Agent for CHS/Community Health Systems, Inc.
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Corporation Service Company, Registered Agent for Revenue Cycle Service Center, LLC
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Corporation Service Company, Registered Agent for CHSPSC, LLC
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Corporation Service Company, Registered Agent for Eligibility Screening Services, LLC
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Corporation Service Company, Registered Agent for Credit Suisse Securities (USA) LLC
251 Little Falls Drive
Wilmington, DE  19808

**First Class Mail**
Justin Pitt, Registered Agent for Professional Account Services, Inc.
4000 Meridian Blvd.
Comm Health Systems
Franklin, TN  37067-6325

**First Class Mail**
Justin Pitt, Registered Agent for Physician Practice Support, LLC
4000 Meridian Blvd.
Comm Health Systems
Franklin, TN  37067-6325

**First Class Mail**
W. Larry Cash
6 Kings Ln
Saint Simons Island, GA 31522-2302

**First Class Mail**
Rachel Seifert
139 Bayberry Rd
Versailles, KY  40383-9138

**First Class Mail**
Adam Feinstein
311 W. Broadway, Apt 4J
New York, NY  10013-3056

**First Class Mail**
(Counsel Community Health Systems, Inc. and W. Larry Case)
Kathleen M. Miller, Esq.
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE  19899

**First Class Mail**
(Counsel Community Health Systems, Inc. and W. Larry Case)
Gary A. Orseck, Esq.
William J. Trunk, Esq.
Jack A. Herman, Esq.
Wendy Liu, Esq.
Lauren M. Cassady, Esq.
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
2000 K Street NW, 4th Floor
Washington, DC  20006

**First Class Mail**
(Counsel Community Health Systems, Inc. and W. Larry Case)
Robert J. Walker, Esq.
Jason W. Callen, Esq.
Butler Snow LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN  37201

**First Class Mail**
Quorum Health Corporation
1573 Mallory Lane
Brentwood, TN  37027

**First Class Mail**
(Counsel for Reorganized Debtor)
David R. Hurst, Esq.
McDermott Will & Emery LLP
1007 North Orange Street, 10th Floor
Wilmington, DE  19801

**First Class Mail**
(Counsel for Reorganized Debtor)
Felicia Gerber Perlman, Esq.
Bradley Thomas Giordano, Esq.
Megan Preusker, Esq.
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL  60606-0029

**First Class Mail**
(Counsel for Credit Suisse, AG as the First Lien Agent)
Paul H. Zumbro, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY  10019

**Certified Mail Return Receipt**
Corporation Service Company, Registered Agent for Community Health Systems, Inc.
251 Little Falls Drive
Wilmington, DE  19808

**Certified Mail Return Receipt**
Corporation Service Company, Registered Agent for CHS/Community Health Systems, Inc.
251 Little Falls Drive
Wilmington, DE  19808

**Certified Mail Return Receipt**
Corporation Service Company, Registered Agent for Revenue Cycle Service Center, LLC
251 Little Falls Drive
Wilmington, DE  19808

**Certified Mail Return Receipt**
Corporation Service Company, Registered Agent for CHSPSC, LLC
251 Little Falls Drive
Wilmington, DE  19808

**Certified Mail Return Receipt**
Corporation Service Company, Registered Agent for Eligibility Screening Services, LLC
251 Little Falls Drive
Wilmington, DE  19808

**Certified Mail Return Receipt**
Corporation Service Company, Registered Agent for Credit Suisse Securities (USA) LLC
251 Little Falls Drive
Wilmington, DE  19808

**Certified Mail Return Receipt**
Justin Pitt, Registered Agent for
Professional Account Services, Inc.
4000 Meridian Blvd.
Comm Health Systems
Franklin, TN  37067-6325

**Certified Mail Return Receipt**
Justin Pitt, Registered Agent for Physician Practice Support, LLC
4000 Meridian Blvd.
Comm Health Systems
Franklin, TN  37067-6325

**Certified Mail Return Receipt**
W. Larry Cash
6 Kings Ln
Saint Simons Island, GA 31522-2302

**Certified Mail Return Receipt**
Rachel Seifert
139 Bayberry Rd
Versailles, KY  40383-9138

**Certified Mail Return Receipt**
Adam Feinstein
311 W. Broadway, Apt 4J
New York, NY  10013-3056

QHC Litigation Trust 2002 Service List
FCM
Adv. Proc. No. 21-51190 (BLS)
Document No. 236725v2
18 – First Class Mail

(Counsel to Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, Solely in its Capacity as Indenture Trustee)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
PO Box 8705
Wilmington, DE  19899-8705 (Courier 19801)

**FIRST CLASS MAIL**
U.S. Attorney - District of Delaware
Hercules Building
1313 N. Market Street
Wilmington, DE  19801

**FIRST CLASS MAIL**
Office of the United States Trustee
Attn: Benjamin A. Hackman & Rosa Sierra
J Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Debtors' Counsel)
McDermott Will & Emery LLP
Attn: David R. Hurst
The Nemours Building
1007 N Orange Street, 4th Floor
Wilmington, DE  19801

**FIRST CLASS MAIL**
(Counsel to Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, Solely in its Capacity as Indenture Trustee)
Andrew J. Rossman, Esq.
Deborah J. Newman, Esq.
Jordan Harap, Esq.
Ari Roytenberg, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

**FIRST CLASS MAIL**
(Debtors' Counsel)
McDermott Will & Emery LLP
Attn: Felicia Gerber Perlman
Bradley T. Giordano
Megan Preusker
444 West Lake Street, Suite 4000
Chicago, IL  60606-0029

**FIRST CLASS MAIL**
(Counsel for the United States of America)
U.S. Department of Justice
Attn: Leah V. Lerman, Civil Division
Ben Franklin Station
1100 L Street NW, Room 7002
PO Box 875
Washington, DC  20044-0875

**FIRST CLASS MAIL**
Daniel H. Golden
c/o Elm Street Enterprises LLC
QHC Litigation Trustee
100 Greene Street, Unit 5
New York, NY  10012

**FIRST CLASS MAIL**
Delaware Secretary of State
Divisions of Corporations, Tax Division
401 Federal Street, Suite 4
PO Box 898
Dover, DE  19903

**FIRST CLASS MAIL**
Delaware Secretary of Treasury
Attn: Office, Managing Agent of General Agent
820 Silverlake Boulevard, Suite 100
Dover, DE  19904

**FIRST CLASS MAIL**
Dr. Rajeev Varma
13382 Forest Ridge Drive
Palos Heights, IL  60463

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

**FIRST CLASS MAIL**
(Counsel to Ad Hoc Committee Of Noteholders)
Kirkland & Ellis LLP
Nicole L. Greenblatt, P.C.
Steven N. Serajeddini, P.C.
Derek I. Hunter
601 Lexington Avenue
New York, NY  10022

**FIRST CLASS MAIL**
(Counsel to First Lien Lenders)
Milbank LLP
Attn: Dennis F. Dunne
   & Tyson M. Lomazow
55 Hudson Yards
New York, NY  10001-2163

**FIRST CLASS MAIL**
Securities and Exchange Commission
New York Regional Office
Marc Berger, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY  10281-1022

**FIRST CLASS MAIL**
Securities and Exchange Commission
SEC Headquarters
100 F Street, NE
Washington, DC  20549

**FIRST CLASS MAIL**
TN Dept of Revenue
c/o TN Attorney General's Office
Attn: Laura L. McCloud, Sr. Asst Attorney General
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

**FIRST CLASS MAIL**
U.S. Department of Justice
Drug Enforcement Administration
Office of Diversion Control
8701 Morrissette Drive
Springfield, VA  22152

**FIRST CLASS MAIL**
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                          Debtors.<br><br>DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                          Plaintiffs,<br>          v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                          Defendants. | Chapter 11<br><br>Case No. 20-10766 (BLS)<br>(Jointly Administered)<br><br>Adv. Proc. No. 21-51190 (BLS) |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral".

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

| | |
|---|---|
| Dated: October 27, 2021 | */s/ Una O'Boyle*<br>Clerk of the Court |