# **<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>    Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>    Defendants. | Adv. Pro. No. 21-51190 (BLS) |

**ORDER DISMISSING COMPLAINT IN PART**

Upon *Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Motion To Dismiss* (the "Motion"); the Court having reviewed the

Motion, the accompanying Memorandum,[1] and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Counts I, II, III, IV, XII, XIII, XIV, and XV of the Complaint are hereby dismissed with prejudice.

3. Count XI is hereby dismissed with prejudice with respect to Section 548 claims relating to TSA payments preceding April 7, 2018.

4. Counts V, VI, VII, and VIII are hereby dismissed with prejudice as against Defendant Adam Feinstein.

---

[1] Undefined terms used herein shall have the meanings ascribed to them in the Motion.