# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| QUORUM HEALTH CORPORATION, *et al.*, | **Case No. 20-10766 (BLS)** |
| Debtor. |  |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | **Adversary Proceeding** **Case No. 21-51190 (BLS)** |
| Plaintiffs, |  |
| v. |  |
|  | **Re: Adv. Docket No. 1** |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, |  |
| Defendants. |  |

**CREDIT SUISSE SECURITIES (USA) LLC'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant Credit Suisse Securities (USA) LLC ("Credit Suisse" or "Defendant"), by and through its undersigned counsel, moves for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice all claims asserted against Credit Suisse in the Complaint.[1]

The grounds for this motion are that the Complaint should be dismissed for failure to state a claim as to Credit Suisse. The specific grounds are set forth in (1) the Memorandum of Law in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss; and (2) the Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint, and the exhibits thereto.

WHEREFORE, for the reasons set forth in the Memorandum of Law, Defendant respectfully requests that this Court enter an order, substantially in the form attached hereto, that dismisses all counts in the Complaint against Defendant with prejudice, and grants Defendant such additional and further relief as the Court may deem just and proper.

[*Signature page follows*]

---

[1] Credit Suisse presently takes no position on the Court's authority to enter a final judgment in this proceeding, and consistent with Local Rule 7012-1 will state any such position, if necessary, in any answer to the Complaint.

Dated: Wilmington, Delaware
January 14, 2022

**RICHARDS LAYTON & FINGER, P.A.**

*/s/ Robert C. Maddox*
Mark D. Collins (No. 2981)
Cory D. Kandestin (No. 5025)
Robert C. Maddox (No. 5356)
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
kandestin@rlf.com
maddox@rlf.com

-and-

**CAHILL GORDON & REINDEL LLP**
Herbert S. Washer
Edward Moss
Joel H. Levitin
John MacGregor
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
jlevitin@cahill.com
jmacgregor@cahill.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*