# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| QUORUM HEALTH CORPORATION, *et al.*, | **Case No. 20-10766 (BLS)** |
| Debtor. |  |
|  |  |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | **Adversary Proceeding** **Case No. 21-51190 (BLS)** Re: D.I. ____ |
| Plaintiffs, |  |
| v. |  |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, |  |
| Defendants. |  |

## ORDER GRANTING CREDIT SUISSE SECURITIES (USA) LLC'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM

Upon consideration of *Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint for Failure to State a Claim* (the "**Motion**") filed by Credit Suisse Securities (USA) LLC ("**Defendant**"); and upon consideration of any opposition submitted in response thereto;

and the Court having found upon review of the submissions by the parties that sufficient cause exists in support of the relief requested by the Motion;

    **IT IS HEREBY ORDERED THAT:**

    1.    The Complaint against Defendant is dismissed with prejudice.

    2.    This Court shall retain jurisdiction to interpret and implement the provisions of this Order.