**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | : |
| | : Case No. 20-10766 (BLS) |
| QUORUM HEALTH CORPORATION, *et al.*, | : |
| | : Chapter 11 |
| Debtor. | : |
| | : |

---

| | |
|---|---|
| | : |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE | : |
| OF THE QHC LITIGATION TRUST, AND | : |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, | : Adv. Pro. No. 21-51190 (BLS) |
| SOLELY IN ITS CAPACITY AS INDENTURE | : |
| TRUSTEE, | : |
| | : |
| Plaintiffs, | : **Related Docket No. 57** |
| | : |
| v. | : |
| | : |
| COMMUNITY HEALTH SYSTEMS, INC.; | : |
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; | : |
| REVENUE CYCLE SERVICE CENTER, LLC; | : |
| CHSPSC, LLC; PROFESSIONAL ACCOUNT | : |
| SERVICES, INC.; PHYSICIAN PRACTICE | : |
| SUPPORT, LLC; ELIGIBILITY SCREENING | : |
| SERVICES, LLC; W. LARRY CASH; RACHEL | : |
| SEIFERT; ADAM FEINSTEIN; AND CREDIT | : |
| SUISSE SECURITIES (USA) LLC, | : |
| | : |
| Defendants. | : |

---

**PLAINTIFFS' RESPONSE TO**
**QUORUM HEALTH CORPORATION'S MOTION TO INTERVENE**

1

Plaintiffs Daniel H. Golden., as Litigation Trustee of the QHC Litigation Trust (the "Trust"), and Wilmington Savings Fund Society, FSB ("WSFS" or the "Indenture Trustee"), solely in its capacity as the Indenture Trustee under that certain indenture (the "Indenture"), dated as of April 22, 2016 for the unsecured 11.625% Senior Notes due April 2023 (the "Senior Notes"), submit this Response to the Motion to Intervene (the "Motion") filed by Quorum Health Corporation ("Reorganized Quorum").

Plaintiffs support the Motion and request that it be granted. Reorganized Quorum and Defendants have agreed to a briefing schedule in which Defendants' answering brief in response to the Motion is due on March 7, 2022, and Reorganized Quorum's reply brief in support of the Motion is due on March 21, 2022 (Docket No. 57). In light of this briefing schedule, Plaintiffs reserve the right to submit a further brief in support of the Motion on March 21, 2022.

DATED:    February 22, 2022

                                      PACHULSKI STANG ZIEHL & JONES LLP

                                      */s/ Timothy P. Cairns*
                                      Laura Davis Jones (DE Bar No. 2436)
                                      Timothy P. Cairns (DE Bar No. 4228)
                                      919 North Market Street, 17th Fl.
                                      Wilmington, DE 19801
                                      Telephone: (302) 778-6401
                                      ljones@pszlaw.com
                                      tcairns@pszjlaw.com

        QUINN EMANUEL URQUHART &
         SULLIVAN, LLP

        Andrew J. Rossman
        Deborah J. Newman
        Jordan Harap
        Ari Roytenberg
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Telephone: (212) 849-7000
        Facsimile: (212) 849-7100
        andrewrossman@quinnemanuel.com
        deborahnewman@quinnemanuel.com
        jordanharap@quinnemanuel.com
        ariroytenberg@quinnemanuel.com

        *Counsel for Daniel H. Golden, as Litigation Trustee*
        *for the QHC Litigation Trust and Wilmington*
        *Savings Fund Society, FSB, solely in its capacity as*
        *Indenture Trustee*