# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                   Debtor. | <u>Chapter 11</u><br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>                   Plaintiffs,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                   Defendants. | Adv. Pro. No. 21-51190 (BLS) |

**<u>DEFENDANTS COMMUNITY HEALTH SYSTEMS, INC., W. LARRY CASH, AND RACHEL SEIFERT'S MOTION TO STAY LITIGATION PENDING ARBITRATION</u>**

Pursuant to Section 3 of the Federal Arbitration Act (9 U.S.C. § 3), and for the reasons set forth in the memorandum in opposition (the "Memorandum") to Quorum Health Corporation's Motion To Intervene (D.I. 54), filed contemporaneously herewith, defendants Community Health

Systems, Inc. ("CHSI"), W. Larry Cash, and Rachel Seifert (together, the "Movants") hereby respectfully file this motion (the "Motion") for a stay pending arbitration of Quorum Health Corporation's ("Quorum's") proposed claims against the Movants.

As explained in the Memorandum, this Court lacks jurisdiction over the claims described in Quorum's Motion To Intervene and proposed complaint, and therefore should deny Quorum's motion to intervene. However, if the Court determines that it has jurisdiction, the Court should stay Quorum's claims against the Movants to permit the parties to arbitrate those claims as required by their written agreement.

Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure and Rule 7012-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the Movants advise the Court that, although the Movants submit the Court lacks jurisdiction over Quorum's claims, if the Court determines it does have jurisdiction over such claims, the Movants consent to the entry of a final order or judgment by this Court with respect to this Motion if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

WHEREFORE, the Movants respectfully request that this Court enter an order in substantially the form attached hereto as Exhibit A and grant such further relief as the Court may deem necessary and proper.

[*Remainder of page intentionally left blank.*]

Dated: March 7, 2022
       Wilmington, Delaware

| YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP | ROBBINS, RUSSELL, ENGLERT, ORSECK<br>  & UNTEREINER LLP |
|---|---|
| /s/ Michael S. Neiburg<br>Michael S. Neiburg (DE No. 5275)<br>Christopher M. Lambe (DE No. 6846)<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>Rodney Square<br>1000 North King St.<br>Wilmington, DE 19801<br>Tel.: (302) 571-6600<br>Fax: (302) 571-1253<br>mneiburg@ycst.com<br><br>*Counsel for Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert* | Gary A. Orseck (admitted *pro hac vice*)<br>Alison C. Barnes (admitted *pro hac vice*)<br>William J. Trunk (admitted *pro hac vice*)<br>Jack A. Herman (admitted *pro hac vice*)<br>Lauren C. Andrews (admitted *pro hac vice*)<br>Jason A. Shaffer (admitted *pro hac vice*)<br>2000 K Street, N.W., 4th Floor<br>Washington, D.C. 20006<br>Tel: (202) 775-4500<br>Fax: (202) 775-4510<br>gorseck@robbinsrussell.com<br><br>*Counsel for Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert* |