# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>                   Plaintiffs,<br><br>   v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                   Defendants. | Adv. Pro. No. 21-51190 (BLS) |

## ORDER GRANTING MOTION TO STAY LITIGATION PENDING ARBITRATION

Upon *Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion To Stay Litigation Pending Arbitration* (the "Motion"); the Court having reviewed the

Motion, the accompanying Memorandum,[1] and the responses thereto, if any; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. Pursuant to 9 U.S.C. § 3, this action is stayed with respect to the claims asserted in Quorum Health Corporation's Motion To Intervene, pending arbitration of all claims, disputes, and other matters raised in the proposed Complaint filed by Quorum Health Corporation, in accordance with the terms of the arbitration agreement in the Separation and Distribution Agreement between Quorum Health Corporation and Community Health Systems, Inc.

---

[1] Undefined terms used herein shall have the meanings ascribed to them in the Motion.