# EXHIBIT 4



February 4, 2022

*VIA E-MAIL*

Gary A. Orseck, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street, NW, 4th Floor
Washington DC 20006
Email: gorseck@robbinsrussell.com

      Re: *Request for indemnification by Community Health Systems, Inc ("CHS"), Larry Cash and Rachel A. Seifert*

Dear Gary:

This letter is the response of Quorum Health Corporation ("Quorum") to the request set forth in your letter to me dated December 15, 2001, in which you requested on behalf of CHS, Mr. Cash and Ms. Seifert indemnification and the advancement of fees pursuant to Section 4.02 of the Separation and Distribution Agreement between CHS and Quorum, as well as Quorum's corporate governance documents.

Quorum has reviewed your request and concluded that there is no basis to grant the request for indemnification and the advancement of fees under either the Separation and Distribution Agreement or Quorum's By-Laws and Certificate of Incorporation. Accordingly, Quorum declines to grant the request made in your December 15th letter.

Quorum rejects the assertion in the December 15th letter that the liabilities that may arise from the claims asserted against CHS, Mr. Cash and Ms. Seifert in the lawsuit brought by the QHC Litigation Trust constitute "QHS Liabilities" under the Separation and Distribution Agreement. Further, because the actions of CHS and the two individuals all occurred on behalf of, under the control of and for the benefit of CHS, any liabilities constitute "CHS Liabilities" under the Separation and Distribution Agreement.

For that same reason, neither Mr. Cash nor Ms. Seifert is entitled to indemnification under Quorum's By-Laws or Certificate of Incorporation.



With respect to the request that Quorum indemnify CHS for the obligations that CHS has incurred with Credit Suisse and Adam Feinstein, Quorum has no obligation as to those claims, since CHS' obligations arise from CHS' own conduct.

Sincerely,

*Donald R. Esposito*

Donald R. Esposito, Jr.
Chief Legal Officer

cc:  Felicia Gerber Perlman, Esq.
     McDermott Will & Emery LLP