**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
In re:                                                        :
                                                              :  Case No. 20-10766 (BLS)
QUORUM HEALTH CORPORATION, et al.,                            :
                                                              :  Chapter 11
                    Debtor.                                   :
                                                              :
------------------------------------------------------------- x
                                                              :
DANIEL H. GOLDEN, AS LITIGATION TRUSTEE                       :
OF THE QHC LITIGATION TRUST, AND                              :
WILMINGTON SAVINGS FUND SOCIETY, FSB,                         :  Adv. Pro. No. 21-51190 (BLS)
SOLELY IN ITS CAPACITY AS INDENTURE                           :
TRUSTEE,                                                      :
                                                              :
                    Plaintiffs,                               :
                                                              :
          v.                                                  :
                                                              :
COMMUNITY HEALTH SYSTEMS, INC.;                               :
CHS/COMMUNITY HEALTH SYSTEMS, INC.;                           :
REVENUE CYCLE SERVICE CENTER, LLC;                            :
CHSPSC, LLC; PROFESSIONAL ACCOUNT                             :
SERVICES, INC.; PHYSICIAN PRACTICE                            :
SUPPORT, LLC; ELIGIBILITY SCREENING                           :
SERVICES, LLC; W. LARRY CASH; RACHEL                          :
SEIFERT; ADAM FEINSTEIN; AND CREDIT                           :
SUISSE SECURITIES (USA) LLC,                                  :
                                                              :
                    Defendants.                               :
------------------------------------------------------------- x
```

**CERTIFICATE OF SERVICE**

I, Timothy P. Cairns, hereby certify that on the 1st day of April, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

1

2

**BRIEF OF PLAINTIFFS DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

QHC – Service List re Adversary
Case No. 21-51190 (BLS)
Doc. No. 237076.2
26 – Email

**Email**
(Counsel to Plaintiffs)
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

**Email**
(Counsel to Plaintiffs)
Andrew J. Rossman, Esq.
Deborah J. Newman, Esq.
Jordan Harap, Esq.
Ari Roytenberg, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
Email: andrewrossman@quinnemanuel.com
deborahnewman@quinnemanuel.com
jordanharap@quinnemanuel.com
ariroytenberg@quinnemanuel.com

**Email**
(Counsel to Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert)
Gary A. Orseck, Esq.
Alison C. Barnes, Esq.
William J. Trunk, Esq.
Jack A. Herman, Esq.
Lauren C. Andrews, Esq.
Jason A. Shaffer, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K. Street, N.W., 4th Floor
Washington, DC  20006
Email:  gorseck@robbinsrussell.com;
abarnes@robbinsrussell.com;
wtrunk@robbinsrussell.com;
jherman@robbinsrussell.com;
landrews@robbinsrussell.com;
jshaffer@robbinsrussell.com

**Email**
(Counsel to Defendant Credit Suisse Securities (USA) LLC)
Mark D. Collins, Esq.
Cory D. Kandestin, Esq.
Robert C. Maddox, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
Email: collins@rlf.com; kandestin@rlf.com; maddox@rlf.com

**Email**
(Counsel to Defendant Credit Suisse Securities (USA) LLC)
Herbert S. Washer, Esq.
Edward N. Moss, Esq.
Joel Levitin, Esq.
John MacGregor, Esq.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY  10005
Email:  hwasher@cahill.com
jlevitin@cahill.com
emoss@cahill.com
jmacgregor@cahill.com

**Email**
(Counsel to Defendant Adam Feinstein)
Marc B. Kramer, Esq.
Matthew Peller, Esq.
Rolnick Kramer Sadighi LLP
1251 6th Avenue
New York, NY  10020
Email:  mkramer@rksllp.com
mpeller@rksllp.com

**Email**
(Counsel to Defendant Adam Feinstein)
Sheila A. Sadighi, Esq.
Rolnick Kramer Sadighi LLP
300 Executive Drive
West Orange, NJ  07052
Email:  ssadighi@rksllp.com

**Email**
(Counsel to Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert and Adam Feinstein)
Michael S. Neiburg, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE  19801
Email: mneiburg@ycst.com

**Email**
(Counsel to Quorum Health Corporation)
David R. Hurst, Esq.
McDermott Will & Emery LLP
1007 North Orange Street, 10th Floor
Wilmington, DE  19801
Email:  dhurst@mwe.com

**Email**
(Counsel to Quorum Health Corporation)
Felicia Gerber Perlman, Esq.
Bradley Thomas Giordano, Esq.
McDermott Will & Emery LLP
444 West Lake Street
Chicago, IL  60606-0029
Email: fperlman@mwe.com;
bgiordano@mwe.com