## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------------------ x | | |
| In re: | : | |
| | : | Case No. 20-10766 (BLS) |
| QUORUM HEALTH CORPORATION, *et al.*, | : | |
| | : | Chapter 11 |
| Debtor. | : | |
| ------------------------------------------------------------------ x | : | |
| | : | |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | : | Adv. Pro. No. 21-51190 (BLS) |
| | : | **Related to Adv. Dkt. 43 and 47** |
| Plaintiffs, | : | |
| v. | : | |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | : | |
| Defendants. | : | |
| ------------------------------------------------------------------ x | | |

# ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION RE: BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Upon the motion (the "Motion to Exceed")[1] of Plaintiffs for entry of an order pursuant to rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules") authorizing Plaintiffs to exceed the thirty (30) page limit of Local Rule 7007-2 for their memorandum of law (the "Brief") in opposition to *Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligible Screening Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Siefert, and Adam Feinstein's Motion to Dismiss* (D.I. 43) and *Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint for Failure to State a Claim* (D.I. 47), as more fully set forth in the Motion to Exceed; and due and proper notice of the Motion to Exceed having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there is just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion to Exceed is GRANTED; and it is further

**ORDERED** that the Brief may exceed the 30-page limitation under Local Rule 7007-2.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Exceed.