# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| QUORUM HEALTH CORPORATION, *et al.*, | : | Case No. 20-10766 (BLS) |
| Debtor. | : | Jointly Administered |
| DANIEL H. GOLDEN, AS LITITGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | : | Adv. Proc. No. 21-51190 (BLS) |
| Plaintiffs, | : |  |
| v. | : |  |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | : |  |
| Defendants. | : |  |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm of McDermott Will & Emery LLP ("MWE"), on behalf of itself and all attorneys therein, hereby withdraws its appearance as counsel to Quorum Health Corporation ("Quorum") in the above-captioned adversary proceeding (the "Adversary Proceeding"). MWE does not withdraw as counsel to Quorum in the above-captioned chapter 11 cases.

#125240934 v2

**PLEASE TAKE FURTHER NOTICE** that the law firms of Akerman LLP and Troutman Pepper Hamilton Sanders LLP, and their attorneys listed below, hereby enter their appearance as co-counsel to Quorum Health Corporation in the Adversary Proceeding.

Dated:  April 7, 2022

AGREED TO BY:

| | |
|---|---|
| */s/ David R. Hurst* <br> David R. Hurst <br> **MCDERMOTT WILL & EMERY LLP** <br> The Nemours Building <br> 1007 North Orange Street <br> 10th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 485-3930 <br> Facsimile: (302) 351-8711 <br> Email:  dhurst@mwe.com | */s/ David M. Fournier* <br> David M. Fournier (DE No. 2812) <br> **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br> Hercules Plaza, Suite 5100 <br> 1313 N. Market Street <br> Wilmington, Delaware 19801 <br> Telephone:  (302) 777-6500 <br> Facsimile:  (302) 421-8390 <br> E-mail: :  david.fournier@troutman.com <br><br> -and- <br><br> H. Peter Haveles, Jr. (*pro hac vice pending*) <br> **AKERMAN LLP** <br> 1251 Avenue of the Americas, 37th Floor <br> New York, NY 10020 <br> Telephone:  (212) 822-2280 <br> Facsimile:  (212) <br> E-mail:  peter.haveles@akerman.com <br><br> *Counsel for Quorum Health Corporation* |