NOTICE OF APPEARANCE IN ADVERSARIAL PROCEEDING BLS 21-51190

I HAVE RECEIVED ABSOLUTELY NO NOTICE ( ELECTRONIC OR VIA MAIL USPS/COURIER) OF ANY OF THE DOCKET OF 21-51190 OF THE ADVERSARIAL PROCEEDING WHICH CONTAINS THE AVOIDANCE ACTIONS OF THE DEBTOR OR PURPORTED ELECTED/APPOINTED TRUSTEE (DANIEL GOLDEN). AS SUCH, I AM FILING NOW A NOTICE OF APPEARANCE AND WILL BE FILING MULTIPLE MOTIONS TODAY. I HAVE RECEIVED ABSOLUTELY NO NOTICE (COURTESY OR FORMAL) OF THE PROCEEDINGS OCCURING IN AP 21-51190. THE FILING TODAY OF THE NOTICE OF APPEARANCE WILL REMEDY THE NOTICING PROCESS ELECTRONICALLY THROUGH THE BNC SOFTWARE PLATFORM IN NORTHERN VIRGINIA ( BAE MANAGED). I WILL BE FILING A MOTION FOR STANDING, AVOIDANCE ACTION UNDER 540s rules, MODIFICATION OF DISCHARGE INJUNCTION IN PLACE ( 524) FOR THE CORPORATE SUBSIDIARY DEBTORS (PREMATURELY CLOSED BY JUDGE OWENS IN OCTOBER 2020), LIFTING OF THE CURRENT AUTOMATIC STAY THAT EXISTS IN LEAD CASE/QHC CORPORATE PARENT, 455 MOTION FOR RECUSAL OF JUDGE BRENDAN LINEHAN SHANNON AS FEDERAL BANKRUPTCY JUDGE, JURIST DISABILITY REPORTING OF JUDGE KAREN B. OWENS AND JUDGE CHRISTOPHER SONTCHI TO THE THIRD CIRCUIT COURT OF APPEALS. I AM HOPEFUL THAT ALL OF THIS NAMELY THE STANDING MOTION AND AVOIDANCE MOTION WILL BE SUBMITTED TODAY ON MONDAY, APRIL 11, 2022 VIA PACER CM/ECF BY 10:59 PM (CST). I AM A PRO SE TORT CLAIMANT (ALLOWED UNSECURED CLAIM WITH MINIMUM LIQUIDATED AMOUNT FOR PREPETITION OF THE CORPORATE DEBTOR) CREDITOR WITH MASSIVE UNSATISFIED AMOUNT OF LIQUID DEBT AMOUNT THAT IS DUE WHICH IS FURTHER SUPPORTING THE OTHER ASPECTS OF THIS BANKRUPTCY CASE  (20-10766) THAT IT IS IN FACT REPLETE WITH FRAUD THAT IS UNFORTUNATELY AND FRUSTATEDLY PERPETUATED BY OFFICERS OF THE COURT (INCLUDING JUDGE BRENDAN LINEHAN SHANNON ). I CAN ASSURE THAT THIS WEEK WILL BE A VERY BUSY WEEK FOR ME IN TERMS OF MOTION PAPERS AND

PLEADINGS THAT WILL PROMOTE A IMPORTANT GOAL OF THIS JUDICIAL PROCESS: QUEST FOR THE TRUTH (WHICH I WILL GIVE YOU AND WE HAVEN'T EVEN ENTERED INTO A FORMAL DISCOVERY OR FINANCIAL 2004 EXAMINATION-----THIS IS UPCOMING!!). THANK YOU.

Sincerely,

Rajeev Varma, M.D.