Rajeev Varma <rajvarmamd@gmail.com>

## Fwd: THIRD CIRCUIT COURT OF APPEALS FILING FEE

**Rajeev Varma** <rajvarmamd@outlook.com>                                    Wed, Apr 20, 2022 at 9:51 AM
To: Rajeev Varma <rajvarmamd@gmail.com>


Get Outlook for iOS

**From:** Rajeev Varma
**Sent:** Wednesday, April 20, 2022 9:21:51 AM
**To:** John Cerino <john_cerino@ded.uscourts.gov>; Crystal Ayala <Crystal_Ayala@ded.uscourts.gov>; Patricia_Dodszuweit@ca3.uscourts.gov <Patricia_Dodszuweit@ca3.uscourts.gov>; kelly_glaum@ca3.uscourts.gov <kelly_glaum@ca3.uscourts.gov>; Alicia_Rossi@ca3.uscourts.gov <Alicia_Rossi@ca3.uscourts.gov>; Zipporah_Melton@ca3.uscourts.gov <Zipporah_Melton@ca3.uscourts.gov>
**Subject:** THIRD CIRCUIT COURT OF APPEALS FILING FEE

Hello,
As you know, I have an active case in the third circuit court of appeals and I am paying the filing fee of $505. On your website in the district of Delaware court website under The division hyperlink of "clerks office" and subdivision hyperlink of "fees" there is a notice to the potential client or litigant of payment of fees via personal bank check. That notice is the following:




Please note that, when you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Below is The Privacy Act Statement from The U.S. Treasury. For inquiries, please call 302-573-6170.

Privacy Act - A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available from our internet site at http://www.fms.treas.gov/otcnet/index.html, or call toll free at 1-866-945-7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.


Because of the above, I have opted to pay via a money order check. I have purchased a money order of $505 at a Western Union in the Chicago area yesterday, April 19, 2022. That money order is broken down into two money order checks: a $500.00 money order check and a five dollar ($5.00)money order check. The first question I have for your department is: Do you accept a WESTERN UNION money order check as payment for the third Circuit court of

appeals filing fee.? The second question I have is to whom do I pay the order of the amount to? Would it be: "district of Delaware federal court clerk's office"? I need the answers to these questions as I plan on mailing out this money order to pay the filing fee in the third circuit court of appeals immediately this morning. So I am kindly requesting you to respond ASAP this morning to these questions. I have attached a picture ( as a JPEG attachment in this e-mail message) of the money order checks for your perusal in the event that the pictures may help you answer the questions that I am posing to you. If you have any questions or issues please do not hesitate to contact me via mobile phone or email.  As a sidenote, all of these problems and inconveniences that I am experiencing In terms of processing of briefs or pain of fees that are related to the district of Delaware federal court could have been prevented if the previous district judge Leonard P Stark just simply had approved of my electronic filing privileges for PACER CM/ECF As the electronic filing privileges effectuates the payment platform on in an active account in a federal court through next GEN pacer CM/ECF administered through the defense company contract of Huntington Ingalls from predominantly their IT operations in San Antonio, Texas. I believe this constitutional violation committed by Judge Stark Is an abuse of discretion by him and could be a very severe abuse of discretion as other information is divulged in my litigation. There is simply no reason whatsoever for him to deny me electronic privileges on pacer CMECF and I think everybody here would agree with that especially in view of the fact that I already have active electronic filing privileges on pacer CM/ECF for a unit of the district court. That unit of the District Court is the federal bankruptcy court of the district of Delaware. Fortunately, this controversy in respect to the denial of my electronic filing privileges by Judge Leonard P Stark is not something that the clerk's office needs to dwell or ruminate about at this point. Either way, I would appreciate very much if you could answer the questions that I posed above as soon as possible this morning. Thank you.

Sincerely,

Rajeev Varma, M.D.
Mobile: 815-260-7801





Get Outlook for iOS