# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br>**Ref. Nos. 43, 44, 68** |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO REPLY BRIEF IN SUPPORT OF DEFENDANTS COMMUNITY HEALTH SYSTEMS, INC., CHS/COMMUNITY HEALTH SYSTEMS, INC., REVENUE CYCLE SERVICE CENTER, LLC, CHSPSC, LLC, PROFESSIONAL ACCOUNT SERVICES, INC., PHYSICIAN PRACTICE SUPPORT, LLC, ELIGIBILITY SCREENING SERVICES, LLC, W. LARRY CASH, RACHEL SEIFERT, AND ADAM FEINSTEIN'S MOTION TO DISMISS**

Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein (collectively, the "Movants") hereby file this motion (the "Motion for Leave") for the entry of an order, substantially in the form attached hereto as Exhibit A (the "Proposed Order"), pursuant to Rule 7007-2(a)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Movants to exceed the default page limit for the Movants' reply brief in support of their motion to dismiss (the "Reply"), which is being filed concurrently herewith. In support of this Motion for Leave, the Movants respectfully state as follows:

1. On October 25, 2021, the above-captioned plaintiffs (the "Plaintiffs") commenced the Adversary Proceeding by filing a complaint [Dkt. 1] against the Movants and Credit Suisse Securities (USA) LLC ("Credit Suisse").

2. On January 14, 2022, the Movants filed their motion to dismiss the complaint [Dkt. 43], along with a supporting brief [Dkt. 44].

3. Also on January 14, 2022, defendant Credit Suisse filed its motion to dismiss the complaint [Dkt. 47], along with a supporting brief [Dkt. 48] (collectively with Movants' motion to dismiss, the "Motions").

4. On April 1, 2022, the Plaintiffs moved the Court for an order permitting them to exceed the page limit prescribed by Local Rule 7007-2(a)(iv) with respect to their answering brief [Dkt. 69]. The Plaintiffs filed their omnibus brief in opposition to the Motions (the "Opposition") on the same day, totaling sixty (60) pages [Dkt. 68].

5. In reply to the Opposition and in further support of their motion to dismiss, the

Movants submit their Reply contemporaneously with this Motion for Leave.

6. The Local Rules provide, in relevant part, that reply briefs shall not exceed fifteen (15) pages in length. Del. Bankr. L.R. 7007-2(a)(iv). However, a reply brief may exceed the 15-page limitation set forth in Local Rule 7007 with leave of Court. *Id.*

7. The Reply totals only twenty (20) pages notwithstanding that the Opposition is sixty (60) pages in length and raises nine (9) separate arguments. While the Movants made the Reply as concise as possible under the circumstances, the Movants could not provide the Court with sufficient information and analyses for the full and fair adjudication of the matters presented in the Opposition within the 15-page limit prescribed by Local Rule 7007-2(a)(iv).

8. On April 19, 2022, counsel for the Movants sought Plaintiffs' consent to file a twenty-page Reply. Plaintiffs consented to the requested enlargement.

9. The Movants respectfully submit that granting leave to exceed the default page limitation prescribed by Local Rule 7007-2(a)(iv) is appropriate and justified. Plaintiffs will not prejudiced by the extension of the default page limitations applicable to the Reply, and the five (5) extra pages will allow the Court to more fully analyze and adjudicate the issues presented.

WHEREFORE, for the foregoing reasons, the Movants respectfully request that the Court enter the Proposed Order, granting the relief requested herein and such further relief the Court deems just and proper.

[*Signature Page Below*]

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR LLP<br><br>/s/ Michael S. Neiburg<br>Michael S. Neiburg (DE No. 5275)<br>Christopher M. Lambe (DE No. 6846)<br>Rodney Square<br>1000 North King St.<br>Wilmington, DE 19801<br>Tel.: (302) 571-6600<br>Fax: (302) 571-1253<br>mneiburg@ycst.com<br>*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein* | KRAMER LEVIN ROBBINS RUSSELL<br><br>Gary A. Orseck (admitted *pro hac vice*)<br>Alison C. Barnes (admitted *pro hac vice*)<br>William J. Trunk (admitted *pro hac vice*)<br>Jack A. Herman (admitted *pro hac vice*)<br>Lauren C. Andrews (admitted *pro hac vice*)<br>Jason A. Shaffer (admitted *pro hac vice*)<br>2000 K Street, N.W., 4th Floor<br>Washington, D.C. 20006<br>Tel: (202) 775-4500<br>Fax: (202) 775-4510<br>gorseck@kramerlevin.com<br><br>*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert*<br><br>ROLNICK KRAMER SADIGHI LLP<br><br>Marc B. Kramer (admitted *pro hac vice*)<br>Matthew Peller (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 597-2800<br>Fax: (212) 597-2801<br>mkramer@rksllp.com<br><br>Sheila Sadighi (admitted *pro hac vice*)<br>300 Executive Drive<br>West Orange, New Jersey 07052<br><br>*Counsel for Defendant Adam Feinstein* |

May 2, 2022