## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>                              Plaintiffs,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                              Defendants. | Adv. Pro. No. 21-51190 (BLS) |

## CERTIFICATE OF SERVICE

I, Michael S. Neiburg, hereby certify that on May 2, 2022, I caused a copy of the following documents to be served upon the parties identified on the attached Exhibit A service list in the manner indicated:

- Unopposed Motion for Leave to Exceed Page Limit Requirements with Respect to Reply Brief in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Motion to Dismiss [Adv. D.I. 83];

- Reply Brief in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Motion to Dismiss [Adv. D.I. 84].

            YOUNG CONAWAY STARGATT & TAYLOR, LLP

            */s/ Michael S. Neiburg*
            Michael S. Neiburg (No. 5275)
            Rodney Square
            1000 North King Street
            Wilmington, Delaware 19801
            Telephone: (302) 571-6600
            Facsimile: (302) 571-1253

## **Exhibit A**

Andrew J. Rossman, Esq.
Deborah J. Newman, Esq.
Jordan Harap, Esq.
Ari Roytenberg, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
andrewrossman@quinnemanuel.com
deborahnewman@quinnemanuel.com
jordanharap@quinnemanuel.com
ariroytenberg@quinnemanuel.com
*Via Email*

Gary A. Orseck, Esq.
Alison C. Barnes, Esq.
William J. Trunk, Esq.
Jack A. Herman, Esq.
Lauren C. Andrews, Esq.
Jason A. Shaffer, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
gorseck@robbinsrussell.com
*Via Email*

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
*Via Email*

Marc B. Kramer, Esq.
Matthew Peller, Esq.
Rolnick Kramer Sadighi LLP
1251 6th Avenue
New York, NY 10020
mkramer@rksllp.com
mpeller@rksllp.com
*Via Email*

Herbert S. Washer, Esq.
Edward N. Moss, Esq.
Joel Levitin, Esq.
John MacGregor, Esq.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
hwasher@cahill.com
emoss@cahill.com
jlevitin@cahill.com
jmacgregor@cahill.com
*Via Email*

Sheila A. Sadighi, Esq.
Rolnick Kramer Sadighi LLP
300 Executive Drive
West Orange, NJ 07052
ssadighi@rksllp.com
*Via Email*

Mark D. Collins, Esq.
Robert C. Maddox, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com
maddox@rlf.com
*Via Email*