# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>                    Plaintiffs,<br><br>   v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                    Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br><br><br>**Ref. Nos. 43, 44, 68, 83** |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT REQUIREMENTS WITH RESPECT TO REPLY BRIEF IN SUPPORT OF DEFENDANTS COMMUNITY HEALTH SYSTEMS, INC., CHS/COMMUNITY HEALTH SYSTEMS, INC., REVENUE CYCLE SERVICE CENTER, LLC, CHSPSC, LLC, PROFESSIONAL ACCOUNT SERVICES, INC., PHYSICIAN PRACTICE SUPPORT, LLC, ELIGIBILITY SCREENING SERVICES, LLC, W. LARRY CASH, <u>RACHEL SEIFERT, AND ADAM FEINSTEIN'S MOTION TO DISMISS</u>**

Upon the motion (the "Motion for Leave")[1] of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein (collectively, the "Movants") for entry of an order authorizing the Movants to exceed the page limit prescribed by Local Rule 7007-2(a)(iv) in connection with the Reply; and it appearing that this Court has jurisdiction to consider the Motion for Leave pursuant to 28 U.S.C. § 157(b)(2) and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having determined that the Movants have demonstrated sufficient justification for approval of the Motion for Leave; and after due deliberation, and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion for Leave is GRANTED as set forth herein.

2. The Movants are authorized to file the Reply in excess of the fifteen (15)-page limitation prescribed by Local Rule 7007-2(a)(iv).

3. The Clerk of the Court shall accept the Reply in the form filed.

4. This Court shall retain jurisdiction with respect to all matters and disputes arising from or related to the implementation or interpretation of this Order.

**Dated:** May 3rd, 2022
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion for Leave.