# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                    Plaintiffs,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                    Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br><br><br>Ref. Docket Nos. 43 & 47 |

### JOINT REQUEST FOR ORAL ARGUMENT IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Del. Bankr. L.R. 7007-3, (i) Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein, (ii) Defendant Credit Suisse

Securities (USA) LLC (collectively, the "Defendants"), (iii) Plaintiff Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and (iv) Plaintiff Wilmington Savings Fund Society, FSB, solely in its capacity as Indenture Trustee in the above-captioned proceeding, respectfully jointly request oral argument on the Defendants' Motions to Dismiss [Docket Nos. 43, 47] (the "Motions to Dismiss") filed on January 14, 2022 and January 19, 2022, respectively. The Motions to Dismiss are fully briefed and ready for the Court's consideration.

[*Signature Pages Follow*]

Date: May 9, 2022

/s/ *Michael S. Neiburg*
Michael S. Neiburg (DE No. 5275)
Christopher M. Lambe (DE No. 6846)
YOUNG CONAWAY STARGATT
 & TAYLOR LLP
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein*

Respectfully submitted,

Gary A. Orseck (admitted *pro hac vice*)
Alison C. Barnes (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
Lauren C. Andrews (admitted *pro hac vice*)
Jason A. Shaffer (admitted *pro hac vice*)
KRAMER LEVIN ROBBINS RUSSELL
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
gorseck@kramerlevin.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert*


ROLNICK KRAMER SADIGHI LLP

Marc B. Kramer (admitted *pro hac vice*)
Matthew Peller (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 597-2800
Fax: (212) 597-2801
mkramer@rksllp.com

Sheila Sadighi (admitted *pro hac vice*)
300 Executive Drive
West Orange, New Jersey 07052

*Counsel for Defendant Adam Feinstein*

| | |
|---|---|
| /s/ Robert C. Maddox<br>Mark D. Collins (DE No. 2981)<br>Robert C. Maddox (DE No. 5356)<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square, 920 North King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br>collins@rlf.com<br>maddox@rlf.com<br><br>*Counsel for Defendant Credit Suisse Securities (USA) LLC* | Herbert S. Washer (admitted *pro hac vice*)<br>Edward Moss (admitted *pro hac vice*)<br>Joel H. Levitin (admitted *pro hac vice*)<br>John MacGregor (admitted *pro hac vice*)<br>CAHILL GORDON & REINDEL LLP<br>32 Old Slip<br>New York, NY 10005<br>Tel: (212) 701-3000<br>Fax: (212) 269-5420<br>hwasher@cahill.com<br>emoss@cahill.com<br>jlevitin@cahill.com<br>jmacgregor@cahill.com<br><br>*Counsel for Defendant Credit Suisse Securities (USA) LLC* |
| /s/ Timothy P. Cairns<br>Laura Davis Jones (DE No. 2436)<br>Timothy P. Cairns (DE No. 4228)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Fl.<br>Wilmington, DE 19801<br>Tel: (302) 778-6401<br>Fax: (302) 652-4400<br>ljones@pszljaw.com<br>tcairns@pszjlaw.com<br><br>*Counsel for Plaintiffs Daniel H. Golden, as Litigation Trustee for the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, solely in its capacity as Indenture Trustee* | Andrew J. Rossman (admitted *pro hac vice*)<br>Deborah J. Newman (admitted *pro hac vice*)<br>Jordan Harap (admitted *pro hac vice*)<br>Ari Roytenberg (admitted *pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Fl.<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100<br>andrewrossman@quinnemauel.com<br>deborahnewman@quinnemanuel.com<br>jordanharap@quinnemanuel.com<br>ariroytenberg@quinnemanuel.com<br><br>*Counsel for Plaintiffs Daniel H. Golden, as Litigation Trustee for the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, solely in its capacity as Indenture Trustee* |