# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| QUORUM HEALTH CORPORATION, *et al.*, | Case No. 20-10766 (BLS) |
| Debtor. |  |
|  |  |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | Adversary Proceeding<br><br>Case No. 21-51190 (BLS)<br><br>**Re:  Adv. D.I. 47** |
| Plaintiffs, |  |
| v. |  |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, |  |
| Defendants. |  |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is complete on *Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint for Failure to State a Claim* [Adv. D.I. 47] (the "Motion to Dismiss").

PLEASE TAKE FURTHER NOTICE that Credit Suisse Securities (USA) LLC, by and through its undersigned counsel, advises the Court that the following filings are relevant to the Motion to Dismiss and will be delivered to chambers:

1. Complaint [Adv. D.I. 1 – filed October 25, 2021]

2. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3 – filed October 27, 2021]

3. Order Approving the Stipulation and Initial Response and Briefing Schedule [Adv. D.I. 22 – entered November 23, 2021]

4. Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint for Failure to State a Claim [Adv. D.I. 47 – filed January 14, 2022]

5. Memorandum of Law in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss [Adv. D.I. 48 – filed January 14, 2022]

6. Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint [Adv. D.I. 49 – filed January 14, 2022]

7. Brief of Plaintiffs Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, Solely in Its Capacity as Indenture Trustee, in Opposition to Defendants' Motions to Dismiss [Adv. D.I. 68 – filed April 1, 2022]

8. Reply Memorandum of Law in Further Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss [Adv. D.I. 86 – filed May 2, 2022]

9. Joint Request for Oral Argument in Connection with Defendants' Motion to Dismiss [Adv. D.I. 89 – filed May 9, 2022]

Dated: Wilmington, Delaware
      May 10, 2022

**RICHARDS LAYTON & FINGER, P.A.**

*/s/ Robert C. Maddox*
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com

**CAHILL GORDON & REINDEL LLP**

Herbert S. Washer
Edward Moss
Joel H. Levitin
John MacGregor
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
jlevitin@cahill.com
jmacgregor@cahill.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*