# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION,<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS)<br><br>Jointly Administered |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>    Defendants. | Adv. Proc. No. 21-51190 (BLS) |

**JOINT REQUEST FOR ORAL ARGUMENT IN CONNECTION WITH**
**QUORUM HEALTH CORPORATION'S MOTION TO INTERVENE**

Pursuant to Del. Bankr. L.R. 7007-3, (i) Movant, Quorum Health Corporation ("Quorum"); and (ii) Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel

1

Seifert, and Adam Feinstein respectfully jointly request oral argument on Quorum's Motion to Intervene [Docket Nos. 54] (the "Motion to Intervene") filed on February 7, 2022. The Motion to Intervene is fully briefed and ready for the Court's consideration.

Dated: May 16, 2022
Wilmington, Delaware                                          Respectfully submitted,

| | |
|---|---|
| */s/ Marcy J. McLaughlin Smith*<br>David M. Fournier (DE No. 2812)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>Kenneth A. Listwak (DE No. 6300)<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>\|Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: david.fournier@troutman.com<br>           kenneth.listwak@troutman.com<br>           marcy.smith@troutman.com<br><br>*Attorneys for Quorum Health Corporation* | H. Peter Haveles, Jr. *(admitted pro hac vice)*<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Telephone: (212) 822-2280<br>Facsimile: (212) 259-8586<br>E-mail: peter.haveles@akerman.com<br><br>*Attorneys for Quorum Health Corporation* |
| */s/ Michael S. Neiburg*<br>Michael S. Neiburg (DE No. 5275)<br>Christopher M. Lambe (DE No. 6846)<br>YOUNG CONAWAY STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King St.<br>Wilmington, DE 19801<br>Tel.: (302) 571-6600<br>Fax: (302) 571-1253<br>mneiburg@ycst.com<br><br>*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein* | Gary A. Orseck (admitted *pro hac vice*)<br>Alison C. Barnes (admitted *pro hac vice*)<br>William J. Trunk (admitted *pro hac vice*)<br>Jack A. Herman (admitted *pro hac vice*)<br>Lauren C. Andrews (admitted *pro hac vice*)<br>Jason A. Shaffer (admitted *pro hac vice*)<br>KRAMER LEVIN ROBBINS RUSSELL<br>2000 K Street, N.W., 4th Floor<br>Washington, D.C. 20006<br>Tel: (202) 775-4500<br>Fax: (202) 775-4510<br>gorseck@kramerlevin.com<br><br>*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert* |

#126383399 v1

|  | ROLNICK KRAMER SADIGHI LLP<br>Marc B. Kramer (admitted *pro hac vice*)<br>Matthew Peller (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel: (212) 597-2800<br>Fax: (212) 597-2801<br>mkramer@rksllp.com<br><br>Sheila Sadighi (admitted *pro hac vice*)<br>300 Executive Drive<br>West Orange, New Jersey 07052<br><br>*Counsel for Defendant Adam Feinstein* |
|---|---|