## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| QUORUM HEALTH CORPORATION, | )  Case No. 20-10766 (BLS) |
| Reorganized Debtor. | )  Jointly Administered |
| | ) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE | ) |
| Plaintiffs, | ) |
| v. | )  Adv. Proc. No. 21-51190 (BLS) |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | ) |
| Defendants. | ) |

## JOINT REQUEST FOR ORAL ARGUMENT IN CONNECTION WITH DEFENDANTS COMMUNITY HEALTH SYSTEMS, INC., W. LARRY CASH, AND RACHEL SEIFERT'S MOTION TO STAY LITIGATION PENDING ARBITRATION

Pursuant to Del. Bankr. L.R. 7007-3, (i) Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert (collectively, the "Defendants"); and (ii) Quorum Health Corporation ("Quorum"), respectfully jointly request oral argument on Defendants' Motion to Stay

1

Litigation Pending Arbitration [Docket Nos. 61] (the "<u>Motion to Stay Litigation</u>") filed on March

7, 2022.  The Motion to Stay Litigation is fully briefed and ready for the Court's consideration.

Dated: May 16, 2022
Wilmington, Delaware                                    Respectfully submitted,

| | |
|---|---|
| */s/ Michael S. Neiburg*<br>Michael S. Neiburg (DE No. 5275)<br>Christopher M. Lambe (DE No. 6846)<br>YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br>Rodney Square<br>1000 North King St.<br>Wilmington, DE 19801<br>Tel.: (302) 571-6600<br>Fax: (302) 571-1253<br>mneiburg@ycst.com<br><br>*Counsel for Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert,* | Gary A. Orseck (admitted *pro hac vice*)<br>Alison C. Barnes (admitted *pro hac vice*)<br>William J. Trunk (admitted *pro hac vice*)<br>Jack A. Herman (admitted *pro hac vice*)<br>Lauren C. Andrews (admitted *pro hac vice*)<br>Jason A. Shaffer (admitted *pro hac vice*)<br>KRAMER LEVIN ROBBINS RUSSELL<br>2000 K Street, N.W., 4th Floor<br>Washington, D.C. 20006<br>Tel: (202) 775-4500<br>Fax: (202) 775-4510<br>gorseck@kramerlevin.com<br><br>*Counsel for Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert* |
| */s/ Marcy J. McLaughlin Smith*<br>David M. Fournier (DE No. 2812)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>Kenneth A. Listwak (DE No. 6300)<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>\|Telephone: (302) 777-6500<br>Facsimile: (302) 421-8390<br>E-mail: david.fournier@troutman.com<br>      kenneth.listwak@troutman.com<br>      marcy.smith@troutman.com<br><br>*Attorneys for Quorum Health Corporation* | H. Peter Haveles, Jr. *(admitted pro hac vice)*<br>AKERMAN LLP<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>Telephone: (212) 822-2280<br>Facsimile: (212) 259-8586<br>E-mail: peter.haveles@akerman.com<br><br>*Attorneys for Quorum Health Corporation* |