# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| QUORUM HEALTH CORPORATION, | Case No. 20-10766 (BLS) |
| Reorganized Debtor. | Jointly Administered |
|  |  |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE |  |
| Plaintiffs, |  |
| v. | Adv. Proc. No. 21-51190 (BLS) |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | **Re: Adv. D.I. 54** |
| Defendants. |  |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is complete on *Quorum Health Corporation's Motion to Intervene* [Adv. D.I. 54] (the "Motion to Intervene").

1

#126403293 v1

PLEASE TAKE FURTHER NOTICE that Quorum, by and through its undersigned counsel, advises the Court that the following filings are relevant to the Motion to Intervene and will be delivered to chambers:

1. *Quorum Health Corporation's Motion to Intervene* [Adv. D.I. 54; filed February 7, 2022];

2. *Plaintiffs' Response to Quorum Health Corporation's Motion to Intervene* [Adv. D.I. 59; filed February 22, 2022];

3. *Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration* [Adv. D.I. 60; filed March 7, 2022];

4. *Declaration of Gary A. Orseck in Support of Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration* [Adv. D.I. 62; filed March 7, 2022];

5. *Quorum Health Corporation's Reply in Support of Motion to Intervene* [Adv. D.I. 78; filed April 18, 2022]; and

6. *Joint Request for Oral Argument in Connection with Quorum Health Corporation's Motion to Intervene* [Adv. D.I. 93; filed May 16, 2022].

Dated: May 16, 2022
Wilmington, Delaware

Respectfully submitted,

*/s/ Marcy J. McLaughlin Smith*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Kenneth A. Listwak (DE No. 6300)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.fournier@troutman.com
       kenneth.listwak@troutman.com
       marcy.smith@troutman.com

*Attorneys for Quorum Health Corporation*

H. Peter Haveles, Jr. *(admitted pro hac vice)*
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Telephone: (212) 822-2280
Facsimile: (212) 259-8586
E-mail: peter.haveles@akerman.com

*Attorneys for Quorum Health Corporation*

#126403293 v1