# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| QUORUM HEALTH CORPORATION, *et al.*, | : | Case No. 20-10766 (BLS) |
|  | : |  |
| Debtor. | : | Jointly Administered |
|  | : |  |
| DANIEL H. GOLDEN, AS LITITGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | : | Adv. Proc. No. 21-51190 (BLS) |
|  | : |  |
| Plaintiffs, | : |  |
| v. | : |  |
|  | : |  |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | : | **Related to A.D.I. 93, 94, and 95** |
|  | : |  |
| Defendants. | : |  |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on May 16, 2022, I caused copies of the following documents to be served upon the parties set forth on the attached service list in the manner indicated; and all ECF participants in these cases were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court:

- *Joint Request for Oral Argument in Connection with Quorum Health Corporation's Motion to Intervene* [A.D.I. 93];

- *Joint Request for Oral Argument in Connection with Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration* [A.D.I. 94]; and

#126433887 v1

- *Notice of Completion of Briefing* [A.D.I. 95]

Dated: May 17, 2022
Wilmington, Delaware

Respectfully submitted,

*/s/ Marcy J. McLaughlin Smith*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.fournier@troutman.com
          marcy.smith@troutman.com

-and-

H. Peter Haveles, Jr. (*admitted pro hac vice*)
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Telephone: (212) 822-2280
Facsimile: (212) 259-8586
E-mail: peter.haveles@akerman.com

*Attorneys for Quorum Health Corporation*

**Daniel H. Golden V. Community Health Systems, Inc. Adv. Proc. 21-51190 (BLS) Service List**

**Email & First Class Mail**
*(Counsel to Plaintiffs)*
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
ljones@pszjlaw.com
tcairns@pszjlaw.com

**Email & First Class Mail**
*(Counsel to Plaintiffs)*
Andrew J. Rossman, Esq.
Deborah J. Newman, Esq.
Ari Roytenberg, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
andrewrossman@quinnemanuel.com
deborahnewman@quinnemanuel.com
ariroytenberg@quinnemanuel.com

**Email & First Class Mail**
*(Counsel to Defendant Credit Suisse Securities (USA) LLC)*
Mark D. Collins, Esq.
Cory D. Kandestin, Esq.
Robert C. Maddox, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
collins@rlf.com;
kandestin@rlf.com;
maddox@rlf.com

**Email & First Class Mail**
*(Counsel to Defendant Adam Feinstein)*
Marc B. Kramer, Esq.
Matthew Peller, Esq.
Rolnick Kramer Sadighi LLP
1251 6th Avenue
New York, NY 10020
mkramer@rksllp.com
mpeller@rksllp.com

**Email & First Class Mail**
*(Counsel to Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert)*
Gary A. Orseck, Esq.
Alison C. Barnes, Esq.
William J. Trunk, Esq.
Jack A. Herman, Esq.
Lauren C. Andrews, Esq.
Jason A. Shaffer, Esq.
Kramer Levin Robbins Russell LLP
2000 K. Street, N.W., 4th Floor
Washington, DC 20006
gorseck@kramerlevin.com;
abarnes@kramerlevin.com;
wtrunk@kramerlevin.com
jherman@kramerlevin.com;
landrews@kramerlevin.com;
jshaffer@kramerlevin.com

**Email & First Class Mail**
*(Counsel to Defendant Credit Suisse Securities (USA) LLC)*
Herbert S. Washer, Esq.
Edward N. Moss, Esq.
Joel Levitin, Esq.
John MacGregor, Esq.
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
hwasher@cahill.com
jlevitin@cahill.com
emoss@cahill.com
jmacgregor@cahill.com

**Email & First Class Mail**
*(Counsel to Defendant Adam Feinstein)*
Sheila A. Sadighi, Esq.
Rolnick Kramer Sadighi LLP
300 Executive Drive
West Orange, NJ 07052
ssadighi@rksllp.com

-1-

**Daniel H. Golden V. Community Health Systems, Inc. Adv. Proc. 21-51190 (BLS) Service List**

**Email & First Class Mail**
*(Counsel to Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert and Adam Feinstein)*
Michael S. Neiburg, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801
mneiburg@ycst.com

**Email & First Class Mail**
*(Pro Se)*
Rajeev Varma
13382 Forest Ridge Drive
Palos Heights, IL 60463
rajvarmamd@outlook.com