## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                          Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                       Plaintiffs,<br><br>     v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                       Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br><br><br><br><br>**Ref. Docket No. 61** |

## NOTICE OF COMPLETION OF BRIEFING
## ON MOTION TO STAY LITIGATION PENDING ARBITRATION

PLEASE TAKE NOTICE THAT briefing is complete on *Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration* [Adv. D.I. 61] (the "**Motion to Stay**") filed on March 24, 2022.  The following pleadings are relevant to the Court's consideration of the Motion to Stay, and will be delivered to Chambers:

1.      Complaint [Adv. D.I. 1, filed October 25, 2021];

2.      Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 61, filed March 24, 2022];

3.      Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 60, filed March 7, 2022];

4.      Declaration of Gary A. Orseck in Support of Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 62, filed March 7, 2022];

5.      Memorandum of Law in Opposition to Defendants' Motion to Stay Litigation Pending Arbitration [Adv. D.I. 79, filed April 18, 2022];

6.      Reply Brief in Support of Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 90, filed May 9, 2022]; and

7.      Joint Request for Oral Argument in Connection with Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. No. 94, filed May 16, 2022].

[*Signature Page Follows*]

Date: May 24, 2022

Respectfully submitted,

/s/ Michael S. Neiburg
Michael S. Neiburg (DE No. 5275)
Christopher M. Lambe (DE No. 6846)
YOUNG CONAWAY STARGATT
   & TAYLOR LLP
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com

*Counsel for Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert*

Gary A. Orseck (admitted *pro hac vice*)
Alison C. Barnes (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
Lauren C. Andrews (admitted *pro hac vice*)
Jason A. Shaffer (admitted *pro hac vice*)
KRAMER LEVIN ROBBINS RUSSELL
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
gorseck@kramerlevin.com

*Counsel for Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert*