6/13/22, 2:23 PM  Fw: waiting for cover sheet and pro se form corrected AK // EMERGENCY MOTION REQUEST PRO SE LITIGANT - rajvarmamd…

Case 21-51190-BLS    Doc 98    Filed 06/13/22    Page 1 of 2

**From:** Rajeev Varma <rajvarmamd@outlook.com>
**Sent:** Monday, June 13, 2022 2:04 PM
**To:** Temporary E-Filing <Temporary_E-Filing@ilnd.uscourts.gov>; Carolyn Hoesly <Carolyn_Hoesly@ilnd.uscourts.gov>; lorenzo_walker@ilnd.uscourts.gov <lorenzo_walker@ilnd.uscourts.gov>; Criminal.Division@usdoj.gov <Criminal.Division@usdoj.gov>; tips@chicagotribune.com <tips@chicagotribune.com>; jacob.tapper@cnn.com <jacob.tapper@cnn.com>; ehonig@lo… gov <Emergency_Judge@ilnd.uscourts.gov>
**Subject:** Re: waiting for cover sheet and pro se form corrected AK // EMERGENCY MOTION REQUEST PRO SE LITIGANT

I originally filed the complaints and claim on March 14, 2022. I HAVE ON RECORD CAROL HOESLY WHO IS DEPUTY FOR JUDGE ROBERT DOW FOR EMERGENCY CIVIL MOTIONS WHO REPORTED TO ME THAT AMANDA KEIL SHOULD HAVE FILED THE PRO SE COMPLAINT WHICH WAS COMPLAINT WITH PRO SE E-MAIL FILING PROTOCOL IN MARCH 2022 AND thus MS. KEIL SHOULD HAVE FILED THIS ON MARCH 14, 2022. THIS AMANDA KEIL (AKA AMANDA P A HOLLAND) OF BELVIDERE, ILLINOIS WHO HAS RETAINED HER MARRIED NAME OF KEIL (PREVIOUSLY MARRIED TO ADAM KEIL). THIS MR. ADAM KEIL IS RELATED TO DECEASED RENOWN INTELLECTUAL PROPERTY ATTORNEY, HERBERT BRUCE KEIL (WHO DIED IN POTOMAC, MARYLAND IN JUNE 2021). MS. HOLLAND ALSO WORKS FOR REAL ESTATE MANAGEMENT COMPANY NAMED PRINCETON MANAGEMENT(MATTHEW LESTER OWNER/PRINCIPAL OF THIS COMPANY) IN ROYAL OAK, MI AND SHE IS ALSO A RESIDENT OF WATERFORD, MICHIGAN. SHE HAS LIVED IN TENNESSEE. SHE HAS BEEN TRAINED IN CELLEBRITE ISRAELI BASED SURVEILLANCE TECHNOLOGY. CELLEBRITE IS AN ISRAELI TECHNOLOGY SURVEILLANCE COMPANY THAT HAS BEEN SUBCONTRACTED TO POLICE DEPARTMENTS ALL ACROSS THE UNITED STATES INCLUDING MURPHEESBORO TENNESSEE. AMANDA KEIL (AKA AMANDA P A HOLLAND) TESTIFED AGAINST THE ADULT COUPLE OF JENNIFER CRUMBLEY AND JAMES CRUMBLEY AND THEIR SON ETHAN CRUMBLEY. IF THOSE NAMES RING A BELL, IT IS BECAUSE THE CRUMBLEYS WERE INVOLVED WITH THE OXFORD, MICHIGAN SCHOOL SHOOTING. FURTHERMORE, MS. AMANDA KEIL(AMANDA HOLLAND) PARTICIPATED AS A PLAINTIFF IN A EMPLOYMENT LAW LAWSUIT WITH FELLOW PLAINTIFFS KRISTY CRUMBLEY AND LORENE CRUMBLEY. THESE EASTERN TENNESSEE CRUMBLEYS ARE RELATED TO JAMES CRUMBLEY IN OXFORD, MICHIGAN. SO ESSENTIALLY MS. AMANDA KEIL (AKA AMANDA P A HOLLAND) HAS PERJURED HERSELF IN MICHIGAN CIRCUIT COURT TESTIFYING AS WITNESS (CLAIMING SHE ONLY KNOWS JENNIFER CRUMBLEY AS FELLOW EMPLOYEE AT PRINCETON MANAGEMENT IN ROYAL OAK, MICHIGAN. SHE FLOATS AS A UNDERCOVER INDIVIDUAL BETWEEN WATERFORD MICHIGAN, BELVIDERE ILLINOIS(HENCE HER TEMPORARY EMPLOYMENT WITH ILND FEDERAL DISTRICT COURT), EASTERN TENNESSEE, AND FINALLY STATEN ISLAND, NEW YORK. SHE KNOWS THE CRUMBLEYS VERY WELL AND PERJURED HERSELF IN THE MICHIGAN CIRCUIT COURT CASE. SHE IS INVOLVED IN AIDING AND ABETTING BOTH THE CORPORATE DEBTORS INVOLVED IN CHAPTER 11 BANKRUPTCY CASE (BLS 20-10766 AND BLS 21-51190) BOTH IN DISTRICT OF DELAWARE FEDERAL BANKRUPTCY CASE AND THE PRIVATE EQUITY FINANCIAL SPONSORS (GOLDENTREE ASSETS & DAVIDSON KEMPNER) and MCDERMOTT WILL&EMERY AND KIRKLAND & ELLIS LAW FIRMS IN THE COMMISSION OF WIRE FRAUD, MAIL FRAUD, BANKRUPTCY FRAUD, CRIMINAL RICO, MONEY LAUNDERING AND FURTHER. She certainly has been operating as a geographically "floating" undercover private investigator or individual between these aforementioned who possesses CELLEBRITE SURVEILLANCE CERTIFICATION SKILLSET. Ms. Hoesly OF ILND FEDERAL COURT corrected emphasized that she did not know this Amanda Keil in ILND FEDERAL COURT BUT STATED TO ME UNEQUIVOCALLY ON FRIDAY, JUNE 10, 2022 THAT MS. AMANDA KEIL SHOULD HAVE FILED THE COMPLAINT (WHICH COMPLIED WITH PRO SE E-MAIL FILING PROTOCOL IN MARCH 2022) ON MARCH 14, 2022 AND ASSIGNED A FEDERAL DISTRICT JUDGE TO THE CASE AT THAT TIME. HENCE, I HAVE EMPHASIZED AND FILED ON FRIDAY, JUNE 10, 2022 THAT THERE SHOULD BE AN EMERGENCY MOTION TODAY TO EXTEND THE 90 DAY FRCP 4(m) summons service deadline as a pro se litigant. REMEMBER I HAVE STATED ALREADY THAT I AM CURRENTLY LITIGATING THE FEDERAL BANKRUPTCY CASE IN DELAWARE IN WHICH I HAVE A FINAL JUDGEMENT ON THE MERITS FOR $100 MILLION PROOF OF CLAIM SUBJECT TO THE DOCTRINE OF RES JUDICATA AND CLAIM PRECLUSION. HENCE THE 90 DAY DEADLINE IS TODAY BASED ON MARCH 14, 2022 AS THE "TRUE" ORIGINAL FILING DATE. DELAYING THIS EMERGENCY EX-PARTE MOTION ORDER COULD CAUSE IRREPARABLE HARM. THE DEFENDANTS ARE ALL OVER THE COUNTRY AND POSSIBLY IN PAKISTAN AND EGYPT FOR TWO DEFENDANTS. HENCE, I WILL RECITE THE "EMERGENCY MOTION" IN ILND IS STATED BELOW. MS. AMANDA KEIL MAY BE RELATED TO MS. EMILY C KEIL (WHO IS ATTORNEY REPRESENTING THE CORPORATE DEBTORS). I AM INVESTIGATING IF MS. EMILY KEIL IS RELATED TO THE AFOREMENTION MS. AMANDA KEIL (AKA AMANDA P A HOLLAND). THANK YOU.

**MY MOBILE PHONE NUMBER: 815-260-7801**
**MY E-MAIL ACCOUNT: rajvarmamd@outlook.com**

6/13/22, 2:23 PM  Fw: waiting for cover sheet and pro se form corrected AN EMERGENCY MOTION REQUEST PRO SE LITIGANT - rajvarmamd…

Case 21-51190-BLS    Doc 98    Filed 06/13/22    Page 2 of 2

## Emergency Motions

The Court will dispense with its three-day notice requirement only in connection with emergency motions.  To qualify as an "emergency," a motion must arise from an unforeseen circumstance that requires immediate action to avoid serious or irreparable harm to one or more of the parties.  Motions for extension of time for filing or for continuances of deadlines or other dates previously set by the Court are highly unlikely to qualify as "emergencies."  However, the Court recognizes that "life happens" and, under the appropriate circumstances, will entertain such motions as emergency motions.

In the event a party seeks to present an emergency motion, that party must inform the courtroom deputy prior to filing the motion of the general nature of the motion and the reason that it requires emergency treatment.  A party seeking to present an emergency motion must make all reasonable efforts to provide the opposing party with actual notice of the motion.

Rajeev Varma M.D.
President
Pulmonary & Critical Care Solutions LLC