

Rajeev Varma <rajvarmamd@gmail.com>

---

# [American Bankruptcy Institute] Re: Ticket # 29438 NEED VIRTUAL ACCESS TO NYC BK CONF

---

**Chloe Somers** <csomers@abi.org>　　　　　　　　　　　　　　　　　　　　　Wed, Jun 15, 2022 at 8:34 AM
To: "rajvarmamd@gmail.com" <rajvarmamd@gmail.com>
Cc: Allyson Donohue <aDonohue@abi.org>, Amy Quackenboss <aquackenboss@abi.org>

Good Morning Dr. Varma,

This email confirms that your refund of $945 was processed today and credited to the VISA card ending in 4931.  This credit should appear on your statement within 2-3 business days.

As always, feel free to contact us with any questions or concerns.

Regards,

--

**Chloe Somers**

**Senior Accounting Manager**
**American Bankruptcy Institute**
**Phone: (703) 739-0800**

**Fax: (866) 921-1027**

E-mail: **csomers@abi.org**
**www.abiworld.org**

**Join our networks to expand yours.**

On Twitter: **twitter.abi.org** - more than 2,000 followers - Follow us to lead the conversation! @ABIWorld

Facebook: **facebook.abi.org** - more than 1,000 members

LinkedIn (ABI members only) **linkedin.abi.org** - now more than 4,200 members

**From:** Amy Quackenboss <aquackenboss@abi.org>
**Date:** Wednesday, June 15, 2022 at 8:55 AM
**To:** Chloe Somers <csomers@abi.org>
**Cc:** Allyson Donohue <aDonohue@abi.org>
**Subject:** Fwd: [American Bankruptcy Institute] Re: Ticket # 29438 NEED VIRTUAL ACCESS TO NYC BK CONF

Hi Chloe - Can you please issue a refund to this person? And let him know when you do it? Thx!


Amy Alcoke Quackenboss

Executive Director

American Bankruptcy Institute

Aquackenboss@abi.org

703-739-0800

**From:** Rajeev Varma <rajvarmamd@gmail.com>
**Sent:** Wednesday, June 15, 2022 8:47:23 AM
**To:** Amy Quackenboss <aquackenboss@abi.org>
**Cc:** Allyson Donohue <aDonohue@abi.org>; Julia Macnamara <jmacnamara@abi.org>; Sharisa Sloan <ssloan@abi.org>
**Subject:** Re: [American Bankruptcy Institute] Re: Ticket # 29438 NEED VIRTUAL ACCESS TO NYC BK CONF


Hello Ms. Quackenboss,


Thank you for your response on June 10, 2022 which was very quick. Please refund the $945 registration fee that I paid immediately and I would appreciate if you could expedite that as I am a tort claimant plaintiff in a Chapter 11 Case in Delaware in at this time I am unemployed for the last five(5) years and do not have any income. Thus, I need the funds credited back to my account immediately and I would appreciate if you could do a rush attempt on that hopefully on the same day instead of the usual 2 to 5 days. At a later time, I will correspond with you on some substantive matters in bankruptcy law that perhaps only a Specialist physician who is a pro se litigant and most like will be the recipient of the highest litigation monetary amount in US history by a single tort claimant in our Nation's history and that it will be approximately $2 billion and most likely will exceed that with the addition of an FTCA claim against US government employees including the US trustee attorneys,Federal bankruptcy and district judges in Delaware, Federal clerical filing and deputy court clerks. I know you know who I am very well as during the networking virtual session in the May 2021 at the New York City bankruptcy conference I described how corrupt the Delaware bankruptcy court with Judge Sontchi, Judge Owens, Judge Shannon and others. Approximately 30 seconds after I was describing the experience that I have undergone in the bankruptcy litigation process, Judge Lisa Beckerman ( SDNY bankruptcy court judge) had a panic attack within 30 seconds of listening to my narrative during this

networking session. You know what happened and I know what happened and now I completely understand the gravity and the reason why this judge had a nervous breakdown and panic attack within 30 seconds of me describing the narrative during that networking session. Please preserve the video recording of the networking session because that may be presented in litigation.

Amy, if I may call you that, I want you to tell Bill Rochelle to keep on providing excellent Bankruptcy law precedential and non-precedential rulings on essentially a daily basis during the business week from every federal circuit in the country. The membership fee that I paid to the American BANKRUPTCY Institute was probably the best investment I made in furthering and prosecuting my case in this disgusting and corrupt bankruptcy case that is being presided over by Judge Brendan Linehan Shannon. I will tell you that what I will be divulging within the next one to two weeks in this case will be the biggest corruption scandal and corporate corruption scandal with government state capture with what will be revealed as one of the most disgusting and corrupt government officials in US history by the name of Christopher Asher Wray. It makes sense, when you have the FBI Director who was originally appointed by President Trump ( who Pretended that he wanted to fire him in the end of 2020 which is a sham to deceive the public) . Repsie case has everything to do with corporate corruption that is undergoing nonprosecution by the FBI because of Christopher Asher Wray. There is an element of significant and subtle white supremacy and white nationalism under the surface( that is being disguised tactfully) Christopher Asher Wray, multiple attorneys and judges in our federal judicial system. As you know, Mr. Clifford White who I believe is your friend who lives in Leesburg or Lansdowne in Virginia is one of the most corrupt US trustee executive directors and I am glad that he was "retired" from this position as I believe he was forced out. The only saving grace at this point is the words that I am holding onto when Attorney General Merrick garland under a Democratic administration that is more empathetic to remedies of subtle racism and transgressions of selective nonprosecution of families of prominent white Anglo-Saxon (overwhelmingly Scotch-Irish in ancestry with some token Jewish-Americans of Ashkenazi Eastern European origin). Those words by AG Garland( who is an Ashkenazi Jewish-American himself from the Chicago area): were that nobody is above the law including progeny or relatives of prominent families utilizing some legacy entitlement in which significant white collar crime goes unpunished. Let me tell you that I will be probably responsible for the indictment of a plethora of prominent individuals and both for-profit and nonprofit 501(c) hospital and health system executives ( SSM Health, Ascension Health, OSF Health, Mercy Health System Janesville, WI, Quorum Health Corporation, Community Health System, and more health systems) in which there has been a civil and criminal conspiracy to commit Medicare fraud and to have third party organizations in their back pocket that are outsourced to investigate and make criminal referrals for Medicare fraud with Headquarters of these third party organizations mainly in central and eastern Pennsylvania and Florida. Also, Residents of the Ukraine Russia war has an element related to this case. One of the reasons Vladimir Putin has started the war in Russia is to distract the general populace in Russia from the significant plundering of public funds and money laundering to US private equity hedge fund such as possibly Davidson Kempner and Goldentree.I strongly Believe now that the financial flow and monetary funding Are money that is laundered and commingled here from the Russian sovereign state to swiss investment banks To the largest US investment banks and finally to institutional, family investment firms, and finally wall street private equity and hedge funds. I believe it was you that commented that one of the reasons why it was the lowest filings of Chapter 11 mega cases in Delaware in 2021 is because of the government PPP and subsidies to corporate and entities to keep them afloat. I believe that is part of the reason, however you are erroneous as to not mentioning another part of the reason. You have a part of the reason is because of me and because of the Purdue and Sackler case and all the other Connecticut mass tort cases that involve a Chapter 11 bankruptcy including the J&J Texas two-step case in New Jersey. I have brought to light the significant bankruptcy fraud in this case that has not even reached local or national media as of yet but everyone in the bankruptcy law community knows about this and that it is a simmering "volcano" so to speak. The word is out that fraudulent Chapter 11 petitions will be scrutinized and possibly prosecuted for bankruptcy fraud. Amy, you know and I know that the state of 10% of Chapter 11 bankruptcy petitions is unequivocally low particularly during the pandemic and I believe it approaches 35% or even higher( just prior to April 2020 and before is the time period I am referring to). This has actually scared off would be BANKRUPTCY fraudsters. Now all the bankruptcy fraudsters want to go to South Florida for the chapter 11 petitions or possibly to southeastern Texas(Houston). I'll leave the Texas court and it's two most prominent jurist alone and give them my difference as I have not scrutinized the two most prominent jurists located there in the bankruptcy court:

(Judge Marvin Isgur and Judge David Jones). At first glance, I believe that they are highly competent, experienced and ethical jurists but I have not scrutinized their cases as I am occupied in Delaware with this corrupt jurist, Brendan Linehan Shannon. No wonder you are seeing big law firm geographic shifts recently To South Florida all of a sudden. I believe one of the possibilities of this occurrence in which big law firms such as Case & White with HQ in Atlanta ( Christopher Asher Wray's previous law firm ) are shifting to south Florida is that you probably have some corrupt federal bankruptcy and federal district judges down there and they will use the term "predictability" and by now we all know ( as bankruptcy practitioners in DE) what that actually means.

I know you want to be an advocate for your profession and paint it in the best light possible. I'm here to give you the reality and you know that this is the truth is that I believe this administration under Biden and with the Attorney General Merrick Garland that I believe that they will put forward the most significant white-collar prosecution that we have seen in recent memory. This is something that should've been done during the great recession of 2008-2009. But I'm going on to the mat on every single count ( civil and Criminal and every single individual that would be a civil or criminal defendant because we had a corrupt US attorney by the name of David Charles Weiss who resides in the Brandywine neighborhood of Wilmington Delaware ( Definitive evidence of that from recorded phone call to his mobile phone as evidence). And that you're a sole female attorney that is employed as an executive Director of your own 501(c) nonprofit in Alexandria with the American bankruptcy institute. However I want to open up your eyes as to how significant this legal case will be as it will be the most significant federal corruption case and most substantive tort claim award in recent time and maybe in US history and this happens to fall on my lap during the course of me prosecuting my case as a pro se litigant. Now I can understand why no attorney wanted to authentically be my plaintiff counsel because I believe they knew how significant this fraud By assisting me they would blackball themselves from getting any additional business from private equity firms or large corporations or would experience retribution from corrupt federal judges in Delaware. An Attorney in Wilmington Delaware by the name of Charles Julian Brown of Gellert Scali Colluded with the corporate debtors counsel and even advised me not to file a proof of claim( Which would have been completely antithetical to the strategy in my situation). A second Attorney from the Chicago area has committed legal malpractice as well serving as my own retained attorney in the recent past in this case as potential non-local pro hac vice counsel. I now believe I was given intentional Erroneous advice from this particular attorney from the Chicago area. Even the attorney ( who practices municipal defense law) that referred me to this particular Chicago bankruptcy law attorney( both from Highland Park, Illinois) explicitly stated to me that collusion between a plaintiff and defense attorney happens all the time in this country and this paints the law profession in the worst possible light which I'm going to expose.

Amy, at this point I am a lawyer and not a specialist physician or doctor. I have Single-handedly done my own private investigation( Skillset that I received from some individuals and from self-learning)and have Single-handedly litigated my case successfully. The Corporate debtor ( Quorum Health Corporation) and its alter ego( Community Health System). I firmly believe now under the Biden administration and Attorney General Merrick garland that the prosecution of these corrupt white Anglo-Saxon racist criminal-laden executives in middle Tennessee will happen by 2023. I wish to point out to you that the hedge fund principal of the Neiman Marcus case was surprisingly ( pleasantly surprised) prosecuted, indicted, and served at least a six month prison sentence. That executive committed a fraud that was documented from a phone call recording and preservation of text messages. I'm hoping that the principals From Davidson Kempner and Goldentree who have perpetrated unequivocal bankruptcy fraud and other forms of criminal counts and that they will be indicted prosecuted and serve a prison sentence. I will be making significant media requests and appearances on every single national media forum in this country because this will be the biggest scandal in US history and it is linked to a secret society that that is probably unknown to the populace ( including myself until now) and in which most reasonable people have brushed off as science fiction or the domain or ramblings of "crazy" conspiracy theorists.

Amy, I can tell you now that I have verified that there are some substantive rumors or allegations about the society that are actually true. This

Secret society is named British pilgrim society. I will not expound on the characteristics and information about this society as I will do that in a formal legal brief or pleading on the pacer CM/ECF docket. By the way, Judge Leonard Philip Stark who has individual expertise in intellectual property/patent law has adjudicated More than 6000 IP cases ( quite impressive)will probably be forced to resign or impeached because of my upcoming briefs and pleadings. He has connections to malfeasors From the Detroit Michigan and Flint Michigan area. There will be a number of politicians in United States House of Representatives and United States Senate that will be implicated in this process and predominantly will be in the Republican Party. I would say that the ratio of party affiliated politicians republican: democratic it's probably a 90%-10% ratio respectively. And by the way this has a direct nexus or connection to Donald Trump and certain lobbyists and also to the January 6 insurrection. I will be submitting this to every member of Congress in the United States Senate hopefully within the next 1 to 2 weeks.

I am a completely nonpartisan guy when it comes to Politics . I am just right of center and thus just barely in the conservative wing but more of a moderate who is fiscally conservative but socially moderate. I think after the complete presentation of the January 6 earrings and the revelations from this bankruptcy fraud case that the Republican Party as we know it will be over and the elephant insignia will be gone. Perhaps the Republican Party needs to start a new party in accordance with the conservative party of Canada( CPC) That the new party that would arise in this country in which there should be expulsion of a majority of significant Republican politicians particularly from southern states and the name of this new party could be called conservative party of America ( CPA). Donald Trump and other associated corruption and fraud mostly associated with corrupt Republican politicians and republican leaning court officers have created a stench that will stain the Republican party irreparably particularly after the January 6 hearings and more importantly after significant revelations from this bankruptcy fraud case which I believe ultimately will even dwarf the January 6 hearings because this is the most significant transnational Corporate fraud with significant state or government capture( i. e. Infiltrated Corruption) in US history and quite possibly world history.

My Bankruptcy case will probably begin the process of a single payer healthcare system formulation and the concept of Healthcare as a right and not a capitalistic endeavor or business ( at least for acute care hospitals at this time and at this time this would be not be for or apply to outpatient diagnostic facilities or clinics as that will probably remain as an entrepreneurial endeavor since a transition to this type of all-encompassing comprehensive paradigm must be done in baby steps and to shove a single payer Healthcare system down every Americans' throat all at once could backfire politically and most outpatient providers have a significant elective care purpose as opposed to hospitals who have an emergent acute care purpose and are mandated to accept all insurance payers for emergency care since they also have CMS Medicare as significant payer in their payer mix). To be quite honest there really won't be a pure single payer system anyways in this proposed hypothetical paradigm because insurance providers like Aetna and Blue Cross and United should be allowed to exist in a free market. However, a government sponsored marketplace insurance options in which the quality of care and coverage of care exceeds even the best PPOs in this country coast to coast with better cost containment will push out private payers except for one or two which would be similar to BUPA in UK The vast majority of payer mix nationally in the UK (90% +) is under the NHS or national Health service in United Kingdom. I am not a big fan of the health system in the United Kingdom but I am a significant fan of the healthcare system in Canada. I will describe that and its application here in the U.S. in a future brief. I have Digressed enough in this reply email to you.

Please let Bill Rochelle know that I appreciate his daily newswire of bankruptcy-law judgments around the country and unequivocally there is no doubt that the success of my pro se litigation can be credited to the American bankruptcy institute( ABI) for a significant portion as I have become an expert bankruptcy-law

practitioner at this point. I am bolstering my knowledge of administrative law ( upcoming FTCA complaint), general civil law( Federal Rules of Civil Procedure), securities law, criminal law ( Federal Rules of Criminal Procedure) from current didactic reading. I'm curious to know where Bill has his second home it seems like it's somewhere in the southwest or high desert gonna guess New Mexico or Arizona as the background of some of his video clips on YouTube I have some picturesque scenery. Waze as I mentioned before I have digressed enough and please reply that you have refunded the $945 in it I would appreciate if you could do that as quickly as possible. If you're wondering why I have digressed you can probably guess why. Yes, Amy I am definitely using you as a conduit as I know that this message will carry ultimately to the defendants of my bankruptcy litigation. They ( corporate debtors, private equity financial sponsors, and NOW FIRST LIEN INVESTMENT BANK and private equity LENDERS OF ABL, RCF, First Lien Term Lenders from newly recently discovered evidence and hence will be newly named upcoming defendants ) will contemplate and realize how disgusting and criminal their behavior and actions have been throughout this case. I respect wholeheartedly Attorney General Merrick Garland leave that he will put forward indictments and prosecutions of the largest order in terms of white-collar crimes even if it involves a previous colleague or friend of him or a prominent affluent individuals in our society.as he has mentioned in his opening address when he took his position formally in the spring of 2021. I am Hanging on the words of that address made by him I believe in February or March 2021.

I Apologize if there are any spelling mistakes or grammatical errors as I have constructed this message solely by speech or voice recognition as I do not like to type and I usually do not even go back and check for grammatical mistakes or spelling errors.Thank you and have a good day.

Sincerely,

Rajeev Varma, M.D.

e-mail: rajvarmamd@outlook.com

Mobile Phone: 815-260-7801

On Fri, Jun 10, 2022 at 8:40 Amy Quackenboss <aquackenboss@abi.org> wrote:

> Hi Rajeev.  There is a virtual option but not in real time.  That program will be available after the conference in about two weeks.  The cost of that program is $395.  It will include an audio recording of all of the in person sessions, except the lunch.  I am happy to refund you the full amount you paid, or I could refund you the difference between the in person and virtual program and then you will have access to the content.
>
> Please advise on how you would like to proceed
>
> Amy
>
> Amy Alcoke Quackenboss
>
> Executive Director

American Bankruptcy Institute

Aquackenboss@abi.org

703-739-0800

---

**From:** Rajeev Varma <rajvarmamd@gmail.com>
**Sent:** Friday, June 10, 2022 9:29:16 AM
**To:** Allyson Donohue <aDonohue@abi.org>; Amy Quackenboss <aquackenboss@abi.org>; Julia Macnamara <jmacnamara@abi.org>; Sharisa Sloan <ssloan@abi.org>
**Subject:** Fwd: [American Bankruptcy Institute] Re: Ticket # 29438 NEED VIRTUAL ACCESS TO NYC BK CONF


I was led to believe that there was virtual access because there was a hyperlink that I clicked that is intended for attendees to request for virtual access. Now you're telling me the whole conference beginning to end has no session with virtual access. Just this morning, I registered for this conference and paid $945. Please immediately refund the fee as I was led to believe that there would be some virtual access to this one day New York City 2020 to BANKRUPTCY conference. I can tell you last year in May 2021 there was virtual access as I participated in it.It is peculiar that you are not offering virtual access to participants or attendees of his conference or at least on its face in your reply to this particular attendee, Rajeev Varma, M.D. Please reply to this email indicating that you are executing the refund of this meeting as I cannot attend this meeting at all on a virtual basis even though there is a hyperlink intimating that there is virtual access for at least some of this New York City BANKRUPTCY conference but as you know there is no virtual access whatsoever for this New York City bankruptcy conference and yet as we speak right now that hyperlink still exists on website and can be deceiving to an interested prospective attendee. In addition to your reply in regards to my immediate refund, I would like to know if there are video or audio options that will be recorded for this conference so that I can listen to the sessions in this New York City BANKRUPTCY conference occurring today? Thank you.


Sincerely,


Rajeev Varma, M.D.

Mobile: 815-260-7801


---------- Forwarded message ---------
From: **Memberhelp2@abiworld.org (American Bankruptcy Institute)** <support@abisupport.zendesk.com>
Date: Fri, Jun 10, 2022 at 8:16 AM
Subject: [American Bankruptcy Institute] Re: Ticket # 29438 NEED VIRTUAL ACCESS TO NYC BK CONF
To: Rajvarmamd <rajvarmamd@gmail.com>


##- Please type your reply above this line -##

Your ticket request has been updated. To add additional comments, reply to this email.

 **Memberhelp2@abiworld.org** (American Bankruptcy Institute)

Jun 10, 2022, 9:16 AM EDT

Good Morning Rajeev -

Thank you for reaching out to ABI.

Please note that there is no virtual option for the NYC Event this year as it is only offered person.

Thank you.

For more FAQ's please visit our Help Center

http://support.abi.org

 **Rajvarmamd**

Jun 10, 2022, 8:41 AM EDT

I have paid the fee and I need immediate access virtually to the New York City 2022 BANKRUPTCY conference

This email is a service from American Bankruptcy Institute. Delivered by **Zendesk**