# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| QUORUM HEALTH CORPORATION, | ) ) ) | Case No. 20-10766 (BLS) |
| Reorganized Debtor. | ) ) ) ) | Jointly Administered |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE | ) ) ) ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Adv. Proc. No. 21-51190 (BLS) |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

## NOTICE OF TELEPHONIC CONFERENCE SCHEDULED
## FOR JULY 18, 2022, AT 11:30 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that the Court has directed that a telephonic conference will be held before the Court in the above-captioned adversary proceeding (the "Adversary Proceeding") on **Monday, July 18, 2022 at 11:30 a.m. (Eastern Time)**, regarding the logistics of the oral arguments scheduled for July 21, 2022 in the Adversary Proceeding.

#128016187 v1

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsf-moqTwqGn1Ig-d_xwGL79L_6jBqfk8
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

Dated: July 15, 2022
Wilmington, Delaware

Respectfully submitted,

*/s/ Marcy J. McLaughlin Smith*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail: david.fournier@troutman.com
marcy.smith@troutman.com

Peter Haveles, Jr. *(admitted pro hac vice)*
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Telephone: (212) 822-2280
Facsimile: (212) 259-8586
E-mail: peter.haveles@akerman.com

*Attorneys for Quorum Health Corporation*

#128016187 v1