# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | : |
| QUORUM HEALTH CORPORATION, *et al.*, | : Case No. 20-10766 (BLS) |
| Debtor. | : |
| | : Chapter 11 |
| | : |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | : |
| Plaintiffs, | : Adv. Pro. No. 21-51190 (BLS) |
| v. | : |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | : |
| Defendants. | : |

---

**NOTICE OF AGENDA FOR STATUS CONFERENCE SCHEDULED ON JULY 18, 2022 AT 11:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

---

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.**
**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJIsf-moqTwqGn1Ig-d_xwGL79L_6jBqfk8

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

DOCS_DE:239853.1 72853/001

**STATUS CONFERENCE:**

1. Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 61, filed March 24, 2022].

   Responses Received:

   a. Memorandum of Law in Opposition to Defendants' Motion to Stay Litigation Pending Arbitration [Adv. D.I. 79, filed April 18, 2022].

   Replies:

   a. Reply Brief in Support of Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 90, filed May 9, 2022]

   Related Documents:

   a. Complaint [Adv. D.I. 1, filed October 25, 2021]

   b. Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 60, filed March 7, 2022].

   c. Declaration of Gary A. Orseck in Support of Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 62, filed March 7, 2022].

   d. Joint Request for Oral Argument in Connection with Defendants Community Health Systems, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 94, filed May 16, 2022].

   Status: A status conference in preparation for oral argument will go forward.

2. Quorum Health Corporation's Motion to Intervene [Adv. D.I. 54; filed February 7, 2022].

   Responses Received:

   a. Plaintiffs' Response to Quorum Health Corporation's Motion to Intervene [Adv. D.I. 59; filed February 22, 2022];

   Replies:

   a. Quorum Health Corporation's Reply in Support of Motion to Intervene [Adv. D.I. 78; filed April 18, 2022];

   Related Documents:

   a. Complaint [Adv. D.I. 1, filed October 25, 2021]

   b. Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 60, filed March 7, 2022].

   c. Declaration of Gary A. Orseck in Support of Memorandum (I) in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Opposition to Quorum's Motion to Intervene and (II) in Support of Defendants Community Health System, Inc., W. Larry Cash, and Rachel Seifert's Motion to Stay Litigation Pending Arbitration [Adv. D.I. 62, filed March 7, 2022].

   d. Joint Request for Oral Argument in Connection with Quorum Health Corporation's Motion to Intervene [Adv. D.I. 93; filed May 16, 2022].

Status:  A status conference in preparation for oral argument will go forward.

3.  Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Motion to Dismiss [Adv. D.I. 43, filed Jan. 14, 2022];

    Responses Received:

    a.  Brief of Plaintiffs Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, Solely in Its Capacity as Indenture Trustee, in Opposition to Motions to Dismiss [Adv D.I. 68, filed Apr. 1, 2022];

    Replies:

    a.  Reply Brief in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rach l Seifert, and Adam Feinstein's Motion to Dismiss [Adv. D.I. 84, filed May 2, 2022];

    Related Documents:

    a.  Complaint [Adv. D.I. 1, filed October 25, 2021]

    b.  Sealed Memorandum in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rache Seifert, and Adam Feinstein's Motion to Dismiss [Adv. D.I.. 44, filed Jan. 14, 2022].

    c.  Sealed Declaration of Gary A. Orseck in Support of Memorandum in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Motion to Dismiss [Adv. D.I. 45, Jan. 14, 2022];

    d.  Joint Request for Oral Argument in Connection with Defendants' Motions to Dismiss [Adv. D.I. 89, filed May 9, 2022].

Status:  A status conference in preparation for oral argument will go forward.

4.     Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint for Failure to State a Claim [Adv. D.I. 47, filed January 14, 2022]

    Responses Received:  None.

        a. Brief of Plaintiffs Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, Solely in Its Capacity as Indenture Trustee, in opposition to Defendants' Motions to Dismiss [Adv. D.I. 68, filed April 1, 2022]

    Replies:

        a. Reply Memorandum of Law in Further Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss [Adv. D.I. 86, filed May 2, 2022]

    Related Documents:

        a. Complaint [Adv. D.I. 1, filed October 25, 2021]

        b. Memorandum of Law in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss [Adv. D.I. 48, filed January 14, 2022]

        c. Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint [Adv. D.I. 49, filed January 14, 2022]

        d. Joint Request for Oral Argument in Connection with Defendants' Motion to Dismiss [Adv. D.I. 89 – filed May 9, 2022]

Status:  A status conference in preparation for oral argument will go forward.

Dated: July 15, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones
Timothy P. Cairns
919 North Market Street 17th Fl.
Wilmington, DE 19801
Telephone: (302) 778-6401
ljones@pszlaw.com
tcairns@pszlaw.com

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew J. Rossman
Deborah J. Newman
Victor Noskov
Ben Odell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
andrewrossman@quinnemanuel.com
deborahnewman@quinnemanuel.com
victornoskov@quinnemanuel.com
benodell@quinnemanuel.com

*Counsel for Daniel H. Golden, as Litigation Trustee for the QHC Litigation Trust and Wilmington Savings Fund Society, FSB, solely in its capacity as Indenture Trustee*