## RE: Order Denying Motion to Adjourn Hearing

Rachel Bello <Rachel_Bello@deb.uscourts.gov>

Tue 7/19/2022 11:00 AM

To: Rajeev Varma <rajvarmamd@outlook.com>;Jill Walker <Jill_Walker@deb.uscourts.gov>

Good afternoon, Dr. Varma –
Judge Shannon's 7/18 order has been entered on the docket, at #107. I apologize but I cannot give you legal advice and I cannot provide you with any further information or guidance regarding the order or any rights you may have in respect of that order.
Thank you.


**Rachel E. Bello**
**Courtroom Deputy to the**
**Honorable Brendan Linehan Shannon**
**USBC – DE**
**(302) 252-2928**

---

**From:** Rajeev Varma <rajvarmamd@outlook.com>
**Sent:** Monday, July 18, 2022 6:22 PM
**To:** Jill Walker <Jill_Walker@deb.uscourts.gov>
**Cc:** Rachel Bello <Rachel_Bello@deb.uscourts.gov>
**Subject:** Re: Order Denying Motion to Adjourn Hearing

  CAUTION - EXTERNAL:


Hello,
Is this order that is enclosed in Docket # 107 in BLS-21-5110 a FINAL order or an interlocutory Order? I would appreciate a very prompt answer as soon as possible as I will be filing a direct appeal to the circuit court of appeals most likely on an emergent basis. Thank you.

Sincerely,

Rajeev Varma, M.D.
Mobile: (815) 260-7801

Get Outlook for iOS

---

**From:** Jill Walker <Jill_Walker@deb.uscourts.gov>
**Sent:** Monday, July 18, 2022 3:38:47 PM
**To:** Rajeev Varma <rajvarmamd@outlook.com>
**Cc:** Rachel Bello <Rachel_Bello@deb.uscourts.gov>
**Subject:** Order Denying Motion to Adjourn Hearing

Dr. Varma –


Please see attached.


Thank you.

**Jill M. Walker, Judicial Assistant**
**to the Honorable Brendan Linehan Shannon**
**United States Bankruptcy Court**
**824 Market Street**
**Wilmington, DE  19801**
**Phone – (302) 252-3660**
**Email – jill_walker@deb.uscourts.gov**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.