IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Quorum Health Corporation

| | | |
|---|---|---|
| Rajeev Varma, | ) | |
| Appellant, | ) | Civil Action No. 23-cv-00487-UNA |
| | ) | |
| v. | ) | |
| | ) | |
| Quorum Health Corporation, Quincy Health LLC & All SI Noteholders, CHS & Insiders, Credit Suisse, Appellee. | ) ) ) | Bankruptcy Case No. 20-10766 (BLS) Bankruptcy BAP No. BAP No., 23-00023 Bankruptcy ADV No. 21-51190 (BLS) |

## NOTICE OF DOCKETING

A Notice of Appeal of the following Order and Opinion of the Bankruptcy Court dated 3/16/2023 was docketed in the District Court on 3/30/2023:

## ORDER REGARDING CHS DEFENDANTS' MOTION TO DISMISS

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

/twk
Date: 3/30/2023
CC:  U.S. Bankruptcy Court
     Counsel via CM/ECF