**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                         :
                                                               : **Case No. 20-10766 (BLS)**
QUORUM HEALTH CORPORATION, *et al.*,                           :
                                                               : **Chapter 11**
                          Debtor.           :
                                                               :
---------------------------------------------------------------- x
                                                               :
DANIEL H. GOLDEN, AS LITIGATION TRUSTEE                        :
OF THE QHC LITIGATION TRUST, AND                               :
WILMINGTON SAVINGS FUND SOCIETY, FSB,                          : **Adv. Pro. No. 21-51190 (BLS)**
SOLELY IN ITS CAPACITY AS INDENTURE                            :
TRUSTEE,                                                       :
                                                               :
                        Plaintiffs,     :
                                                               :
               v.                                    :
                                                               :
COMMUNITY HEALTH SYSTEMS, INC.;                                :
CHS/COMMUNITY HEALTH SYSTEMS, INC.;                            :
REVENUE CYCLE SERVICE CENTER, LLC;                             :
CHSPSC, LLC; PROFESSIONAL ACCOUNT                              :
SERVICES, INC.; PHYSICIAN PRACTICE                             :
SUPPORT, LLC; ELIGIBILITY SCREENING                            :
SERVICES, LLC; W. LARRY CASH; RACHEL                           :
SEIFERT; ADAM FEINSTEIN; AND CREDIT                            :
SUISSE SECURITIES (USA) LLC,                                   :
                                                               :
                        Defendants.    :
---------------------------------------------------------------- x

## CERTIFICATION OF COUNSEL SUBMITTING SCHEDULING ORDER

The undersigned counsel to Plaintiffs Daniel H. Golden., as Litigation Trustee of the QHC Litigation Trust (the "Trust"), and Wilmington Savings Fund Society, FSB ("WSFS" or the "Indenture Trustee"), solely in its capacity as the Indenture Trustee under that certain indenture

1

(the "Indenture"), hereby certifies that the Plaintiffs and the Defendants in the above-captioned adversary proceeding have agreed to the proposed Scheduling Order attached hereto as Exhibit A.

The Plaintiffs respectfully request that the Court enter the Scheduling Order attached as Exhibit A at its earliest convenience.

DATED: October 19, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*            .
Laura Davis Jones
Timothy P. Cairns
919 North Market Street 17th Fl.
Wilmington, DE 19801
Telephone: (302) 778-6401
ljones@pszlaw.com
tcairns@pszlaw.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

 */s/ Deborah Newman*            .
Deborah Newman (*pro hac vice*)
Ben Odell (*pro hac vice*)
deborahnewman@quinnemanuel.com
benodell@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Counsel for Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Funds Society, FSB, solely in its capacity as Indenture Trustee*