IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :
                                                                : **Case No. 20-10766 (BLS)**
QUORUM HEALTH CORPORATION, *et al.*,                            :
                                                                : **Chapter 11**
                        Debtor.                                 :
                                                                :
---------------------------------------------------------------- x
                                                                :
DANIEL H. GOLDEN, AS LITIGATION TRUSTEE                         :
OF THE QHC LITIGATION TRUST, AND                                :
WILMINGTON SAVINGS FUND SOCIETY, FSB,                           : **Adv. Pro. No. 21-51190 (BLS)**
SOLELY IN ITS CAPACITY AS INDENTURE                             :
TRUSTEE,                                                        :
                                                                :
                        Plaintiffs,                             :
                                                                :
      v.                                                        :
                                                                :
COMMUNITY HEALTH SYSTEMS, INC.;                                 :
CHS/COMMUNITY HEALTH SYSTEMS, INC.;                             :
REVENUE CYCLE SERVICE CENTER, LLC;                              :
CHSPSC, LLC; PROFESSIONAL ACCOUNT                               :
SERVICES, INC.; PHYSICIAN PRACTICE                              :
SUPPORT, LLC; ELIGIBILITY SCREENING                             :
SERVICES, LLC; W. LARRY CASH; RACHEL                            :
SEIFERT; ADAM FEINSTEIN; AND CREDIT                             :
SUISSE SECURITIES (USA) LLC,                                    :
                                                                :
                        Defendants.                             :
----------------------------------------------------------------x

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Cara D. D. Mund of Quinn Emanuel Urquhart & Sullivan, LLP, to represent Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust and Wilmington Savings Fund Society, FSB, Solely in Its Capacity as Indenture Trustee, in the above-captioned cases and any related proceedings.

4882-4455-0643.1 72853.001

Dated:  October 31, 2024         */s/ Laura Davis Jones*
                                 Laura Davis Jones
                                 Timothy P. Cairns
                                 PACHULSKI STANG ZIEHL & JONES LLP
                                 919 North Market Street 17th Fl.
                                 Wilmington, DE 19801
                                 Telephone: (302) 778-6401
                                 ljones@pszlaw.com
                                 tcairns@pszlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the State of North Dakota, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023.  I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court for the District Court.

Dated: October 31, 2024          */s/Cara Mund*
                                 Cara D. D. Mund
                                 **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
                                 51 Madison Avenue, 22nd Floor
                                 New York, NY 10010
                                 Tel: (212) 849-7000
                                 Fax: (212) 849-7100
                                 caramund@quinnemanuel.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.