IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE<br><br>                    Plaintiffs,<br><br>  v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                    Defendants. | Adv. Pro. No. 21-51190 (BLS) |

## NOTICE OF DEPOSITION OF PATRICK ALLEN

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable through Federal Rules of Bankruptcy Procedure 7026, 7030, and 9014, Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician

Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein will take the testimony upon oral examination of Plaintiffs' expert, Patrick Allen, on Wednesday, July 16, 2025, at 8:30 a.m.  The deposition will take place before a notary public or other officer authorized by law to administer oaths and will be recorded by audio, video, and/or stenographic means, at the offices of Quinn Emanuel Urquhart & Sullivan, LLP, 295 5th Avenue, 9th Floor, New York, NY 10016.  The deposition will continue from day to day until concluded.  You are invited to attend and cross-examine.

Date: July 2, 2025

/s/ Michael S. Neiburg

Michael S. Neiburg (DE No. 5275)
Christopher M. Lambe
YOUNG CONAWAY STARGATT
   & TAYLOR LLP
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel: (302) 571-6600
mneiburg@ycst.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein*

Marc B. Kramer (admitted *pro hac vice*)
Sheila Sadighi (admitted *pro hac vice*)
Shane Kunselman (admitted *pro hac vice*)
ROLNICK KRAMER SADIGHI LLP
PENN 1, Suite 3401
One Pennsylvania Plaza
New York, New York 10119
Tel: (212) 597-2800
mkramer@rksllp.com

*Counsel for Defendant Adam Feinstein*

Gary A. Orseck (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
John S. Clayton (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
gary.orseck@hoganlovells.com

Jack A. Herman (admitted *pro hac vice*)
Lauren C. Andrews (admitted *pro hac vice*)
HERBERT SMITH FREEHILLS
   KRAMER LLP
2000 K Street NW
Washington, DC 20006
Tel: (202) 775-4510

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert*