**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>              Plaintiffs,<br><br>   v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>             Defendants. | Adv. Pro. No. 21-51190 (BLS) |

**DEFENDANTS COMMUNITY HEALTH SYSTEMS, INC., CHS/COMMUNITY HEALTH SYSTEMS, INC., REVENUE CYCLE SERVICE CENTER, LLC, CHSPSC, LLC, PROFESSIONAL ACCOUNT SERVICES, INC., PHYSICIAN PRACTICE SUPPORT, LLC, ELIGIBILITY SCREENING SERVICES, LLC, W. LARRY CASH, AND RACHEL SEIFERT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7056 of the Federal Rules of Bankruptcy Procedure, and for the reasons set forth in the accompanying memorandum (the "Summary Judgment Memorandum") in support of

this motion (the "Motion"), defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash and Rachel Seifert (together, the "CHSI Defendants") hereby respectfully move for an order granting summary judgment in favor of the CHSI Defendants with respect to all remaining counts against the CHSI Defendants in the Complaint (D.I. 1) (the "Complaint") filed by Daniel H. Golden, in his capacity as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, in its capacity as Indenture Trustee (together, the "Plaintiffs") in the above-captioned proceeding.

Specifically, the CHSI Defendants move for an order granting summary judgment with respect to Counts III through XV of the Complaint.

Pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure and Rule 7012-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, the CHSI Defendants advise the Court that they consent to the entry of a final order or judgment on the Motion by this Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

The CHSI Defendants further advise that the Summary Judgment Memorandum, including the exhibits attached to the accompanying Declaration of Gary A. Orseck (the "Orseck Declaration"), disclose materials that have been designated as "Confidential" by the parties. Pursuant to Section 7 of the Confidentiality Agreement and Stipulated Protective Order, D.I. 180, the CHSI Defendants are filing the Summary Judgment Memorandum and the Orseck Declaration under seal.

WHEREFORE, the CHSI Defendants respectfully request that this Court enter an order in substantially the form attached hereto as Exhibit A and grant such further relief as the Court may deem necessary and proper.

*[Remainder of page intentionally left blank]*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Michael S. Neiburg*
Michael S. Neiburg (No. 5275)
Christopher M. Lambe (No. 6846)
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com
clambe@ycst.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein*

Dated:  August 25, 2025

HOGAN LOVELLS LLP
Gary A. Orseck (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
John S. Clayton (admitted *pro hac vice*)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637 5600
gary.orseck@hoganlovells.com

HERBERT SMITH FREEHILLS KRAMER
(US) LLP
Ralph C. Mayrell (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
Lauren C. Andrews (admitted *pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
ralph.mayrell@hsfkramer.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert*