## EXHIBIT A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>               Plaintiffs,<br><br>   v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>              Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br>**Re: Docket No. _____** |

## ORDER GRANTING ADAM FEINSTEIN'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of the motion (the "Motion")[1] filed by Mr. Feinstein seeking summary judgment for Mr. Feinstein and against Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust and Wilmington Savings Fund Society, FSB, solely in its capacity as Indenture Trustee (collectively, the "Plaintiffs") regarding the remaining claims in the Complaint

---

[1] Capitalized terms not defined herein shall have the same meaning as that ascribed to them in the Motion.

filed in the above-captioned adversary proceeding; and upon consideration of the Memorandum; and upon consideration of the Kunselman Declaration, including the documents attached thereto; and upon consideration of the Statement of Undisputed Facts; and upon consideration of any response filed; and this Court having subject matter jurisdiction to consider and to determine the Motion in accordance with 28 U.S.C. § 1334; and this Court having found that due and sufficient notice was given under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is:

**HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of Bankruptcy Procedure, summary judgment is hereby entered in favor of Mr. Feinstein and against the Plaintiffs as set forth herein.

3.      Judgment is hereby entered in favor of Mr. Feinstein as to all claims against him in this action (including, for the avoidance of doubt, Counts Five, Six, Seven, Eight, and Thirteen).  Mr. Feinstein is fully and finally dismissed as a defendant in this adversary proceeding.

4.      This Court shall retain exclusive jurisdiction to hear and determine any disputes arising from or relating to the interpretation, implementation, and enforcement of the terms and provisions of this Order.