**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>Defendants. | Adv. Pro. No. 21-51190 (BLS) |

**DEFENDANTS COMMUNITY HEALTH SYSTEMS, INC., CHS/COMMUNITY HEALTH SYSTEMS, INC., REVENUE CYCLE SERVICE CENTER, LLC, CHSPSC, LLC, PROFESSIONAL ACCOUNT SERVICES, INC., PHYSICIAN PRACTICE SUPPORT, LLC, ELIGIBILITY SCREENING SERVICES, LLC, W. LARRY CASH, RACHEL SEIFERT, ADAM FEINSTEIN, AND CREDIT SUISSE SECURITES (USA) LLC'S *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF PATRICK ALLEN <u>PURSUANT TO FEDERAL RULE OF EVIDENCE 702</u>**

Pursuant to Rule 702 of the Federal Rules of Evidence and Rule 9017 of the Federal Rules

of Bankruptcy Procedure, and for the reasons set forth in the accompanying memorandum (the

"*Daubert* Memorandum") in support of this motion (the "Motion"), defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, Adam Feinstein, and Credit Suisse Securities (USA) LLC (collectively, the "Defendants") hereby respectfully move for an order excluding the testimony and opinions of Patrick Allen with respect to the above-captioned proceeding.

Pursuant to Rule 7012-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the Defendants consent to the entry of a final order or judgment on the Motion by this Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

The Defendants further advise that the *Daubert* Memorandum, including the exhibits attached to the accompanying Declaration of Gary A. Orseck (the "Orseck Declaration"), disclose materials that have been designated as "Confidential" by the parties. Pursuant to Section 7 of the Confidentiality Agreement and Stipulated Protective Order, D.I. 180, the Defendants are filing the *Daubert* Memorandum and the exhibits attached to the Orseck Declaration under seal.

WHEREFORE, the Defendants respectfully request that this Court enter an order in substantially the form attached hereto as Exhibit A and grant such further relief as the Court may deem necessary and proper.

Dated:  August 25, 2025

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Michael S. Neiburg*
Michael S. Neiburg (No. 5275)
Christopher M. Lambe (No. 6846)
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com
clambe@ycst.com

*Counsel for Defendants Community Health*
*Systems, Inc., CHS/Community Health Systems,*
*Inc., Revenue Cycle Service Center, LLC,*
*CHSPSC, LLC, Professional Account Services,*
*Inc., Physician Practice Support, LLC,*
*Eligibility Screening Services, LLC, W. Larry*
*Cash, Rachel Seifert, and Adam Feinstein*


ROLNICK KRAMER SADIGHI LLP
Marc B. Kramer (admitted *pro hac vice*)
Shane Kunselman (admitted *pro hac vice*)
PENN 1, Suite 3401
One Pennsylvania Place
New York, NY 10119
Tel: (212) 597-2800
mkramer@rksllp.com

Sheila A. Sadighi (admitted *pro hac vice*)
300 Executive Drive
West Orange, New Jersey 07052

*Counsel for Defendant Adam Feinstein*

HOGAN LOVELLS LLP
Gary A. Orseck (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
John S. Clayton (admitted *pro hac vice*)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637 5600
gary.orseck@hoganlovells.com


HERBERT SMITH FREEHILLS KRAMER
(US) LLP
Ralph C. Mayrell (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
Lauren C. Andrews (admitted *pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
ralph.mayrell@hsfkramer.com

*Counsel for Defendants Community Health*
*Systems, Inc., CHS/Community Health*
*Systems, Inc., Revenue Cycle Service Center,*
*LLC, CHSPSC, LLC, Professional Account*
*Services, Inc., Physician Practice Support,*
*LLC, Eligibility Screening Services, LLC, W.*
*Larry Cash, and Rachel Seifert*

3

RICHARDS LAYTON & FINGER, P.A.

*/s/ Robert C. Maddox*
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com

CAHILL GORDON & REINDEL LLP

Herbert S. Washer (admitted *pro hac vice*)
Edward Moss (admitted *pro hac vice*)
Sesi Garimella (admitted *pro hac vice*)
Lauren Riddell (admitted *pro hac vice*)
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
sgarimella@cahill.com
lriddell@cahill.com

*Counsel for Defendant Credit Suisse Securities
(USA) LLC*