## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| _____ X | |
| | : | |
| In re: | : | **Chapter 11** |
| | : | |
| QUORUM HEALTH CORPORATION, *et al*., | : | **Case No. 20-10766 (BLS)** |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| _____ | : | |
| | : | |
| DANIEL H. GOLDEN, AS LITIGATION | : | |
| TRUSTEE OF THE QHC LITIGATION TRUST, | : | **Adversary Proceeding** |
| AND WILMINGTON SAVINGS FUND | : | |
| SOCIETY, FSB, SOLELY IN ITS CAPACITY AS | : | **Case No. 21-51190 (BLS)** |
| INDENTURE TRUSTEE, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMUNITY HEALTH SYSTEMS, INC.; | : | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; | : | |
| REVENUE CYCLE SERVICE CENTER, LLC; | : | |
| CHSPSC, LLC; PROFESSIONAL ACCOUNT | : | |
| SERVICES, INC.; PHYSICIAN PRACTICE | : | |
| SUPPORT, LLC; ELIGIBILITY SCREENING | : | |
| SERVICES, LLC; W. LARRY CASH; RACHEL | : | |
| SEIFERT; ADAM FEINSTEIN; AND CREDIT | : | |
| SUISSE SECURITIES (USA) LLC, | : | |
| | : | |
| Defendants. | : | |
| _____ x | |

## CREDIT SUISSE SECURITIES (USA) LLC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding by Federal Rule of Bankruptcy Procedure 7056, Credit Suisse Securities (USA) LLC ("**Credit Suisse**" or "**Defendant**"), by and through its undersigned counsel,

hereby submits this motion for summary judgment on certain counts of the Complaint (Dkt. No. 1, the "**Complaint**").  Specifically, Defendant moves for summary judgment on Counts 16, 17, 18, 19, 20, 21 and 23.

In support of this motion, Credit Suisse has filed contemporaneously herewith, and hereby incorporates by reference, (i) the *Memorandum of Law in Support of Credit Suisse Securities (USA) LLC's Motion for Summary Judgment* (together with all exhibits and appendices attached thereto, the "**Opening Brief**"), and (ii) the *Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Motion for Summary Judgment* (together with all exhibits and appendices attached thereto, the "**Moss Declaration**").

WHEREFORE, for the reasons set forth in the Memorandum of Law, Defendant respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit A**, granting summary judgment in favor of Credit Suisse on Counts 16, 17, 18, 19, 20, 21 and 23 and granting such other and further relief as the Court deems just and proper.

[*Signature page follows*]

RLF1 33603498v.1

Dated: Wilmington, Delaware
August 25, 2025

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Robert C. Maddox*
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com

**CAHILL GORDON & REINDEL LLP**

*/s/ Edward Moss*
Herbert S. Washer
Edward Moss
Sesi Garimella
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
sgarimella@cahill.com

*Attorneys for Defendant Credit Suisse Securities
(USA) LLC*

3

RLF1 33603498v.1