# **Exhibit A**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | x |
| | : |
| In re: | : **Chapter 11** |
| | : |
| QUORUM HEALTH CORPORATION, *et al.*, | : **Case No. 20-10766 (BLS)** |
| | : |
| Debtor. | : |
| | : |
| | : |
| | : |
| | : |
| DANIEL H. GOLDEN, AS LITIGATION | : |
| TRUSTEE OF THE QHC LITIGATION TRUST, | : **Adversary Proceeding** |
| AND WILMINGTON SAVINGS FUND | : |
| SOCIETY, FSB, SOLELY IN ITS CAPACITY AS | : **Case No. 21-51190 (BLS)** |
| INDENTURE TRUSTEE, | : |
| | : **Re: D.I. ____** |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| COMMUNITY HEALTH SYSTEMS, INC.; | : |
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; | : |
| REVENUE CYCLE SERVICE CENTER, LLC; | : |
| CHSPSC, LLC; PROFESSIONAL ACCOUNT | : |
| SERVICES, INC.; PHYSICIAN PRACTICE | : |
| SUPPORT, LLC; ELIGIBILITY SCREENING | : |
| SERVICES, LLC; W. LARRY CASH; RACHEL | : |
| SEIFERT; ADAM FEINSTEIN; AND CREDIT | : |
| SUISSE SECURITIES (USA) LLC, | : |
| | : |
| Defendants. | : |
| | x |

## ORDER GRANTING CREDIT SUISSE SECURITIES (USA) LLC'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of *Credit Suisse Securities (USA) LLC's Motion for Summary Judgment* (the "**Motion**") filed by Credit Suisse Securities (USA) LLC ("**Credit Suisse**"); and upon consideration of any opposition submitted in response thereto; and the Court having found

RLF1 33603498v.1

upon review of the submissions by the parties that sufficient cause exists in support of the relief requested by the Motion;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED**.

2.      Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7056 of the Federal Rules of  Bankruptcy Procedure, summary judgment is granted in favor of Defendant Credit Suisse and against Plaintiffs as to Counts 16, 17, 18, 19, 20, 21 and 23 of the Complaint.

3.      This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

RLF1 33603498v.1