**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>QUORUM HEALTH CORPORATION, *et al.*<br><br>                  Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION<br>TRUSTEE OF THE QHC LITIGATION TRUST,<br>AND WILMINGTON SAVINGS FUND<br>SOCIETY, FSB, SOLELY IN ITS CAPACITY<br>AS INDENTURE TRUSTEE,<br><br>                  Plaintiffs,<br><br>        - against -<br><br>COMMUNITY HEALTH SYSTEMS, INC.;<br>CHS/COMMUNITY HEALTH SYSTEMS, INC.;<br>REVENUE CYCLE SERVICE CENTER, LLC;<br>CHSPSC, LLC; PROFESSIONAL ACCOUNT<br>SERVICES, INC.; PHYSICIAN PRACTICE<br>SUPPORT, LLC; ELIGIBILITY SCREENING<br>SERVICES, LLC; W. LARRY CASH; RACHEL<br>SEIFERT; ADAM FEINSTEIN; AND CREDIT<br>SUISSE SECURITIES (USA) LLC,<br><br>                  Defendants. | Adv. Pro. No. 21-51190 (BLS) |

**DECLARATION OF ROBERT S. LOIGMAN
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO EXCLUDE THE TESTIMONY OF PATRICK ALLEN**

I, Robert S. Loigman, declare as follows:

1. I am over the age of twenty-one and am competent to testify to the matters set forth herein.

2. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP and am counsel of record for Plaintiffs in this matter. I have been admitted to appear before the Court *pro hac vice*. I make this declaration in support of Plaintiffs' opposition to Defendants' Motion to Exclude the Testimony of Patrick Allen, filed concurrently herewith. I have personal, firsthand knowledge of the facts set forth herein.

3. Attached as **Exhibit 1** to this Declaration is a true and correct copy of the Expert Report of Patrick Allen, dated December 18, 2024 (filed with partial redactions of information designated as Confidential).

4. Attached as **Exhibit 2** to this Declaration is a true and correct copy of the transcript of the deposition of Patrick Allen, dated July 16, 2025.

5. Attached as **Exhibit 3** to this Declaration is a true and correct copy of the Reply Expert Report of Patrick Allen, dated May 21, 2025 (filed with partial redactions of information designated as Confidential).

6. Attached as **Exhibit 4** to this Declaration is a true and correct PDF copy of Draft #17 of the financial model prepared by Lee Fleck in connection with the CHS Spin-Off Projections (as such term is defined in Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Patrick Allen), bearing Bates stamp number CHSG00115656 (filed under seal).

7. Attached as **Exhibit 5** to this Declaration is a true and correct copy of the CHS CEO and CFO Update presentation prepared by Bain & Co., dated August 27, 2015, bearing Bates stamp number CHSG00577849.

8. Attached as **Exhibit 6** to this Declaration is a true and correct copy of the transcript of the deposition of Michael Culotta in *Revenue Cycle Service Center, et al. v. QHCCS, LLC, et al.*, AAA Case No. 01-17-0004-6346, dated April 18, 2018 (filed under seal).

9.    Attached as **Exhibit 7** to this Declaration is a true and correct copy of the Rebuttal Expert Report of Scott K. Phillips, dated March 6, 2025 (filed with partial redactions of information designated as Confidential).

10.    Attached as **Exhibit 8** to this Declaration is a true and correct copy of the exhibits to the Reply Expert Report of Patrick Allen, dated May 21, 2025.

11.    Attached as **Exhibit 9** to this Declaration is a true and correct copy of confirmation hearing transcript in *In re Quorum Health Corporation, et al*., Case No. 20-10766 (Bankr. D. Del.), dated June 29, 2020.

12.    Attached as **Exhibit 10** to this Declaration is a true and correct copy of the transcript of the deposition of Jay Shiland in *In re Quorum Health Corporation, et al.*, Case No. 20-10766 (Bankr. D. Del.), dated June 12, 2020.

13.    Attached as **Exhibit 11** to this Declaration is a true and correct copy of the corrected exhibits to the Rebuttal Expert Report of Professor Jack F. Williams, dated March 6, 2025 (filed with partial redactions of information designated as Confidential).

14.    Attached as **Exhibit 12** to this Declaration is a true and correct copy of the rebuttal expert report of Professor Jack F. Williams, dated March 6, 2025 (filed with partial redactions of information designated as Confidential).

15.    Attached as **Exhibit 13** to this Declaration is a true and correct copy of KPMG's ASC 350 Impairment Study of Quorum Health Corporation presentation, dated September 30, 2016, bearing Bates stamp number DT 00002500.

16.    Attached as **Exhibit 14** to this Declaration is a true and correct copy of the exhibits to the Expert Report of Patrick Allen, dated December 18, 2024.

17.    Attached as **Exhibit 15** to this Declaration is a true and correct copy of Susquehanna Financial Group's market research report on Quorum Health Corporation, dated June 8, 2016, bearing Bates stamp number Williams_00002691.

18.     Attached as **Exhibit 16** to this Declaration is a true and correct copy of Credit Suisse's market research report on Quorum Health Corporation, dated July 29, 2016, bearing Bates stamp number Williams_00002850.

19.     Attached as **Exhibit 17** to this Declaration is a true and correct copy of WhiteSand Research's market research report on Community Health Systems, Inc. / Quorum Health Corporation, dated December 23, 2015.

20.     Attached as **Exhibit 18** to this Declaration is a true and correct copy of the transcript of the deposition of Steven Schwartz, dated November 19, 2025 (filed under seal).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED:  October 17, 2025                        */s/ Robert S. Loigman*
                                                Robert S. Loigman

                                                *Counsel for Plaintiffs Daniel H. Golden, as*
                                                *Litigation Trustee of the QHC Litigation*
                                                *Trust, and Wilmington Savings Fund*
                                                *Society, FSB, Solely in its Capacity as*
                                                *Indenture Trustee*