**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>QUORUM HEALTH CORPORATION, *et al.*<br><br>        Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>        Plaintiffs,<br><br>        - against -<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>        Defendants. | Adv. Pro. No. 21-51190 (BLS) |

**DECLARATION OF DEBORAH J. NEWMAN
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Deborah J. Newman, declare as follows:

1.      I am over the age of twenty-one and am competent to testify to the matters set forth herein.

2.      I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP and am counsel of record for Plaintiffs in this matter.  I have been admitted to appear before the Court *pro hac vice*. I make this declaration in support of Plaintiffs' Opposition To Defendants' Motions For Summary Judgement, filed concurrently herewith.  I have personal, firsthand knowledge of the facts set forth herein.

3.      Attached as **Exhibit 1** is a true and correct copy of Community Health Systems, Inc. Form 10-Q First Quarter 2016, filed on May 3, 2016, bearing Bates stamp number CHSG00001394.

4.      Attached as **Exhibit 2** is a true and correct copy of Community Health Systems' presentation regarding "CEO and CFO Update," dated August 27, 2015, bearing Bates stamp number CHSG00577849.

5.      Attached as **Exhibit 3** is a true and correct copy of the expert report of Patrick Allen, dated December 18, 2024 (filed with partial redactions of information designated as Confidential).

6.      Attached as **Exhibit 4** is a true and correct copy of Community Health Systems, Inc.  Form 10-K for year 2015, filed on February 17, 2016, bearing Bates stamp number CHSG00001674.

7.      Attached as **Exhibit 5** is a true and correct copy of Community Health Systems, Inc.  Form 10-Q Second Quarter 2016 filed on July 30, 2015, bearing Bates stamp number CHSG00000789.

8.      Attached as **Exhibit 6** is a true and correct copy of Community Health Systems, Inc.  Form 10-K for year 2016 filed on February 21, 2017.

1

9.      Attached as **Exhibit 7** is a true and correct copy of Credit Suisse Business Purpose Letter from Steven Schwartz to Larry Cash, dated April 14, 2016, bearing Bates stamp number CHSG00259336.

10.      Attached as **Exhibit 8** is a true and correct copy of the Reply Expert Report of Patrick Allen, dated May 21, 2025 (filed with partial redactions of information designated as Confidential).

11.      Attached as **Exhibit 9** is a true and correct copy of CHS Spin-Off Projections Model Version 17, dated March 9, 2016, bearing Bates stamp number CHSG00115656 (filed under seal).

12.      Attached as **Exhibit 10** is a true and correct copy of CP2 Discussion: Presentation to the Board of Directors, dated July 2015, bearing Bates stamp number CHSG00261823 (filed under seal).

13.      Attached as **Exhibit 11** is a true and correct copy of Fitch Ratings, Fitch Affirms Community Health Systems' at "B+"; Outlook Revised to Stable, dated August 4, 2015, bearing Bates stamp number CHSG00254510.

14.      Attached as **Exhibit 12** is a true and correct copy of the Credit Agreement, dated April 29, 2016, bearing Bates stamp number QHCBK_040582.

15.      Attached as **Exhibit 13** is a true and correct copy of the Indenture, dated April 22, 2016, bearing Bates stamp number QHC00155615.

16.      Attached as **Exhibit 14** is a true and correct copy of the Escrow Release/TLB close Funds Flow, dated April 29, 2016, bearing Bates stamp number CHSG00114250 (filed under seal).

17.      Attached as **Exhibit 15** is a true and correct copy of Action Taken by Written Consent of the Board of Directors of Quorum Health Corporation In Lieu of a Meeting, dated April 1, 2016, bearing Bates stamp number CHSG00700406 (filed under seal).

18.      Attached as **Exhibit 16 is** a true and correct copy of the QHC Offering Memorandum, dated April 8, 2016, bearing Bates stamp number CHSG00708339 (filed under seal).

19.    Attached as **Exhibit 17** is a true and correct copy of the engagement letter among Community Health Systems, Inc., Quorum Health Corporation, and Duff & Phelps, LLC, dated April 1, 2016, bearing Bates stamp number CHSG00239670.

20.    Attached as **Exhibit 18** is a true and correct copy of the Escrow Release/TLB close Funds Flow, dated April 29, 2016, bearing Bates stamp number QHC00119516 (filed under seal).

21.    Attached as **Exhibit 19** is a true and correct copy of is a true and correct copy of the transcript of the deposition of Guhan Subramanian, dated July 11, 2025.

22.    Attached as **Exhibit 20** is a true and correct copy of Action Taken by Written Consent of the Board of Directors of Quorum Health Corporation In Lieu of a Meeting, dated April 29, 2016, bearing Bates stamp number CHSG00711333 (filed under seal).

23.    Attached as **Exhibit 21** is a true and correct copy of the Separation and Distribution Agreement, dated April 29, 2016, bearing Bates stamp number CHSG00000194 (filed under seal).

24.    Attached as **Exhibit 22** is a true and correct copy of the transcript of the deposition of Larry Cash, dated October 10, 2024.

25.    Attached as **Exhibit 23** is a true and correct copy of the transcript of the deposition of Kevin Hammons, dated October 10, 2024.

26.    Attached as **Exhibit 24** is a true and correct copy of a compilation of the emails sent or received by Adam Feinstein prior to the consummation of the Spin-Off that have been produced to Plaintiffs (filed with partial redactions of information designated as Confidential).

27.    Attached as **Exhibit 25** is a true and correct copy of Community Health Systems, Inc. Form 8-K filed on August 3, 2015, bearing Bates stamp number CHSG00000747.

28.    Attached as **Exhibit 26** is a true and correct copy of an email from Larry Cash to Marty Schweinhart with the subject line regarding Fwd: [EXTERNAL] CYH  - Mgmt Meeting Highlights – Focus on Deleveraging Should Drive Shares Higher, dated June 18, 2015, bearing Bates stamp number CHSG00680084.

29.    Attached as **Exhibit 27** is a true and correct copy of an email from Larry Cash to Kevin Hammons, et al., with the subject line regarding Fwd: [EXTERNAL] Cutting Rating to

Neutral, PT to \$34 from \$77 – Likely Not the First Miss, dated October 22, 2015, bearing Bates stamp number CHSG00581728.

30.     Attached as **Exhibit 28** is a true and correct copy of an email from Larry Cash  to James Doucette, with the subject line regarding FW: Msg fwd from Gretchen, dated November 17, 2015, bearing Bates stamp number QHC00085398.

31.     Attached as **Exhibit 29** is a true and correct copy of the Community Health Systems Inc. 4Q 2015 Earnings Reaction Summary, bearing Bates stamp number CHSG00019018.

32.     Attached as **Exhibit 30** is a true and correct copy of Quorum Health Corporation's Amendment No. 6 to Form 10, filed on April 1, 2016, bearing Bates stamp number CHSG00239205.

33.     Attached as **Exhibit 31** is a true and correct copy of a memorandum regarding Corporate Allocations, dated February 3, 2016, bearing Bates stamp number CHSG00496183 (filed under seal).

34.     Attached as **Exhibit 32** is a true and correct copy of the transcript of arbitration proceedings in Revenue Cycle Service Center, et al. v. QHCCS, LLC, AAA Case No. 01-17-0004-6346, dated October 8, 2018, bearing Bates stamp number CHSG00695591 (filed under seal).

35.     Attached as **Exhibit 33** is a true and correct copy of the transcript of the deposition of Kevin Hammons, in R2 Investments v. Quorum Health Corporation, et al., ., Case No. 2017-578 (M.D. Tenn.), dated May 7, 2019, bearing Bates stamp number CHSG00377742.

36.     Attached as **Exhibit 34** is a true and correct copy of the transcript of the deposition of Roman Ottinger, in R2 Investments v. Quorum Health Corporation, et al., Case No. 2017-578 (M.D. Tenn.), dated May 23, 2019, bearing Bates stamp number CHSG00379005.

37.     Attached as **Exhibit 35** is a true and correct copy of the transcript of the deposition of Tom Walker, dated November 7, 2024.

38.     Attached as **Exhibit 36** is a true and correct copy of a spreadsheet regarding Quorum Health Corporation Pro Forma Analysis TSA Agreements, bearing Bates stamp number DT 00000015 (filed under seal).

39.     Attached as **Exhibit 37** is a true and correct copy of a spreadsheet regarding QHC Staffing Model, dated  October 21, 2015, bearing Bates stamp number CHSG00498327 (filed under seal).

40.     Attached as **Exhibit 38** is a true and correct copy of a spreadsheet regarding Quorum Health Corporation Analysis of CHS TSA Increases, bearing Bates stamp number CHSG00623479 (filed under seal).

41.     Attached as **Exhibit 39** is a true and correct copy of an email from Michael Culotta to Thomas Miller with the subject line regarding FW: Form 10 CS comments, dated August 18, 2015, bearing Bates stamp number QHCBK_129267 (filed under seal).

42.     Attached as **Exhibit 40** is a true and correct copy of an email from Michael Culotta to Thomas Miller with the subject line regarding FW: [EXTERNAL] New Proofs for Form 10 are available, dated August 21, 2015, bearing Bates stamp number QHC00144186 (filed under seal).

43.     Attached as **Exhibit 41** is a true and correct copy of the handwritten comments of Michael Culotta on Quorum Health Corporation's Form 10, dated August 23, 2015, bearing Bates stamp number CHSG00711720 (filed under seal).

44.     Attached as **Exhibit 42** is a true and correct copy of an email from Michael  Culotta to Thomas Miller with the subject line regarding FW: QHC Information Statement, dated August 24, 2015, bearing Bates stamp number QHC00101085 (filed under seal).

45.     Attached as **Exhibit 43** is a true and correct copy of an email from Michael Culotta to Thomas Miller with the subject line regarding FW: QHC Information Statement, dated August 25, 2015, bearing Bates stamp number QHC00101495 (filed under seal).

46.     Attached as **Exhibit 44** is a true and correct copy of Quorum Health Corporation Rating Agency Presentation, dated December 2015, bearing Bates stamp number CHSG00116690 (filed under seal).

47.     Attached as **Exhibit 45** is a true and correct copy of the engagement letter among Community Health Systems, Inc., Quorum Health Corporation, and Duff & Phelps, LLC, dated April 1, 2016, bearing Bates stamp number CHSG00399679.

48.      Attached as **Exhibit 46** is a true and correct copy of an email from Megan Moody to Michael Culotta et al., with the subject line regarding QHC Business & Auditor Due Diligence, dated March 16, 2016, bearing Bates stamp number CHSG00539419 (filed under seal).

49.      Attached as **Exhibit 47** is a true and correct copy of a Quorum Health Corporation's presentation regarding Relationship Bank Update Materials, dated March 2016, bearing Bates stamp number CHSG00539421 (filed under seal).

50.      Attached as **Exhibit 48** is a true and correct copy of Credit Suisse's presentation regarding CP2 Financing and Syndication Discussion, dated July 2015, bearing Bates stamp number CHSG00027191 (filed under seal).

51.      Attached as **Exhibit 49** is a true and correct copy of an email from James Doucette to Edward Lomicka with the subject line regarding FW: Proposed QHC Relationship Bank Script / Syndication Strategy, dated December 7, 2015, bearing Bates stamp number CHSG00118787 (filed under seal).

52.      Attached as **Exhibit 50** is a true and correct copy of a presentation regarding QHC Syndication Strategy, bearing Bates stamp number CHSG00118789 (filed under seal).

53.      Attached as **Exhibit 51** is a true and correct copy of Quorum Health Corporation Confidential Information Memorandum for Senior Secured Credit Facilities, dated March 2016, bearing Bates stamp number CHSG00692135 (filed under seal).

54.      Attached as **Exhibit 52** is a true and correct copy of Quorum Health Corporation $400,000,000 11.625% Senior Notes due 2023 Purchase Agreement, dated April 8, 2016, bearing Bates stamp number CHSG00708599 (filed under seal).

55.      Attached as **Exhibit 53** is a true and correct copy of Quorum Health Corporation Presentation to Lenders Private Supplement, dated March 2016, bearing Bates stamp number CSSU_QUORUM_00006912 (filed under seal).

56.      Attached as **Exhibit 54** is a true and correct copy of the transcript of the deposition of Lee Fleck, dated October 28, 2024 (filed under seal).

57.     Attached as **Exhibit 55** is a true and correct copy of an email from Edward Lomicka to James Doucette and Lee Fleck with the subject line regarding Target Debt Pay-Down in Barker Models of Proposed Transaction, dated August 31, 2015, bearing Bates stamp number CHSG00589804 (filed under seal).

58.     Attached as **Exhibit 56** is a true and correct copy of an email from Lee Fleck to Larry Cash et al. with the subject line regarding Draft #5 CHS Spin-Off Projections Model, dated November 11, 2015, bearing Bates stamp number CHSG00498980 (filed under seal).

59.     Attached as **Exhibit 57** is a true and correct copy of an email from Larry Cash to Lee Fleck et al., dated November 11, 2015, bearing Bates stamp number QHC00027497 (filed under seal)**.**

60.     Attached as **Exhibit 58** is a true and correct copy of an email from Larry Cash to Michael Culotta et al., dated November 15, 2015, bearing Bates stamp number CHSG00116945.

61.     Attached as **Exhibit 59** is a true and correct copy of a spreadsheet regarding CHS Spin-Off Projections Model Fifth Draft, dated November 12, 2015, bearing Bates stamp number CHSG00119596 (filed under seal).

62.     Attached as **Exhibit 60** is a true and correct copy of a spreadsheet regarding CHS Spin-Off Projections Model Sixth Draft, dated November 17, 2016, bearing Bates stamp number CHSG00119611 (filed under seal).

63.     Attached as **Exhibit 61** is a true and correct copy of an email from Larry Cash to Lee Fleck et al., dated November 24, 2015, bearing Bates stamp number CHSG00370481 (filed under seal).

64.     Attached as **Exhibit 62** is a true and correct copy of the transcript of the deposition of Michael Culotta, dated November 14, 2024 (filed with partial redactions of testimony designated as Confidential).

65.     Attached as **Exhibit 63** is a true and correct copy of an email from James Doucette to Larry Cash, forwarding CHS Spin-Off Projections Model Follow-up, dated November 15, 2015, bearing Bates stamp number CHSG00118835 (filed under seal).

7

66.     Attached as **Exhibit 64** is a true and correct copy of Megan Moody's notes on the Public Q&A Session with Lenders, dated March 29, 2016, bearing Bates stamp number QHC00015665 (filed under seal).

67.     Attached as **Exhibit 65** is a true and correct copy of an email from Michael Culotta to James Doucette et al., dated November 24, 2015, bearing Bates stamp number  QHC00055463 (filed under seal)**.**

68.     Attached as **Exhibit 66** is a true and correct copy of an email from Lee Fleck to Steven Schwartz et al. with the subject line regarding Fw: QHC Model Draft #7, dated November 24, 2015, bearing Bates stamp number CHSG00232725 (filed under seal).

69.     Attached as **Exhibit 67** is a true and correct copy of an email from Steven Schwartz to Lee Fleck et al., with the subject line regarding QHC Model Draft #7, dated November 24, 2015, bearing Bates stamp number CHSG00119802 (filed under seal).

70.     Attached as **Exhibit 68** is a true and correct copy of an email from Lee Fleck to Steven Schwartz et al., with the subject line regarding QHC Model Draft #15, dated March 2, 2016, bearing Bates stamp number QHC00094755 (filed under seal).

71.     Attached as **Exhibit 69** is a true and correct copy of a spreadsheet regarding CHS Spin-Off Projections Model Fourteenth Draft, dated February 29, 2016, bearing Bates stamp number CHSG00119723 (filed under seal).

72.     Attached as **Exhibit 70** is a true and correct copy of a spreadsheet regarding CHS Spin-Off Projections Model Fifteenth Draft, dated March 3, 2016, bearing Bates stamp number CHSG00119749 (filed under seal).

73.     Attached as **Exhibit 71** is a true and correct copy of Quorum Health Corporation's Form 10-Q First Quarter year 2016, filed on May 5, 2016.

74.     Attached as **Exhibit 72** is a true and correct copy of Community Health Systems, Inc.'s  Form 10-K for year 2014 filed on February 25, 2015 bearing Bates stamp number CHSG00001952.

8

75.     Attached as **Exhibit 73** is a true and correct copy of HCA Holdings, Inc.'s Form 10-K for year 2016, filed on February 22, 2017.

76.     Attached as **Exhibit 74** is a true and correct copy of HCA Holdings, Inc.'s Form 10-K for year 2014, filed on February 26, 2015.

77.     Attached as **Exhibit 75** is a true and correct copy of LifePoint Health, Inc.'s Form 10-K for year 2016, filed on February 17, 2017.

78.     Attached as **Exhibit 76** is a true and correct copy of LifePoint Hospitals, Inc.'s Form 10-K for year 2014, filed on February 12, 2015.

79.     Attached as **Exhibit 77** is a true and correct copy of Tenet Healthcare Corporation's Form 10-K for year 2016, filed on February 27, 2017.

80.     Attached as **Exhibit 78**  is a true and correct copy of is a true and correct copy of Tenet Healthcare Corporation's Form 10-K for year 2014, filed on February 23, 2015.

81.     Attached as **Exhibit 79** is a true and correct copy of Universal Health Services, Inc.'s Form 10-K for year 2016, filed on February 28, 2017.

82.     Attached as **Exhibit 80** is a true and correct copy of Universal Health Services, Inc.'s Form 10-K for year 2014, filed on February 26, 2015.

83.     Attached as **Exhibit 81** is a true and correct copy of Quorum Health Corporation's Form 10-K for year 2016, filed on April 7, 2017.

84.     Attached as **Exhibit 82** is a true and correct copy of the transcript of Quorum Health Corporation's Q3 2016 Earnings Call, dated November 10, 2016, bearing Bates stamp number CHSG00370038.

85.     Attached as **Exhibit 83** is a true and correct copy of an email from Michael Culotta to James Doucette, with the subject line regarding QHC EBITDA 2013 to 2020 Same-Store, dated November 24, 2015, bearing Bates stamp number QHC00055468 (filed under seal).

86.     Attached as **Exhibit 84** is a true and correct copy of QHCCS, LLC and Quorum Health Corporation's Answer and Counterclaims in Revenue Cycle Service Center, et al. v.

9

QHCCS, LLC, AAA Case No. 01-17-0004-6346, dated August 22, 2017, bearing Bates stamp number CHSG00495469 (filed under seal).

87. Attached as **Exhibit 85** is a true and correct copy of an email from Steven Schwartz to Michael Culotta, et al. with the subject line regarding Relationship Bank Materials, dated March 16, 2016, bearing Bates stamp number QHC00023520 (filed under seal).

88. Attached as **Exhibit 86** is a true and correct copy of an email and attachment from Megan Moody to Michael Culotta with the subject line regarding Preliminary Timeline – Q1 Guidance, dated March 15, 2016, bearing Bates stamp number QHC0147368 (filed under seal).

89. Attached as **Exhibit 87** is a true and correct copy of an email from Megan Moody to Michael Culotta with the subject line regarding 2016 Guidance Calculation, dated March 19, 2016, bearing Bates stamp number QHC00045164 (filed under seal).

90. Attached as **Exhibit 88** is a true and correct copy of an email attachment from Megan Moody to Michael Culotta regarding Quorum Health 2016 Projection Range, dated March 19, 2016, bearing Bates stamp number QHC00045162 (filed under seal).

91. Attached as **Exhibit 89** is a true and correct copy of the transcript of the deposition of Megan Moody, in R2 Investments v. Quorum Health Corporation, et al., dated May 1, 2019, bearing Bates stamp number CHSG00377220 (filed under seal).

92. Attached as **Exhibit 90** is a true and correct copy of the transcript of the deposition of Megan Moody, dated November 21, 2024 (filed under seal).

93. Attached as **Exhibit 91** is a true and correct copy of an email from Megan Moody to Thomas Miller and Michael Culotta with the subject line regarding 2016 Guidance Range, dated March 22, 2016, bearing Bates stamp number QHC00045160 (filed under seal).

94. Attached as **Exhibit 92** is a true and correct copy of Community Health Systems, Inc.'s Form 8-K, filed on March 22, 2016, bearing Bates stamp number CHSG00001219.

95. Attached as **Exhibit 93** is a true and correct copy of an email from Megan Moody to Michael Culotta et al., with the subject line regarding QHC Final Bank Documents, dated March 28, 2016, bearing Bates stamp number CHSG00538055 (filed under seal).

10

96.    Attached as **Exhibit 94** is a true and correct copy of Community Health Systems, Inc.'s Form 8-K filed on September 4, 2015, bearing Bates stamp number CHSG00000921.

97.    Attached as **Exhibit 95** is a true and correct copy of the Employee Notification Process for QHC Transition, bearing Bates stamp number CHSG00005896 (filed under seal).

98.    Attached as **Exhibit 96** is a true and correct copy of an email from Susan Brown to Lisa Anderson, et al., with the subject line regarding Memo to Identified Quorum Leaders, dated November 5, 2015, bearing Bates stamp number QHC00019846 (filed under seal).

99.    Attached as **Exhibit 97** is a true and correct copy of the Communications Plan regarding QHC Staff Transitions, dated March 11, 2016, bearing Bates stamp number CHSG00006052 (filed under seal).

100.    Attached as **Exhibit 98** is a true and correct copy of an email from Thomas Miller to Michael Culotta with the subject line regarding QHC, dated March 17, 2016, bearing Bates stamp number QHC00147429 (filed under seal).

101.    Attached as **Exhibit 99** is a true and correct copy of the transcript of the deposition of Thomas Miller, dated December 5, 2024 (filed with partial redactions of testimony designated as Confidential).

102.    Attached as **Exhibit 100** is a true and correct copy of an email from Meagan Strawhacker to Daniel Adkins et al. with the subject line regarding QHC Spin Off Communications – Weekly Communication January 4, dated January  5, 2016, bearing Bates stamp number CHSG00470427.

103.    Attached as **Exhibit 101** is a true and correct copy of an email from David Miller to Martin Bonick et al. with the subject line regarding: Operating Procedures/Approvals for FY 2016, dated January 8, 2016, bearing Bates stamp number CHSG00543748.

104.    Attached as **Exhibit 102** is a true and correct copy of the Frequently Asked Questions ("FAQs) Related to the QHC Transition, bearing Bates stamp number CHSG00058597 (filed under seal).

105.    Attached as **Exhibit 103** is a true and correct copy of the transcript of the deposition of Randy Cooper, dated October 15, 2024 (filed under seal).

106.    Attached as **Exhibit 104** is a true and correct copy of the transcript of the deposition of Michael Culotta, dated November 15, 2024 (filed with partial redactions of testimony designated as Confidential).

107.    Attached as **Exhibit 105** is a true and correct copy of the transcript of arbitration proceedings, in Revenue Cycle Service Center v. QHCCS, LLC, AAA Case No. 01-17-0004-6346, dated October 2, 2018, bearing Bates stamp number CHSG00695332 (filed under seal).

108.    Attached as **Exhibit 106** is a true and correct copy of the CHS Project Status Report, dated March 2, 2016, bearing Bates stamp number CHSG00368832.

109.    Attached as **Exhibit 107** is a true and correct copy of the transcript of the deposition of Lee Fleck, in R2 Investments v. Quorum Health Corporation, et al., Case No. 2017-578 (M.D. Tenn.), dated June 4, 2019, bearing Bates stamp number CHSG00379746 (filed under seal).

110.    Attached as **Exhibit 108** is a true and correct copy of a memorandum regarding June 30, 2016 Updated Assessment of Goodwill Impairment, dated November 30, 2016, bearing Bates stamp number QHC00154660 (filed under seal).

111.    Attached as **Exhibit 109** is a true and correct copy of an email from Lynne Mitchell to Larry Cash et al., dated March 6, 2016, bearing Bates stamp number QHC00017443.

112.    Attached as **Exhibit 110** is a true and correct copy of an email from Larry Cash to Brenda Martin with the subject line regarding Med Spec Fees, dated April 28, 2016, bearing Bates stamp number CHSG00497480.

113.    Attached as **Exhibit 111** is a true and correct copy of an email from Michael Culotta to Randy Cooper with the subject line regarding Q1 16 OOE Increases Over PY QHC, dated April 22, 2016, bearing Bates stamp number QHC00017441 (filed under seal).

114.    Attached as **Exhibit 112** is a true and correct copy of an email from Randy Cooper to Michael Culotta, et al., with the subject line regarding QHC Q1 2016 increase in Med Fees and Purch Services, dated May 9, 2016, bearing Bates stamp number QHC00034967 (filed under seal).

115.   Attached as **Exhibit 113** is a true and correct copy of an email from Michael Culotta to Stanley Hunt, et al., with the subject line regarding QHC Purch Svcs and Med Spec Fees, dated May 1, 2016, bearing Bates stamp number QHC00052259 (filed under seal).

116.   Attached as **Exhibit 114** is a true and correct copy of a list of Quorum Health Coporation's leadership titles as of April 15, 2016, bearing Bates stamp number QLT0031552 (filed under seal).

117.   Attached as **Exhibit 115** is a true and correct copy of an email from Michael Culotta to Thomas Miller, et al., with the subject line regarding Hospital with losses, dated April 23, 2016, bearing Bates stamp number QHC00017423 (filed under seal).

118.   Attached as **Exhibit 116** is a true and correct copy of an email attachment from Megan Moody to Michael Culotta regarding "Quorum Health – Quarterly Income Statement Information," bearing Bates stamp number QLT0031598 (filed under seal).

119.   Attached as **Exhibit 117** is a true and correct copy of an email from Megan Moody to Kevin  Hammons, et al., with the subject line regarding QHC 1st quarter, dated April 24, 2016, bearing Bates stamp number QHC00035897 (filed under seal).

120.   Attached as **Exhibit 118** is a true and correct copy of a spreadsheet regarding "Quorum Health - Quarterly Income Statement Information," bearing Bates stamp number QHC00035899 (filed under seal).

121.   Attached as **Exhibit 119** is a true and correct copy of a memorandum regarding "Medical Malpractice Insurance Allocations," dated February 3, 2016, bearing Bates stamp number CHSG00503754.

122.   Attached as **Exhibit 120** is a true and correct copy of the transcript of the deposition of Zachary Stark, dated July 19, 2019, in Zwick Partners, LP, et al. v. Quorum Health Corporation, et al., Case No. 3:16-cv-02475 (M.D. Tenn.), bearing Bates stamp number CHSG00382665.

123.   Attached as **Exhibit 121** is a true and correct copy of an email from Michael Culotta to Stan Hunt, et al., with the subject line regarding Review of Q1 Financials, dated October 20, 2016, bearing Bates stamp number QHC00049861 (filed under seal).

124.    Attached as **Exhibit 122** is a true and correct copy of an email from Larry Cash to Michael Culotta, et al., with the subject line regarding QHC, dated February 23, 2016, bearing Bates stamp number QHC00110556.

125.    Attached as **Exhibit 123** is a true and correct copy of an email from Larry Cash to Steven Schwartz, et al., with the subject line regarding QHC, dated February 23, 2016, bearing Bates stamp number CHSG00499749.

126.    Attached as **Exhibit 124** is a true and correct copy of an email from Larry Cash to Steven Schwartz, et al., with the subject line regarding NYSE Earnings Test Disclosure, dated March 3, 2016, bearing Bates stamp number CHSG00711762.

127.    Attached as **Exhibit 125** is a true and correct copy of an email from Larry Cash to James Doucette, with the subject line regarding QHC Ratings, dated March 23, 2016, bearing Bates stamp number CHSG00115359.

128.    Attached as **Exhibit 126** is a true and correct copy of an email from Larry Cash to Thomas Miller, et al., with the subject line regarding Credit Suisse call, dated March 23, 2016, bearing Bates stamp number CHSG00019662 (filed under seal).

129.    Attached as **Exhibit 127** is a true and correct copy of an email from Larry Cash to Thomas Miller, with the subject line regarding Credit wants us to go to 12%, dated April 7, 2016, bearing Bates stamp number QHC00020143 (filed under seal).

130.    Attached as **Exhibit 128** is a true and correct copy of the transcript of the deposition of Lee Fleck, dated October 29, 2024 (filed under seal).

131.    Attached as **Exhibit 129** is a true and correct copy of Wells Fargo's report regarding Healthcare Leverage Finance Group Debt Capital Markets Update, dated April 15, 2016, bearing Bates stamp number CHSG00045683.

132.    Attached as **Exhibit 130** is a true and correct copy of the Consent of Sole Incorporator for Quorum Health Corporation, dated July 27, 2015, bearing Bates stamp number CHSG00548398 (filed under seal).

14

133. Attached as **Exhibit 131** is a true and correct copy of an email from Todd Kaltman to Kevin Hammons, et al., with the subject line regarding Updated Solvency Opinion, dated April 26, 2016, bearing Bates stamp number CHSG00399639 (filed under seal).

134. Attached as **Exhibit 132** is a true and correct copy of the Board of Directors Appointment Process and Action Items for Quorum Health Corporation, bearing Bates stamp number QHC00118890 (filed under seal).

135. Attached as **Exhibit 133** is a true and correct copy of the transcript of the deposition of Adam T. Feinstein, dated November 13, 2024.

136. Attached as **Exhibit 134** is a true and correct copy of the Action by Written Consent in Lieu of a Meeting of the Board of Directors of Quorum Health Corporation, Inc., dated April 29, 2016, bearing Bates stamp number AF_QHC00000036 (filed under seal).

137. Attached as **Exhibit 135** is a true and correct copy of an email from Thomas Miller to Adam Feinstein, et al., with the subject line regarding Action necessary by the Audit Committee, dated April 22, 2016, bearing Bates stamp number QHC00152647 (filed under seal).

138. Attached as **Exhibit 136** is a true and correct copy of an email from Adam Feinstein to Thomas Miller, et al., with the subject line regarding Action necessary by the Audit Committee, dated April 22, 2016, bearing Bates stamp number AF_QHC00000030.

139. Attached as **Exhibit 137** is a true and correct copy of Quorum Health Corporation's Form 8-K, filed on May 2, 2016, bearing Bates stamp number CHSG00699056.

140. Attached as **Exhibit 138** is a true and correct copy of an email from Priyanka Verma to Anita Passarella, et al., with the subject line regarding Latest Funds Flow, dated April 28, 2016, bearing Bates stamp number QHC00022327 (filed under seal).

141. Attached as **Exhibit 139** is a true and correct copy of an email from Susan Brown to Adam Feinstein, et al., with the subject line regarding CHS Earnings Release, dated May 2, 2016, bearing Bates stamp number CHSG00499062 (filed under seal).

142. Attached as **Exhibit 140** is a true and correct copy of Quorum Health Corporation's Form 10-Q First Quarter year 2016, filed on May 11, 2016.

143.    Attached as **Exhibit 141** is a true and correct copy of the transcript of Quorum Health Corporation's Analyst and Investor Meeting, dated June 23, 2016, bearing Bates stamp number CHSG00386981.

144.    Attached as **Exhibit 142** is a true and correct copy of the transcript of the deposition of Marty Smith, dated October 24, 2024 (filed under seal).

145.    Attached as **Exhibit 143** is a true and correct copy of Quorum Health Corporation's Form 10-Q Second Quarter year 2016, filed on August 10, 2016.

146.    Attached as **Exhibit 144** is a true and correct copy of a press release regarding "Quorum Health Corporation Announces Second Quarter 2016 Operating Results and Updated 2016 Guidance," dated August 10, 2016.

147.    Attached as **Exhibit 145** is a true and correct copy of the transcript of the QHC – Q2 2016 Quorum Health Corp Earnings Call, dated August 11, 2016, bearing Bates stamp number QHC00046204.

148.    Attached as **Exhibit 146** is a true and correct copy of the CEO – CFO Call Agenda, dated August 12, 2016, bearing Bates stamp number QHC00031141 (filed under seal).

149.    Attached as **Exhibit 147** is a true and correct copy of the transcript of Quorum Health Corporation's FQ 2016 Earnings Call, dated November 10, 2016, bearing Bates stamp number CHSG00370038.

150.    Attached as **Exhibit 148** is a true and correct copy of a memorandum regarding "April 2017 Debt Modification," dated April 30, 2017, bearing Bates stamp number CHSG00370486 (filed under seal).

151.    Attached as **Exhibit 149** is a true and correct copy of the transcript of the deposition of Steven Schwartz, dated November 19, 2024 (filed under seal).

152.    Attached as **Exhibit 150** is a true and correct copy of a memorandum regarding "April 2017 Debt Modification," dated April 30, 2017, bearing Bates stamp number CHSG00370486 (filed under seal).

153. Attached as **Exhibit 151** is a true and correct copy of the transcript of the deposition of Alfred Lumsdaine, dated October 8, 2024 (filed with partial redactions of testimony designated as Confidential).

154. Attached as **Exhibit 152** is a true and correct copy of the Voluntary Petition for Non-Individuals Filing for Bankruptcy, dated April 7, 2020.

155. Attached as **Exhibit 153** is a true and correct copy of the Declaration of Alfred Lumsdaine, Executive Vice President and Chief Financial Officer of Quorum Health Corporation, in Support of Chapter 11 Petitions and First Day Motions, dated April 8, 2020.

156. Attached as **Exhibit 154** is a true and correct copy of the engagement letter between Community Health Systems, Inc. and Credit Suisse Securities (USA) LLC, dated December 11, 2015, bearing Bates stamp number CHSG00213564.

157. Attached as **Exhibit 155** is a true and correct copy of an email from Edward Lomicka to James Doucette, et al., with the subject line regarding Target Debt Pay-Down in Barker Models of Proposed Transaction, dated August 31, 2015, bearing Bates stamp number QLT0031591 (filed under seal).

158. Attached as **Exhibit 156** is a true and correct copy of an email from Lee Fleck to Megan Moody, et al., with the subject line regarding Draft #5 QHC Model, dated November 16, 2015, bearing Bates stamp number CHSG00116938 (filed under seal).

159. Attached as **Exhibit 157** is a true and correct copy of an email from Lee Fleck to Ryan Bondroff, et al., with the subject line regarding QHC Model Draft #6, dated November 17, 2015, bearing Bates stamp number QHC00093832 (filed under seal).

160. Attached as **Exhibit 158** is a true and correct copy of an email from Lee Fleck to Steven Schwartz, et al., with the subject line regarding QHC Model Draft #15, dated March 2, 2016, bearing Bates stamp number CHSG00236588 (filed under seal).

161. Attached as **Exhibit 159** is a true and correct copy of an email from Lee Fleck to Steven Schwartz, et al., with the subject line regarding QHC Model Draft #16, dated March 4, 2016, bearing Bates stamp number QHC00092580 (filed under seal).

162.   Attached as **Exhibit 160** is a true and correct copy of an email from Lee Fleck to Steven Schwartz, et al., with the subject line regarding QHC Model Draft #14, dated March 1, 2016, bearing Bates stamp number QHC00092554 (filed under seal).

163.   Attached as **Exhibit 161** is a true and correct copy of CHS Spin-Off Projections Model Fourteenth Draft, dated February 29, 2016, bearing Bates stamp number CHSG00119723 (filed under seal).

164.   Attached as **Exhibit 162** is a true and correct copy of an email from Steven Schwartz to Lee Fleck, et al., with the subject line regarding QHC Model Draft #14, dated March 1, 2016, bearing Bates stamp number CHSG00047677 (filed under seal).

165.   Attached as **Exhibit 163** is a true and correct copy of an email from Steven Schwartz to Lee Fleck, et al., with the subject line regarding QHC Model Draft #14, dated March 2, 2016, bearing Bates stamp number CHSG00115687 (filed under seal).

166.   Attached as **Exhibit 164** is a true and correct copy of an email from Lee Fleck to Steven Schwartz, et al., with the subject line regarding QHC Model Draft #15, dated March 2, 2016, bearing Bates stamp number QHC00092559 (filed under seal).

167.   Attached as **Exhibit 165** is a true and correct copy of a presentation regarding QHC Credit Model Draft #15, dated March 2, 2016, bearing Bates stamp number QHC00092560 (filed under seal).

168.   Attached as **Exhibit 166** is a true and correct copy of an email from Lee Fleck to Steven Schwartz et al. with the subject line regarding Fw: QHC Model Draft #7, dated November 24, 2015, bearing Bates stamp number CHSG00232725 (filed under seal).

169.   Attached as **Exhibit 167** is a true and correct copy of the Summary Exhibit: CS Fees, Expenses, and Interest, bearing Bates stamp number CSSU_QUORUM_00008958 (filed under seal).

170.   Attached as **Exhibit 168** is a true and correct copy of the separation and distribution agreement between Community Health Systems, Inc. and Quorum Health Corporation, dated April 29, 2016, bearing Bates stamp number CHSG00461397 (filed under seal).

18

171.    Attached as **Exhibit 169** is a true and correct copy of the transcript of the deposition of Jason Johnson, dated January 23, 2025.

172.    Attached as **Exhibit 170** is a true and correct copy of Community Health Systems, Inc.'s Form 10-Q First Quarter year 2022, filed on April 22, 2022.

173.    Attached as **Exhibit 171** is a true and correct copy of Quorum Health Corporation's Form 10-Q First Quarter year 2016, filed on May 5, 2016.

174.    Attached as **Exhibit 172** is a true and correct copy of the Community Health Systems Entities' Post-Hearing Findings of Fact and Conclusions of Law in Revenue Cycle Service Center, et al. v. QHCCS, LLC, AAA Case No. 01-17-0004-6346, dated May 15, 2019, bearing Bates stamp number CHSG00498074 (filed under seal).

175.    Attached as **Exhibit 173** is a true and correct copy of the transcript of arbitration proceedings in Revenue Cycle Service Center, et al. v. QHCCS, LLC, AAA Case No. 01-17-0004-6346, dated June 18, 2018, bearing Bates stamp number CHSG00693654 (filed under seal).

176.    Attached as **Exhibit 174** is a true and correct copy of "Capital Structure in Corporate Spin-offs" by Amy Dittmar, published in 2004.

177.    Attached as **Exhibit 175** is a true and correct copy of the expert report of Professor Guhan Subramanian, dated December 18, 2024 (filed with partial redactions of information designated as Confidential).

178.    Attached as **Exhibit 176** is a true and correct copy of the transcript of arbitration proceedings in Revenue Cycle Service Center, et al. v. QHCCS, LLC, AAA Case No. 01-17-0004-6346, dated June 18, 2018, bearing Bates stamp number CHSG00693654 (filed under seal).

179.    Attached as **Exhibit 177** is a true and correct copy of an email from Megan Moody to Michael Culotta, et al., with the subject line regarding QHC Final Bank Documents, dated March 28, 2016, bearing Bates stamp number CSSU_QUORUM_00006777 (filed under seal).

180.    Attached as **Exhibit 178** is a true and correct copy of a Credit Suisse's Presentation to CRM: Quorum Health Corporation Post-Pricing Update, dated April 27, 2016, bearing Bates stamp number CSSU_QUORUM_00008856 (filed under seal).

19

181. Attached as **Exhibit 179** is a true and correct copy of the transcript of the deposition of Michael Culotta in Revenue Cycle Service Center, et al. v. QHCCS, LLC, AAA Case No. 01-17-0004-6346, dated April 18, 2018, bearing Bates stamp number CHSG00692488 (filed under seal).

182. Attached as **Exhibit 180** is a true and correct copy of an email from Megan Moody to Michael Culotta, with the subject line regarding Preliminary Timeline – Q1 Guidance, dated March 15, 2016, bearing Bates stamp number CHSG00496718 (filed under seal).

183. Attached as **Exhibit 181** is a true and correct copy of a press release regarding "Quorum Health Corporation Announces Second Quarter 2016 Operating Results and Updated 2016 Guidance," dated August 10, 2016.

184. Attached as **Exhibit 182** is a true and correct copy of Avondale Partners' report regarding Quorum Health Corporation, dated May 23, 2016, bearing Bates stamp number Williams_00002579.

185. Attached as **Exhibit 183** is a true and correct copy of RBC Capital Markets' report regarding Quorum Health Corporation, dated June 2, 2016, bearing Bates stamp number Williams_00002631.

186. Attached as **Exhibit 184** is a true and correct copy of Susquehanna Financial Group's report regarding Quorum Health Corporation, dated June 8, 2016, bearing Bates stamp number Williams_00002691.

187. Attached as **Exhibit 185** is a true and correct copy of UBS's report regarding Quorum Health Corporation, dated June 10, 2016, bearing Bates stamp number Williams_00002712.

188. Attached as **Exhibit 186** is a true and correct copy of WhiteSand's report regarding Community Health Systems, Inc. / Quorum Health Corporation, dated June 27, 2016, bearing Bates stamp number Williams_00002764.

189. Attached as **Exhibit 187** is a true and correct copy of Credit Suisse's report regarding Quorum Health Corporation, dated July 29, 2016, bearing Bates stamp number Williams_00002850.

190. Attached as **Exhibit 188** is a true and correct copy of Credit Suisse's report regarding Quorum Health Corporation, dated August 11, 2016, bearing Bates stamp number QHC00121760.

191. Attached as **Exhibit 189** is a true and correct copy of UBS's report regarding Quorum Health Corporation, dated August 11, 2016, bearing Bates stamp number QLT0003105.

192. Attached as **Exhibit 190** is a true and correct copy of Susquehanna Financial Group's report regarding Quorum Health Corporation, dated August 16, 2016, bearing Bates stamp number Williams_00003433.

193. Attached as **Exhibit 191** is a true and correct copy of KPMG's ASC 350 Impairment Study of Quorum Health Corporation for Community Health Systems, Inc., dated February 24, 2016, bearing Bates stamp number CHSG00057145.

194. Attached as **Exhibit 192** is a true and correct copy of an email from Lee Fleck to Steven Schwartz et al. with the subject line regarding QHC Model Draft #11, dated December 7, 2015, bearing Bates stamp number CHSG00234941 (filed under seal).

195. Attached as **Exhibit 193** is a true and correct copy of Duff & Phelps' Solvency Analysis for Quorum Health Corporation and Community Health Systems, Inc., dated April 26, 2016, bearing Bates stamp number CHSG00399640 (filed under seal).

196. Attached as **Exhibit 194** is a true and correct copy of the transcript of the deposition of Todd Kaltman, dated October 24, 2024.

197. Attached as **Exhibit 195** is a true and correct copy of the engagement agreement between Community Health Systems, Inc., Quorum Health Corporation, and Duff & Phelps, LLC, dated September 25, 2015, bearing Bates stamp number CHSG00035051.

198. Attached as **Exhibit 196** is a true and correct copy of Quorum Health Corporation's Form 10-K year 2016, filed on April 12, 2017, bearing Bates stamp number CHSG00051730.

21

199.    Attached as **Exhibit 197** is a true and correct copy of Quorum Health Corporation's Form 10-K year 2017, filed on March 15, 2018.

200.    Attached as **Exhibit 198** is a true and correct copy of Quorum Health Corporation's Form 10-K year 2018, filed on March 12, 2019.

201.    Attached as **Exhibit 199** is a true and correct copy of Quorum Health Corporation's Form 10-Q Third Quarter year 2017, filed on November 8, 2017.

202.    Attached as **Exhibit 200** is a true and correct copy of a credit agreement among Quorum Health Corporation, Credit Suisse AG, et al., dated April 29, 2016, bearing Bates stamp number QHCBK_040944 (filed under seal).

203.    Attached as **Exhibit 201** is a true and correct copy of a letter from the U.S. Department of Housing and Urban Development to Zachary Kau, dated March 7, 2019, bearing Bates stamp number KBCM_009273.

204.    Attached as **Exhibit 202** is a true and correct copy of a letter from Zachary Kau to the U.S. Department of Housing and Urban Development, dated July 10, 2019, bearing Bates stamp number KBCM_009262.

205.    Attached as **Exhibit 203** is a true and correct copy of the transcript of the deposition of Zachary Kau, dated November 12, 2024.

206.    Attached as **Exhibit 204** is a true and correct copy of expert report of Professor Jack F. Williams, dated March 6, 2025 (filed with partial redactions of information designated as Confidential).

207.    Attached as **Exhibit 205** is a true and correct copy of the exhibits to the expert report of Professor Jack F. Williams, dated March 6, 2025 (filed with partial redactions of information designated as Confidential).

208.    Attached as **Exhibit 206** is a true and correct copy of the transcript of the deposition of Professor Jack F. Williams, dated July 30, 2025.

209.    Attached as **Exhibit 207** is a true and correct copy of the exhibits to the reply expert report of Patrick Allen, dated May 21, 2025.

210.    Attached as **Exhibit 208** is a true and correct copy of an email from Michael Culotta to Thomas Miller, et al., with the subject line regarding QHC Payroll Register for Estimating Cash Impact from Spin Cutofff.xlsx, dated April 8, 2016, bearing Bates stamp number CHSG00114604 (filed under seal).

211.    Attached as **Exhibit 209** is a true and correct copy of an email Larry Cash to Lee Fleck, et al., with the subject line regarding Draft #5 QHC Model, dated November 11, 2015, bearing Bates stamp number QHC00027497 (filed under seal).

212.    Attached as **Exhibit 210** is a true and correct copy of the transcript of the deposition of Rachel Seifert, dated October 30, 2024 (filed with partial redactions of testimony designated as joint-privileged).

213.    Attached as **Exhibit 211** is a true and correct copy of the minutes of a meeting of the board of directors of Community Health Systems, Inc. dated April 1, 2016, bearing Bates stamp number CHSG00500899.

214.    Attached as **Exhibit 212** is a true and correct copy of an email from Ben Huddleston to Adam Feinstein, et al., with the subject line regarding Quorum Health Board Materials Available for Review, dated May 20, 2016, bearing Bates stamp number QLT0031535 (filed under seal).

215.    Attached as **Exhibit 213** is a true and correct copy of Quorum Health Corporation's Form 10, filed on September 4, 2015.

216.    Attached as **Exhibit 214** is a true and correct copy of Standard & Poor's RatingsDirect report on Quorum Health Corporation, dated March 24, 2016, bearing Bates stamp number CHSG00115225.

217.    Attached as **Exhibit 215** is a true and correct copy of Moody's Credit Opinion report on Quorum Health Corporation, dated March 24, 2016, bearing Bates stamp number CHSG00115233.

218.    Attached as **Exhibit 216** is a true and correct copy of Gibson Dunn's presentation regarding "Spinning Out of Control: Potential Pitfalls and Liabilities in Spin-Off Transactions," dated October 31, 2017.

23

219.    Attached as **Exhibit 217** is a true and correct copy of an email from Mary Eckman to Ronald Shafer, et al., with the subject line regarding Newly Appointed QHC Leadership Team, dated October 30, 2015, bearing Bates stamp number QHC00019854.

220.    Attached as **Exhibit 218** is a true and correct copy of Quorum Health Corporation's Presentation to Lenders, dated March 2016, bearing Bates stamp number CHSG00538141.

221.    Attached as **Exhibit 219** is a true and correct copy of an email from Larry Cash to Wayne Smith, et al., with the subject line regarding Quorum Health Corp (QHC, NR, $NA PT) QHC Now We Begin to Get Why… Not Rated, dated May 11, 2016, bearing Bates stamp number CHSG00499794.

222.    Attached as **Exhibit 220** is a true and correct copy of an email from Lee Fleck to Larry Cash et al. with the subject line regarding Draft #5 CHS Spin-Off Projections Model, dated November 11, 2015, bearing Bates stamp number QHC00027497.

223.    Attached as **Exhibit 221** is a true and correct copy of the credit agreement among Quorum Health Corporation, Credit Suisse AG, et al., dated April 29, 2016, bearing Bates stamp number QHCBK_040944.

224.    Attached as **Exhibit 222** is a true and correct copy of the registration rights agreement among Quorum Health Corporation, Credit Suisse (USA) LLC, et al., dated April 22, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  October 17, 2025

*/s/ Deborah J. Newman*
Deborah J. Newman

*Counsel for Plaintiffs Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust, and Wilmington Savings Fund Society, FSB, Solely in its Capacity as Indenture Trustee*

24