**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                       Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                 Plaintiffs,<br><br>      v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>               Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br>**Ref. Adv. Docket No. 346** |

**CHSI DEFENDANTS' REQUEST FOR ORAL ARGUMENT**
**REGARDING MOTION FOR SUMMARY JUDGMENT**

Pursuant to Del. Bankr. L.R. 7007-3, Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert (collectively, the "CHSI Defendants") hereby

33827157.1

request oral argument on their Motion for Summary Judgment filed on August 25, 2025 [Adv.

Docket No. 346].

Date:  December 10, 2025

<table>
<tr>
<td>

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Michael S. Neiburg
Michael S. Neiburg (DE No. 5275)
Christopher M. Lambe (DE No. 6846)
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com

*Counsel for Defendants Community Health
Systems, Inc., CHS/Community Health Systems,
Inc., Revenue Cycle Service Center, LLC,
CHSPSC, LLC, Professional Account Services,
Inc., Physician Practice Support, LLC,
Eligibility Screening Services, LLC, W. Larry
Cash, Rachel Seifert, and Adam Feinstein*

</td>
<td>

HOGAN LOVELLS US LLP
Gary A. Orseck (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
John S. Clayton (admitted *pro hac vice*)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637 5600
Fax: (202) 637 5910
gary.orseck@hoganlovells.com

HERBERT SMITH FREEHILLS KRAMER
(US) LLP
Ralph C. Mayrell (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
ralph.mayrell@hsfkramer.com

*Counsel for Defendants Community Health
Systems, Inc., CHS/Community Health
Systems, Inc., Revenue Cycle Service Center,
LLC, CHSPSC, LLC, Professional Account
Services, Inc., Physician Practice Support,
LLC, Eligibility Screening Services, LLC, W.
Larry Cash, and Rachel Seifert*

</td>
</tr>
</table>