**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                                   Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                                   Plaintiffs,<br><br>           v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                                   Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br><br><br>**Ref. Adv. Docket No. 350** |

**DEFENDANT ADAM FEINSTEIN'S REQUEST FOR ORAL
ARGUMENT REGARDING MOTION FOR SUMMARY JUDGMENT**

Pursuant to Del. Bank. L.R. 7007-3, Defendant Adam Feinstein hereby requests oral

argument on his Motion for Summary Judgment filed on August 25, 2025 [Adv. Docket No.

350].

33827909.1

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Michael S. Neiburg
Michael S. Neiburg (No. 5275)
Christopher M. Lambe (No. 6846)
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com
clambe@ycst.com

*Counsel for Defendants Community Health
Systems, Inc., CHS/Community Health
Systems, Inc., Revenue Cycle Service Center,
LLC, CHSPSC, LLC, Professional Account
Services, Inc., Physician Practice Support,
LLC, Eligibility Screening Services, LLC,
W. Larry Cash, Rachel Seifert, and Adam
Feinstein*

Dated:  December 10, 2025

Marc B. Kramer (admitted *pro hac vice*)
Sheila A. Sadighi (admitted *pro hac vice*)
Shane Kunselman (admitted *pro hac vice*)
ROLNICK KRAMER SADIGHI LLP
One Pennsylvania Plaza, 34th Floor
New York, New York 10019
Tel: (212) 597-2800
Fax: (212) 597-2801
mkramer@rksllp.com
ssadighi@rksllp.com
skunselman@rksllp.com

*Counsel for Defendant Adam Feinstein*