**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br>**Ref. Adv. Docket No. 355** |

**DEFENDANTS' JOINT REQUEST FOR ORAL ARGUMENT REGARDING
MOTION TO EXCLUDE THE TESTIMONY OF PATRICK ALLEN
<u>PURSUANT TO FEDERAL RULE OF EVIDENCE 702</u>**

Pursuant to Del. Bankr. L.R. 7007-3, Defendants Community Health Systems, Inc.,

CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC,

Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening

Services, LLC, W. Larry Cash, Rachel Seifert, Adam Feinstein, and Credit Suisse Securities USA)

LLC (collectively, the "Defendants") hereby request oral argument on the Motion to Exclude the

Testimony of Patrick Allen Pursuant to Federal Rule of Evidence 702 filed on August 25, 2025

[Adv. Docket No. 355].

Date: December 10, 2025

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | HOGAN LOVELLS US LLP |
| | Gary A. Orseck (admitted *pro hac vice*) |
| /s/ Michael S. Neiburg | William J. Trunk (admitted *pro hac vice*) |
| Michael S. Neiburg (No. 5275) | John S. Clayton (admitted *pro hac vice*) |
| Christopher M. Lambe (No. 6846) | Columbia Square |
| Rodney Square | 555 Thirteenth Street, NW |
| 1000 North King St. | Washington, D.C. 20004 |
| Wilmington, DE 19801 | Tel: (202) 637 5600 |
| Tel.: (302) 571-6600 | Fax: (202) 637 5910 |
| Fax: (302) 571-1253 | gary.orseck@hoganlovells.com |
| mneiburg@ycst.com | |

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein*

HERBERT SMITH FREEHILLS KRAMER (US) LLP
Ralph C. Mayrell (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
ralph.mayrell@hsfkramer.com

Marc B. Kramer (admitted *pro hac vice*)
Sheila A. Sadighi (admitted *pro hac vice*)
Shane Kunselman (admitted *pro hac vice*)
ROLNICK KRAMER SADIGHI LLP
One Pennsylvania Plaza, 34th Floor
New York, New York 10019
Tel: (212) 597-2800
Fax: (212) 597-2801
mkramer@rksllp.com
ssadighi@rksllp.com
skunselman@rksllp.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert*

*Counsel for Defendant Adam Feinstein*

/s/ Robert C. Maddox
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square, 920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com

Herbert S. Washer (admitted *pro hac vice*)
Edward Moss (admitted *pro hac vice*)
Sesi Garimella (admitted *pro hac vice*)
Lauren Riddell (admitted *pro hac vice*)
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
sgarimella@cahill.com
lriddell@cahill.com

*Counsel for Defendant Credit Suisse Securities
(USA) LLC*