**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
| QUORUM HEALTH CORPORATION, *et al*., | : | **Case No. 20-10766 (BLS)** |
| Debtor. | : |  |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | : | **Adversary Proceeding** |
|  | : | **Case No. 21-51190 (BLS)** |
| Plaintiffs, | : | **Re: Adv. Docket Nos. 357, 358, 380 & 403** |
| v. | : |  |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | : |  |
| Defendants. | : |  |

## REQUEST FOR ORAL ARGUMENT

Pursuant to rule 7007-3 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Credit Suisse Securities (USA) LLC ("Credit Suisse") respectfully requests oral argument in connection with Credit Suisse's *Motion for Summary Judgment* [Adv. D.I. 357] (the "Motion for Summary Judgment"). The Plaintiffs filed an objection to the Motion for Summary Judgment on October 17, 2025, and Credit Suisse filed a reply on December 5, 2025.

RLF1 34337941v.1

*See* Adv. D.I. 380 & 403.  Credit Suisse believes that oral argument with respect to the Motion for

Summary Judgment will be useful to the Court in ruling on the issues presented therein.

Dated: December 10, 2025
          Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Alexander R. Steiger*
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com
steiger@rlf.com

**CAHILL GORDON & REINDEL LLP**

*/s/ Draft*
Herbert S. Washer
Edward Moss
Sesi Garimella
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
sgarimella@cahill.com

*Attorneys for Defendant Credit Suisse Securities (USA) LLC*

RLF1 34337941v.1