**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>                    Plaintiffs,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>                    Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Ref. Adv. Docket Nos. 346, 350 and 355** |

**JOINT NOTICE OF COMPLETION OF BRIEFING**

PLEASE TAKE NOTICE that briefing on (i) *Defendants' Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert's Motion for Summary Judgment* [Docket No. 346] (the "CHSI Motion"), (ii) *Defendant Adam Feinstein's Motion for Summary Judgment*

33834507

[Docket No. 350] (the "Feinstein Motion"), and (iii) *Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, Adam Feinstein, and Credit Suisse Securities (USA) LLC's Daubert Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule of Evidence 702* [Docket No. 355] (the "Daubert Motion" and together with the CHSI Motion and the Feinstein Motion, the "Motions") is complete. The following pleadings are relevant to the Motions and will be delivered to Chambers:

| Tab | Pleading |
| --- | --- |
| 1. | Complaint [D.I. 1, 10/25/21] |
| 2. | Community Health Systems, Inc. ("CHSI"), CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein's Answer to the Complaint [D.I. 139, 3/30/23] |
| 3. | Quorum Health Corporation's Joinder in the Trustee's Complaint [D.I. 209, 12/20/23] |
| 4. | Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert's Motion for Summary Judgment [D.I. 346, 8/25/25] |
| 5. | Memorandum in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash and Rachel Seifert's Motion for Summary Judgment [D.I. 347 (sealed) 8/25/25; D.I. 364 (redacted) 9/15/25] |
| 6. | Declaration of Gary Orseck in Support of Motions for Summary Judgment and to Exclude Expert Testimony of Patrick Allen [D.I. 348 (sealed) 8/25/25; D.I. 365 (redacted) 9/15/25] |
| 7. | Defendant Adam Feinstein's Motion for Summary Judgment [D.I. 350, 8/25/25] |

33834507

| | |
|---|---|
| 8. | Memorandum in Support of Defendant Adam Feinstein's Motion for Summary Judgment [D.I. 351 (sealed) 8/25/25; D.I. 366 (redacted) 9/15/25] |
| 9. | Declaration of Shane Kunselman in Support of Adam Feinstein's Motion for Summary Judgment [D.I. 352 (sealed) 8/25/25; D.I. 367 (redacted) 9/15/25] |
| 10. | Defendant Adam Feinstein's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment [D.I. 353 (sealed) 8/25/25; D.I. 368 (redacted) 9/15/25] |
| 11. | Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, Adam Feinstein, and Credit Suisse Securities (USA) LLC's Daubert Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule of Evidence 702 [D.I. 355, 8/25/25] |
| 12. | Memorandum in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, Adam Feinstein, and Credit Suisse Securities (USA) LLC's Daubert Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule of Evidence 702 [D.I. 356 (sealed) 8/25/25; D.I. 369 (redacted) 9/15/25] |
| 13. | Quorum Health Corporation's Opposition to Defendants' Motions for Summary Judgment [D.I. 375 (sealed) 10/17/25; D.I. 394 (redacted) 11/7/25] and Notice of Correction [D.I. 380 (sealed) 10/22/25] |
| 14. | Declaration of H. Peter Haveles Jr. in Opposition to Defendants' Motion for Summary Judgment [D.I. 376 (sealed) 10/17/25; D.I. 395 (redacted) 11/7/25] |
| 15. | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Patrick Allen [D.I. 378 (sealed) 10/17/25; D.I. 389 (sealed) 10/22/25; D.I.396 (redacted) 11/10/25] |
| 16. | Declaration of Robert S. Loigman in Support of Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Patrick Allen [D.I. 379 (sealed) 10/17/25; D.I. 397 (redacted) 11/7/25] |
| 17. | Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment [D.I. 380 (sealed) 10/17/25; D.I. 398 (redacted) 11/7/25] |
| 18. | Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [D.I. 381, 383, 384, 385 (sealed) 10/17/25; D.I. 399 to 402 (redacted) 11/7/25] |

33834507

3

| 19. | Reply Memorandum in Support of CHSI Defendants' Motion for Summary Judgment [D.I. 406 (sealed), 12/5/25] |
|---|---|
| 20. | Declaration of Gary A. Orseck in Support of Reply Memorandum in Support of CHSI Defendants' Motion for Summary Judgment [D.I. 407 (sealed), 12/5/25] |
| 21. | Reply Memorandum in Support of Defendant Adam Feinstein's Motion for Summary Judgment [D.I. 409, 12/5/25] |
| 22. | Reply Declaration of Shane Kunselman in Support of Adam Feinstein's Motion for Summary Judgment [D.I. 410, 12/5/25] |
| 23. | Reply Memorandum in Support of Defendants' Daubert Motion to Exclude the Testimony of Patrick Allen Allen Pursuant to Federal Rule of Evidence 702 [D.I. 411 (sealed), 12/5/25] |
| 24. | CHSI Defendants' Request for Oral Argument Regarding Motion for Summary Judgment [D.I. 413, 12/10/25] |
| 25. | Defendant Adam Feinstein's Request for Oral Argument Regarding Motion for Summary Judgment [D.I. 414, 12/10/25] |
| 26. | Joint Request for Oral Argument Regarding Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule of Evidence 702 [D.I. 415, 12/10/25] |

33834507

Dated: December 12, 2025

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Michael S. Neiburg
Michael S. Neiburg (DE No. 5275)
Christopher M. Lambe (DE No. 6846)
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com

*Counsel for Defendants Community Health
Systems, Inc., CHS/Community Health Systems,
Inc., Revenue Cycle Service Center, LLC,
CHSPSC, LLC, Professional Account Services,
Inc., Physician Practice Support, LLC,
Eligibility Screening Services, LLC, W. Larry
Cash, Rachel Seifert, and Adam Feinstein*

Marc B. Kramer (admitted *pro hac vice*)
Sheila A. Sadighi (admitted *pro hac vice*)
Shane Kunselman (admitted *pro hac vice*)
ROLNICK KRAMER SADIGHI LLP
One Pennsylvania Plaza, 34th Floor
New York, New York 10019
Tel: (212) 597-2800
Fax: (212) 597-2801
mkramer@rksllp.com
ssadighi@rksllp.com
skunselman@rksllp.com

*Counsel for Defendant Adam Feinstein*

HOGAN LOVELLS US LLP
Gary A. Orseck (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
John S. Clayton (admitted *pro hac vice*)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637 5600
Fax: (202) 637 5910
gary.orseck@hoganlovells.com

HERBERT SMITH FREEHILLS KRAMER
(US) LLP
Ralph C. Mayrell (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
ralph.mayrell@hsfkramer.com

*Counsel for Defendants Community Health
Systems, Inc., CHS/Community Health
Systems, Inc., Revenue Cycle Service Center,
LLC, CHSPSC, LLC, Professional Account
Services, Inc., Physician Practice Support,
LLC, Eligibility Screening Services, LLC, W.
Larry Cash, and Rachel Seifert*

33834507