## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | x |  |
| In re: | : | **Chapter 11** |
|  | : |  |
| QUORUM HEALTH CORPORATION, *et al.*, | : | **Case No. 20-10766 (BLS)** |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
| DANIEL H. GOLDEN, AS LITIGATION | : |  |
| TRUSTEE OF THE QHC LITIGATION TRUST, | : | **Adversary Proceeding** |
| AND WILMINGTON SAVINGS FUND | : |  |
| SOCIETY, FSB, SOLELY IN ITS CAPACITY AS | : | **Case No. 21-51190 (BLS)** |
| INDENTURE TRUSTEE, | : |  |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| COMMUNITY HEALTH SYSTEMS, INC.; | : |  |
| CHS/COMMUNITY HEALTH SYSTEMS, INC.; | : |  |
| REVENUE CYCLE SERVICE CENTER, LLC; | : |  |
| CHSPSC, LLC; PROFESSIONAL ACCOUNT | : |  |
| SERVICES, INC.; PHYSICIAN PRACTICE | : |  |
| SUPPORT, LLC; ELIGIBILITY SCREENING | : |  |
| SERVICES, LLC; W. LARRY CASH; RACHEL | : |  |
| SEIFERT; ADAM FEINSTEIN; AND CREDIT | : |  |
| SUISSE SECURITIES (USA) LLC, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | x |  |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is complete on *Credit Suisse Securities (USA)*

*LLC's Motion for Summary Judgment* [Adv. D.I. 357] (the "Motion for Summary Judgment").

PLEASE TAKE FURTHER NOTICE that Credit Suisse Securities (USA) LLC, by and through its undersigned counsel, advises the Court that the following filings are relevant to the Motion for Summary Judgment and will be delivered to chambers:[1]

1.     Complaint [Adv. D.I. 1 – filed October 25, 2021]

2.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. D.I. 3 – filed October 27, 2021]

3.     Defendant Credit Suisse Securities (USA) LLC's Answer to the Complaint [Adv. D.I. 142 – filed May 2, 2023]

4.     Quorum Health Corporation's Joinder in the Trustee's Complaint [Adv. D.I. 209 – filed December 20, 2023]

5.     Credit Suisse Securities (USA) LLC's Motion for Summary Judgment [Adv. D.I. 357 – filed August 25, 2025]

6.     (SEALED) Memorandum of Law in Support of Credit Suisse Securities (USA) LLC's Motion for Summary Judgment [Adv. D.I. 358 – filed August 25, 2025]

7.     (SEALED) Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint [Adv. D.I. 359 – filed August 25, 2025]

8.     (REDACTED) Memorandum of Law in Support of Credit Suisse Securities (USA) LLC's Motion for Summary Judgment [Adv. D.I. 370 – filed September 16, 2025]

9.     (REDACTED) Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint [Adv. D.I. 371 – filed August 25, 2025]

10.    (SEALED) Quorum Health Corporation's Opposition to Defendants' Motion for Summary Judgment [Adv. D.I. 375 – filed October 17, 2025]

---

[1]   Due to the voluminous nature of the pleadings filed at Adv. D.I. 381, 383, 384, 385, 399, 400, 401 & 402, such pleadings will not be included in the binders delivered to chambers by the undersigned.   The undersigned has conferred with Delaware counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein (collectively, the "CHSI Defendants"), and the undersigned understands that the CHSI Defendants will provide chambers with copies of such pleadings.   These pleadings are listed in this notice for purposes of completeness.

RLF1 34341430v.1

11.    (SEALED) Declaration of H. Peter Haveles Jr. in Opposition to Defendants' Motion for Summary Judgment [Adv. D.I. 376 – filed October 17, 2025]

12.    (SEALED) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 380 – filed October 17, 2025]

13.    (SEALED) Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 381 – filed October 17, 2025]

14.    (SEALED) Exhibits 26 through 100 to Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 383 – filed October 17, 2025]

15.    (SEALED) Exhibits 101 through 180 to Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 384 – filed October 17, 2025]

16.    (SEALED) Exhibits 181 through 222 to Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 385 – filed October 17, 2025]

17.    Plaintiffs' Motion for Leave to Exceed Page Limit re: Brief in Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 386 – filed October 18, 2025]

18.    (SEALED) Notice of Correction with Respect to Quorum Health Corporation's Opposition to Defendants' Motion for Summary Judgment [Adv. D.I. 389 – filed October 22, 2025]

19.    (REDACTED) Quorum Health Corporation's Opposition to Defendants' Motion for Summary Judgment [Adv. D.I. 394 – filed November 7, 2025]

20.    (REDACTED) Declaration of Peter Haveles Jr. in Opposition to Defendants' Motion for Summary Judgment [Adv. D.I. 395 – filed November 7, 2025]

21.    (REDACTED) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 398 – filed November 7, 2025]

22.    (REDACTED) Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 399 – filed November 7, 2025]

RLF1 34341430v.1

23.    (REDACTED) Exhibits 26 through 100 to Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 400 – filed November 7, 2025]

24.    (REDACTED) Exhibits 101 through 180 to Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 401 – filed November 7, 2025]

25.    (REDACTED) Exhibits 181 through 222 to Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Adv. D.I. 402 – filed October 17, 2025]

26.    (SEALED) Reply Memorandum of Law in Further Support of Credit Suisse Securities (USA) LLC's Motion for Summary Judgment [Adv. D.I. 403 – filed December 5, 2025]

27.    Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Reply Memorandum of Law in Further Support of Defendant's Motion for Summary Judgment [Adv. D.I. 404 – filed December 5, 2025]

28.    (REDACTED) Reply Memorandum of Law in Further Support of Credit Suisse Securities (USA) LLC's Motion for Summary Judgment [Adv. D.I. 405 – filed December 5, 2025]

29.    Request for Oral Argument [Adv. D.I. 417 – filed December 10, 2025]

4

Dated: December 12, 2025
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Alexander R. Steiger*
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com
steiger@rlf.com


**CAHILL GORDON & REINDEL LLP**

Herbert S. Washer
Edward Moss
Sesi Garimella
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
sgarimella@cahill.com

*Attorneys for Defendant Credit Suisse Securities
(USA) LLC*

5