## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | x<br>: **Chapter 11**<br>: |
| QUORUM HEALTH CORPORATION, *et al.*, | : **Case No. 20-10766 (BLS)**<br>: |
| Debtor. | :<br>:<br>: |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE, | :<br>: **Adversary Proceeding**<br>:<br>: **Case No. 21-51190 (BLS)**<br>: |
| Plaintiffs, | :<br>: **Re: Adv. D.I. 357** |
| v. | :<br>: |
| COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Defendants. | :<br>x |

## <u>NOTICE OF ORAL ARGUMENT</u>

PLEASE TAKE NOTICE that at the direction of the United States Bankruptcy Court for

the District of Delaware (the "<u>Bankruptcy Court</u>"), oral argument on the *Credit Suisse Securities*

*(USA) LLC's Motion for Summary Judgment* [Adv. D.I. 357], filed by Credit Suisse Securities

(USA) LLC on August 25, 2025, will be held before The Honorable Brendan L. Shannon at the

Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801

on **March 26, 2026 at 10:00 a.m. (prevailing Eastern Time)**.

Dated: January 15, 2026
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Alexander R. Steiger*
Mark D. Collins (No. 2981)
Robert C. Maddox (No. 5356)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
collins@rlf.com
maddox@rlf.com
steiger@rlf.com

**CAHILL GORDON & REINDEL LLP**

Herbert S. Washer
Edward Moss
Sesi Garimella
32 Old Slip
New York, New York 10005
(212) 701-3000
hwasher@cahill.com
emoss@cahill.com
sgarimella@cahill.com

*Attorneys for Defendant Credit Suisse Securities
(USA) LLC*

RLF1 34565886v.1