**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br><br><br><br><br>**Ref. Adv. Docket Nos. 346, 350, 355, 357 and 424** |

**NOTICE OF RESCHEDULED HEARING TO APRIL 7, 2026 AT 10:00 A.M. (ET)**

PLEASE TAKE NOTICE that, with the permission of the Court, the oral argument previously scheduled for March 26, 2026 at 10:00 a.m. (ET) with respect to (i) the CHSI Defendants' motion for summary judgment [Adv. D.I 346], (ii) Adam Feinstein's motion for summary judgment [Adv. D.I. 350], (iii) the defendants' *Daubert* motion [Adv. D.I. 355], and (iv) Credit Suisse Securities (USA) LLC's motion for summary judgment [Adv. D.I. 357] has been rescheduled to **April 7, 2026 at 10:00 a.m. (ET)** before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

33960900

1

Dated: January 29, 2026

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Michael S. Neiburg
Michael S. Neiburg (DE No. 5275)
Christopher M. Lambe (DE No. 6846)
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, and Adam Feinstein*

Marc B. Kramer (admitted *pro hac vice*)
Sheila A. Sadighi (admitted *pro hac vice*)
Shane Kunselman (admitted *pro hac vice*)
ROLNICK KRAMER SADIGHI LLP
One Pennsylvania Plaza, 34th Floor
New York, New York 10019
Tel: (212) 597-2800
Fax: (212) 597-2801
mkramer@rksllp.com
ssadighi@rksllp.com
skunselman@rksllp.com

*Counsel for Defendant Adam Feinstein*

HOGAN LOVELLS US LLP
Gary A. Orseck (admitted *pro hac vice*)
William J. Trunk (admitted *pro hac vice*)
John S. Clayton (admitted *pro hac vice*)
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637 5600
Fax: (202) 637 5910
gary.orseck@hoganlovells.com

HERBERT SMITH FREEHILLS KRAMER
(US) LLP
Ralph C. Mayrell (admitted *pro hac vice*)
Jack A. Herman (admitted *pro hac vice*)
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
ralph.mayrell@hsfkramer.com

*Counsel for Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, and Rachel Seifert*

33960900

2