**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------------- x
In re:                                              :
QUORUM HEALTH CORPORATION, et al.,                  :   Case No. 20-10766 (BLS)
                    Debtor.                          :
-------------------------------------------------------------- :   Chapter 11
                                                    :
DANIEL H. GOLDEN, AS LITIGATION TRUSTEE             :
OF THE QHC LITIGATION TRUST, AND                    x
WILMINGTON SAVINGS FUND SOCIETY, FSB,               :
SOLELY IN ITS CAPACITY AS INDENTURE                 :
TRUSTEE,                                            :
                    Plaintiffs,                      :
            v.                                       :   Adv. Pro. No. 21-51190 (BLS)
                                                    :
COMMUNITY HEALTH SYSTEMS, INC.;                     :
CHS/COMMUNITY HEALTH SYSTEMS, INC.;                 :
REVENUE CYCLE SERVICE CENTER, LLC;                  :
CHSPSC, LLC; PROFESSIONAL ACCOUNT                   :
SERVICES, INC.; PHYSICIAN PRACTICE                  :
SUPPORT, LLC; ELIGIBILITY SCREENING                 :
SERVICES, LLC; W. LARRY CASH; RACHEL                :
SEIFERT; ADAM FEINSTEIN; AND CREDIT                 :
SUISSE SECURITIES (USA) LLC,                        :
                                                    :
                    Defendants.                      :
```

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR APRIL 7, 2026 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

> **THIS HEARING WILL BE CONDUCTED IN PERSON AND VIA ZOOM.**
> **Remote appearances at in-person court proceedings are allowed only in the following circumstances: i. Counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; ii. A party or a representative of a party is interested in observing the hearing; iii. A party is proceeding in a claims allowance dispute on a pro se basis; iv. An individual has a good faith reason to participate remotely and has obtained permission from chambers to do so; or v. Other extenuating circumstances that warrant remote participation as may be determined by the Court. To attend this hearing remotely, please register using the eCourt Appearance tool at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at**

DE:4916-4967-7980.1 72853.001

**www.deb.uscouts.gov The deadline to register is 4:00 p.m. (prevailing Eastern Time) the day before the hearing. An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration.**

## MATTERS GOING FORWARD:

1.  Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, Adam Feinstein, and Credit Suisse Securities (USA) LLC's Daubert Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule of Evidence 702[Filed: 8/25/25] (Docket No. 355)

    Responses Received:

    a)  [SEALED] Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Exclude the Testimony of Patrick Allen [Filed 10/17/25] (Docket No. 378)

    Related Documents:

    a)  [SEALED] Brief - Memorandum in Support of Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash, Rachel Seifert, Adam Feinstein, and Credit Suisse Securities (USA) LLC's Daubert Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule of Evidence 702 [Filed 8/25/25] (Docket No. 356)

    b)  [SEALED] Reply Memorandum in Support of Defendants' Daubert Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule 702 [Filed 12/5/25] (Docket No. 411)

    c)  Defendants' Joint Request for Oral Argument Regarding Motion to Exclude the Testimony of Patrick Allen Pursuant to Federal Rule 702 [Filed 12/10/25] (Docket No. 415)

    d)  Joint Notice of Completion of Briefing [Filed 12/12/25] (Docket No. 419)

    e)  Notice of Rescheduled Hearing to April 7, 2026 at 10:00 a.m. [Filed 1/29/26] (Docket No. 425)

    Status:  Oral argument will go forward. Completion of briefing binders have been submitted to the Court.

2.      Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash and Rachel Seifert Motion for Summary Judgment [Filed: 8/25/25] (Docket No. 346).

Responses Received:

a)      [Sealed] Quorum Health Corporation's Opposition to Defendants' Motion for Summary Judgment [Filed 10/17/25] (Docket No. 375)

b)      [Sealed] Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment [Filed 10/17/25] (Docket No. 380)

Related Documents:

a)      [Sealed] Memorandum in Support of Defendants Community Health Systems, Inc., HS/Community Health Systems, Inc., Revenue Cycle Service Center, LLC, CHSPSC, LLC, Professional Account Services, Inc., Physician Practice Support, LLC, Eligibility Screening Services, LLC, W. Larry Cash and Rachel Seifert's Motion for Summary Judgment [Filed 8/25/25] (Docket No. 347)

b)      [SEALED] Declaration of Peter Haveles Jr. in Opposition to Defendants Motion for Summary Judgment [Filed 10/17/25] (Docket No. 376)

c)      [Sealed] Declaration of Deborah J. Newman in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment [Filed 10/17/25] (Docket No. 381)

d)      [SEALED] Notice of Correction with Respect to Quorum Health Corporation's Opposition to Defendants' Motion for Summary Judgment [Filed 10/22/25] (Docket No. 389)

e)      [Sealed] Reply Memorandum in Support of the CHSI Defendants' Motion for Summary Judgment [Filed 12/5/25] (Docket No. 406)

f)      CHSI Defendants' Request for Oral Argument Regarding Motion for Summary Judgment [Filed 12/10/25] (Docket No. 413)

g)      Joint Notice of Completion of Briefing [Filed 12/12/25] (Docket No. 419)

h)      Notice of Rescheduled Hearing to April 7, 2026 at 10:00 a.m. [Filed 1/29/26] (Docket No. 425)

Status:  Oral argument will go forward. Completion of briefing binders have been submitted to the Court.

3.  Defendant Adam Feinstein's Motion for Summary Judgment [Filed: 8/25/25] (Docket No. 350)

    Responses Received:

    a)  [Sealed] Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions for Summary Judgment [Filed 10/17/25] (Docket No. 380)

    Related Documents:

    a)  [SEALED] Memorandum in Support of Defendant Adam Feinstein's Motion for Summary Judgment [Filed 8/25/25] (Docket No. 351)

    b)  Reply Memorandum in Support of Defendant Adam Feinstein's Motion for Summary Judgment [Filed 12/5/25] (Docket No. 409)

    c)  Defendant Adam Feinstein's Request for Oral Argument Regarding Motion for Summary Judgment [Filed 12/10/25] (Docket No. 414)

    d)  Joint Notice of Completion of Briefing [Filed 12/12/25] (Docket No. 419)

    e)  Notice of Rescheduled Hearing to April 7, 2026 at 10:00 a.m. [Filed 1/29/26] (Docket No. 425)

    Status:  Oral argument will go forward. Completion of briefing binders have been submitted to the Court.

4.  Credit Suisse Securities (USA) LLC's Motion for Summary Judgment [Filed: 8/25/25] (Docket No. 357)

    Responses Received:

    a)  [SEALED] Plaintiffs' Memorandum of Law in Opposition  to Defendants' Motions for Summary Judgment[Filed 10/17/25] (Docket No. 380)

    Related Documents:

    a)  [SEALED] Memorandum of Law in Support of Credit Suisse Securities (USA) LLC's Motion for Summary Judgment [Filed 8/25/25] (Docket No. 358)

    b)  [SEALED] Declaration of Edward Moss in Support of Credit Suisse Securities (USA) LLC's Motion to Dismiss the Complaint [Filed 8/25/25] (Docket No. 359)

    c)  Request for Oral Argument [Filed 12/10/25] (Docket No. 417)

d)      Notice of Completion of Briefing [Filed 12/12/25] (Docket No. 420)

e)      Notice of Oral Argument  [Filed 1/15/26] (Docket No. 424)

f)      Notice of Rescheduled Hearing to April 7, 2026 at 10:00 a.m. [Filed 1/29/26] (Docket No. 425)

Status:  Oral argument will go forward. Completion of briefing binders have been submitted to the Court.

Dated:  April 2, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones
Timothy P. Cairns
919 North Market Street 17th Fl.
Wilmington, DE 19801
Telephone: (302) 778-6401
ljones@pszlaw.com
tcairns@pszlaw.com

-and-

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Andrew J. Rossman
Deborah J. Newman
Victor Noskov
Ben Odell
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
andrewrossman@quinnemanuel.com
deborahnewman@quinnemanuel.com
victornoskov@quinnemanuel.com
benodell@quinnemanuel.com

*Counsel for Daniel H. Golden, as Litigation Trustee for the QHC Litigation Trust and Wilmington Savings Fund Society, FSB, solely in its capacity as Indenture Trustee*

DE:4916-4967-7980.1 72853.001                                          5