# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUORUM HEALTH CORPORATION, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-10766 (BLS) |
| DANIEL H. GOLDEN, AS LITIGATION TRUSTEE OF THE QHC LITIGATION TRUST, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE,<br><br>Plaintiffs,<br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.; CHS/COMMUNITY HEALTH SYSTEMS, INC.; REVENUE CYCLE SERVICE CENTER, LLC; CHSPSC, LLC; PROFESSIONAL ACCOUNT SERVICES, INC.; PHYSICIAN PRACTICE SUPPORT, LLC; ELIGIBILITY SCREENING SERVICES, LLC; W. LARRY CASH; RACHEL SEIFERT; ADAM FEINSTEIN; AND CREDIT SUISSE SECURITIES (USA) LLC,<br><br>Defendants. | Adv. Pro. No. 21-51190 (BLS)<br><br>**Reference Docket Nos. 350, 351, 352, 353, 433, 434** |

**DEFENDANT ADAM FEINSTEIN'S MOTION FOR RECONSIDERATION**


YOUNG CONAWAY STARGATT
& TAYLOR LLP

Michael S. Neiburg (DE No. 5275)
Christopher M. Lambe (DE No. 6846)
Rodney Square, 1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com
clambe@ycst.com

ROLNICK KRAMER SECURITIES
LITIGATION LLP

Marc B. Kramer (admitted *pro hac vice*)
Shane Kunselman (admitted *pro hac vice*)
One Pennsylvania Plaza, 34th Floor
New York, NY 10119
Tel: (212) 597-2800
mkramer@rksllp.com
skunselman@rksllp.com

*Counsel for Defendant Adam Feinstein*

1. Defendant Adam Feinstein hereby respectfully moves (the "Motion") this Court for an order, pursuant to Rules 59(e), 60(b), and 54(b) of the Federal Rules of Civil Procedure, made applicable by Rules 9023, 9024, and 7054 of the Federal Rules of Bankruptcy Procedure, granting reconsideration of the Court's Order (Doc. No. 434 ("Order")) denying Mr. Feinstein's motion for summary judgment (Doc. No. 350) and thereupon granting summary judgment in favor of Mr. Feinstein with respect to all remaining counts of the Complaint filed by Daniel H. Golden, as Litigation Trustee of the QHC Litigation Trust and Wilmington Savings Fund Society, FSB, solely in its capacity as Indenture Trustee (collectively, "Plaintiffs") in the above-captioned adversary proceeding.

2. The factual and legal bases for the relief requested herein are set forth in the accompanying *Memorandum of Law in Support of Defendant Adam Feinstein's Motion for Reconsideration*, filed concurrently herewith ("Memorandum"), where reference is made also to facts and arguments set forth in the parties' briefing, submissions, and arguments made in connection with Mr. Feinstein's underlying motion for summary judgment.

3. As set forth in the Memorandum, reconsideration of the Order is warranted with respect to the Court's conclusion that summary judgment is not warranted in Mr. Feinstein's favor because Mr. Feinstein cannot be held liable under the Delaware General Corporation Law because he reasonably relied on the records and advice of the corporation and its advisors in considering and approving the distribution.

4. Defendants Community Health Systems, Inc. ("CHSI"), Larry Cash, and Rachel Seifert (collectively, "CHSI Defendants") are making a simultaneous motion for reconsideration of the Order's conclusion that Plaintiffs' illegal dividend claim is not barred by claim preclusion. Mr. Feinstein joins CHSI Defendants' motion in that respect.

5. Upon reconsideration, summary judgment is warranted in Mr. Feinstein's favor as to all claims against him, as set forth in the Memorandum and his underlying motion for summary judgment. Summary judgment in Mr. Feinstein's favor on all remaining claims against him necessitates his full and final dismissal from this proceeding.

6. Pursuant to Rule 7012-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Mr. Feinstein consents to the entry of a final order or judgment on the Motion by this Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

**WHEREFORE**, Mr. Feinstein respectfully requests that this Court enter an order in substantially the form attached hereto as **Exhibit A** and grant such further relief as the Court may deem necessary and proper.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Michael S. Neiburg*
Michael S. Neiburg (No. 5275)
Christopher M. Lambe (No. 6846)
Rodney Square
1000 North King St.
Wilmington, DE 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
mneiburg@ycst.com
clambe@ycst.com

ROLNICK KRAMER SECURITIES
LITIGATION LLP

Marc B. Kramer (admitted pro hac vice)
Shane Kunselman (admitted pro hac vice)
One Pennsylvania Plaza, 34th Floor
New York, New York 10119
Tel: (212) 597-2800
Fax: (212) 597-2801
mkramer@rksllp.com
skunselman@rksllp.com

*Counsel for Defendant Adam Feinstein*

Dated: November 3, 2026